From: "Girls Gone Wild" <GirlsGoneWild@weekendropedust.com>
Subject: **Girls Gone Wild - Own It Today!**
Date: June 19, 2007 8:29:52 PM PDT
To: "Mailing List" <███████@asis.com>




\* **Terms and Conditions** You must be 18 or older to view or purchase.

*Monthly Program You must be 18 or older to view or purchase. You have received this newsletter because you have purchased products or registered online at www.girlsgonewild.com. and is provided solely as a service to our members.
If you are having trouble viewing this email or you wish to view it online, please copy and paste the entire link below into your web browser: http://www.girlsgonewild.com/email/rush/freeshipping

click here to unsubscribe or email ggwunsub@moon.mail-stage.com

Mantra Films
1601 Cloverfield Blvd., Suite 420S
Santa Monica, CA, 90404
(c) 2006 Mantra Films, Inc. All Rights Reserved

---

You may also unsubscribe from this mailing list by clicking on the following link: click here
Mailing List
405 Tarrytown Road
Suite 1394
White Plains NY 10607



```
Return-Path: <GirlsGoneWild@weekendropedust.com>
Received: by 66.159.20.238 with SMTP id am7ktdy1gm7ko4j
        for <████@asis.com>; Tue, 19 Jun 2007 22:29:51 -0500
Received: from source ([66.159.20.238]) by exprod5mx170.postini.com ([64.18.4.10])
with SMTP;
        Tue, 19 Jun 2007 20:29:06 PDT
Received: from psmtp.com (exprod5mx170.postini.com [64.18.0.51])
        by red.asis.com (8.13.6/8.13.6) with SMTP id l5K3UxvK086474
        for <████@asis.com>; Tue, 19 Jun 2007 20:31:00 -0700 (PDT)
        (envelope-from GirlsGoneWild@weekendropedust.com)
Message-ID: <46789f30-k0yrairj@weekendropedust.com>
Date: Tue, 19 Jun 2007 22:29:52 -0500
From: "Girls Gone Wild" <GirlsGoneWild@weekendropedust.com>
To: "Mailing List" <████@asis.com>
Subject: Girls Gone Wild - Own It Today=?UTF8?Q?=21?=
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_40D40_692042A9.8A60208"
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=main; d=weekendropedust.com;

b=Y2SsWobS/uIs0DeDTX9uy4PYrfHz1xdXajXugumgvE6FK3xR63kw76ZncQy+IacC4J
4iw+0d528YBaVL7FURIw==;
 h=Received:Message-ID:Date:From:To:Subject:Mime-Version:Content-Type;
X-pstn-levels: (S: 0.00000/42.41264 R:95.9108 P:95.9108 M:95.5423 C:95.4918 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <GirlsGoneWild@weekendropedust.com> [30/1]

This is a multi-part message in MIME format.

------=_NextPart_000_40D40_692042A9.8A60208
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

A Special Limited-Time Offer for our Friends=21
Get 2 Girls Gone Wild DVDs for only =249.99=21
AN ADRENALINE RUSH LIKE NO OTHER=21=20
http://moonpossim.com/t/k0yrairj/871413
```

From Seasoned Veterans to Hot & Naked Amateurs attempting death-defying thrills, ULTIMA=
TE RUSH is the video that combines the world of extreme sports and girls going wild=21 Feel t=
he RUSH=21 Plus FIRST TIMERS...They'll never forget their first time...and neither will=

you=21 See these hot fresh-faced coeds explore their own and each other's tight young bodi=
es, as they drive themselves completely wild=21 It's college life as you've never seen it b=
efore=21 This offer is not available in stores. http://moonpossim.com/t/k0yrairj/871=
413


To opt-out: ggwunsub@moon.mail-stage.com

Mantra Films=20
1601 Cloverfield Blvd., Suite 420S=20
Santa Monica, CA, 90404=20
------------------------------------------------------------=
------
████@asis.com, you have the opportunity to halt the flow of our messages to you.=
=20
------------------------------------------------------------=
------
Should you wish to do so http://moonpossim.com/u/3aa/████%40asis.com/2
------------------------------------------------------------=
------
Mailing List
405 Tarrytown Road
Suite 1394
White Plains NY 10607

------=_NextPart_000_40D40_692042A9.8A60208
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<html>
<body bgcolor=3D=22=23FFFFFF=22 leftmargin=3D=220=22 topmargin=3D=220=22 marginw=
idth=3D=220=22 marginheight=3D=220=22><img src=3D=22http://moonpossim.com/x/k0=
yrairj=22 width=3D1 height=3D1>
<table width=3D=22570=22 height=3D=22800=22 border=3D=220=22 align=3D=22center=
=22 cellpadding=3D=220=22 cellspacing=3D=220=22 id=3D=22Table_01=22>
  <tr>
    <td colspan=3D=222=22><a href=3D=22http://moonpossim.com/t/k0yrairj/871400=
=22><img src=3D=22http://moonpossim.com/t/k0yrairj/871406=22 border=3D0 width=
=3D=22570=22 height=3D=22136=22 alt=3D=22Get 2 FREE Girls Gone Wild DVDs=21=22></A><=
/td>

```
      </tr>
      <tr>
        <td><a href=3D=22http://moonpossim.com/t/k0yrairj/871400=22><img src=3D=22http=
://moonpossim.com/t/k0yrairj/871407=22 border=3D0 width=3D=22271=22 height=
=3D=22300=22 alt=3D=222 FREE Girls Gone Wild DVDs=21=22></A></td>
        <td background=3D=22http://i.1100i.com/3568/mailers/11132006/1/images/text_bg=
=2Ejpg=22 style=3D=22padding-left:10px;padding-right:10px;padding-top:5px; paddi=
ng-bottom:5px=22 width=3D=22299=22 rowspan=3D=222=22>
          <center><font face=3D=22Arial, Helvetica, sans-serif=22>
            <strong>AN ADRENALINE RUSH=20
      LIKE NO OTHER=21     </strong><br>
      <br>
      <font size=3D=222=22>From Seasoned Veterans to Hot & Naked Amateurs attempting death-d=
efying thrills, <strong>ULTIMATE RUSH</strong> is the video that combines the world of e=
xtreme sports and girls going wild=21 Feel the RUSH=21=20
      Plus <strong>FIRST TIMERS</strong>...They'll never forget their first time...and nei=
ther will you=21 See these hot fresh-faced coeds explore their own and each other's tight y=
oung bodies, as they drive themselves completely wild=21 It's college life as you've neve=
r seen it before=21 <strong>This offer is not available in stores</strong>. <br>
      Don=E2=80=99t miss it=21</font>=20
      <br>
      <a href=3D=22http://moonpossim.com/t/k0yrairj/871400=22><strong><br>
      CLICK to get both DVD's for =249.99=21 </strong></A></font>
          </center> </td>
      </tr>
      <tr>
        <td><a href=3D=22http://moonpossim.com/t/k0yrairj/871400=22><img src=3D=22http=
://moonpossim.com/t/k0yrairj/871408=22 border=3D0 width=3D=22271=22 height=
=3D=2270=22 alt=3D=22Get 2 DVDs for FREE=21=22></A></td>
      </tr>
      <tr>
        <td colspan=3D=222=22><a href=3D=22http://moonpossim.com/t/k0yrairj/871400=
=22><img src=3D=22http://moonpossim.com/t/k0yrairj/871409=22 border=3D0 width=
=3D=22570=22 height=3D=22180=22 alt=3D=22CLICK for America's Hottest Girls and Most E=
xtreme Sports=21=22></A></td>
      </tr>
      <tr>
        <td colspan=3D=222=22><a href=3D=22http://moonpossim.com/t/k0yrairj/871400=
```

```
=22><img src=3D=22http://moonpossim.com/t/k0yrairj/871410=22 border=3D0 width=
=3D=22570=22 height=3D=2289=22 alt=3D=22Join the Action NOW=21=22></A></td>
  </tr>
  <tr>
    <td colspan=3D=222=22><A
HREF=3D=22http://moonpossim.com/t/k0yrairj/871401=
=22 TARGET=3D=22_blank=22><img
src=3D=22http://moonpossim.com/t/k0yrairj/87141=
1=22 border=3D0 width=3D=22570=22 height=3D=2225=22 alt=3D=22Terms &
Conditions=
=22></A></td>
  </tr>
</table>
<center>
<font face=3D=22Arial, Helvetica, sans-serif=22 size=3D=221=22><a href=3D=22http:=
//moonpossim.com/t/k0yrairj/871402=22 target=3D=22_blank=22><br>
*Monthly Program</a> You must be 18 or older to view <br>
or purchase=20
You have received this newsletter because you have purchased products or registered
onli=
ne at <a href=3D=22http://moonpossim.com/t/k0yrairj/871403=22>www.girlsgonewild=
=2Ecom</a>. <br>
   and is provided solely as a service to our members. <br />
  If you are having trouble viewing this email or you wish to view it online, please copy
and pa=
ste the entire <br />
  link below into your web browser: <a
href=3D=22http://moonpossim.com/t/k0yrairj/871=
404=22>http://www.girlsgonewild.com/email/rush/freeshipping</a><br />
  <br>
 <a href=3D=22http://moonpossim.com/t/k0yrairj/871405=22>click here to unsubscrib=
e</a> or email ggwunsub@moon.mail-stage.com <br />
  <br>
Mantra Films <br>
1601 Cloverfield Blvd., Suite 420S <br>=20
Santa Monica, CA, 90404 <br>

(c) 2006 Mantra Films, Inc. All Rights Reserved</font></center><img
src=3D=22http://=
moonpossim.com/t/k0yrairj/871412=22 height=3D=221=22 width=3D=221=22>

<br>
<br>
_____
<br>
<br>
```

You may also unsubscribe from this mailing list by clicking on the following link: &lt;a href=
=3D=22http://moonpossim.com/u/3aa/█████%40asis.com/2=22&gt;click here&lt;/a&gt;&lt;br&gt;
Mailing List&lt;br&gt;
405 Tarrytown Road&lt;br&gt;
Suite 1394&lt;br&gt;
White Plains NY 10607&lt;br&gt;&lt;/body&gt;&lt;/html&gt;

------=_NextPart_000_40D40_692042A9.8A60208--



DomainTools                                    Welcome **rgrabows**  Logout  My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |
| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:       weekendropedust.com
Cache Date:   2007-04-16
Registrar:    ENOM, INC.

```
Domain name: weekendropedust.com

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (vkqmpckkm@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O weekendropedust.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (vkqmpckkm@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O weekendropedust.com
   Bellevue, WA 98007
   US

Registrant Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (vkqmpckkm@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O weekendropedust.com
   Bellevue, WA 98007
   US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 08 Dec 2006 17:25:14
```

Expiration date: 08 Dec 2007 17:25:14

My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map