

## Losing Your Hair? We can help.

Get a complimentary educational DVD from Medical Hair Restoration explaining the causes of hair-loss, the hair transplantation procedure, and before and after patient profiles. See first hand how hair transplant surgery can be your permanent & natural hair replacement solution.

You can also sign up for a No-Cost, No-Obligation consultation with an expert consultant in your area. At your consultation, you will receive a complimentary Magnified Scalp Analysis (A $200 value) – so you can see how far your hair-loss has progressed – and discuss how MHR can help you permanently and naturally re-grow your hair.

Celebrities, athletes, even other doctors have sought out Medical Hair Restoration for their extensive experience and precision skill. Medical Hair Restoration has more surgeons who are Board Certified by the International Society of Hair Restoration Surgery than any other practice.

Take the first step today. Register for your complimentary DVD now. Re-grow your hair and regain your confidence with Medical Hair Restoration.

MHR Corporate Office: 2600 Lake Lucien Drive, Suite 180, Maitland, FL 32751
Please visit this link to no longer receive updates from us.

---

You may also unsubscribe from this mailing list by clicking on the following link: click here
Mailing List
405 Tarrytown Road
Suite 1394
White Plains NY 10607

8/23/2007



## The page you have requested cannot be found.

The link you clicked on is either unavailable or has been terminated from the AzoogleAds network. Sorry for any inconvenience caused.

Please contact help@azoogleads.com for more information.

© 2007 AzoogleAds.com Inc., All rights reserved.

```
Return-Path: <elizagrimes@sourtreasury.com>
Received: by 66.159.20.168 with SMTP id 9ko0ue42esex98h
        for <flow@asis.com>; Sat, 02 Jun 2007 21:21:24 -0500
Received: from source ([66.159.20.168]) by exprod5mx166.postini.com ([64.18.4.10])
with SMTP;
        Sat, 02 Jun 2007 19:21:28 PDT
Received: from psmtp.com (exprod5mx166.postini.com [64.18.0.231])
        by red.asis.com (8.13.6/8.13.6) with SMTP id l532NLwE036792
        for <flow@asis.com>; Sat, 2 Jun 2007 19:23:21 -0700 (PDT)
        (envelope-from elizagrimes@sourtreasury.com)
Message-ID: <466225a4-kpv4-1ws@sourtreasury.com>
Date: Sat, 02 Jun 2007 21:21:24 -0500
From: "eliza grimes" <elizagrimes@sourtreasury.com>
To: "Mailing List" <flow@asis.com>
Subject: Regrow Your own natural hair
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="----=_NextPart_000_00C63_7C216229.8A00884"
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
 s=main; d=sourtreasury.com;

 b=yLUgxAK6xiaFLX/KPn0l1ZBsUWdNvt3SC6c6+FuwsMg6WA9bS9gBlg0WvfGHXF2e
SPvPMdMQ4qlCcy8oBw8Gow==;
 h=Received:Message-ID:Date:From:To:Subject:Mime-Version:Content-Type;
X-pstn-levels: (S: 0.00816/98.47843 R:95.9108 P:95.9108 M:88.7160 C:60.2565 )
X-pstn-settings: 3 (1.0000:1.5000) s gt3 gt2 gt1 r p m C
X-pstn-addresses: from <elizagrimes@sourtreasury.com> [30/1]
X-Virus-Scanned: ClamAV 0.90.2/3340/Sat Jun  2 15:40:38 2007 on red.asis.com
X-Virus-Status: Clean

This is a multi-part message in MIME format.

------=_NextPart_000_00C63_7C216229.8A00884
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

Losing Your Hair? We can help.

    Get a complimentary educational DVD from Medical Hair Restoration explaining the causes=
 of hair-loss, the hair transplantation procedure, and before and after patient profiles=
=2E See first hand how hair transplant surgery can be your permanent & natural hair replaceme=
nt solution.
```

You can also sign up for a No-Cost, No-Obligation consultation with an expert consultant i=
n your area. At your consultation, you will receive a complimentary Magnified Scalp Analy=
sis (A =24200 value) =E2=80=93 so you can see how far your hair-loss has progressed =E2=
=80=93 and discuss how MHR can help you permanently and naturally re-grow your hair.

Celebrities, athletes, even other doctors have sought out Medical Hair Restoration for t=
heir extensive experience and precision skill. Medical Hair Restoration has more surgeo=
ns who are Board Certified by the International Society of Hair Restoration Surgery than a=
ny other practice.
Take the first step today. Register for your complimentary DVD now. Re-grow your hair and r=
egain your confidence with Medical Hair Restoration.

MHR Corporate Office: 2600 Lake Lucien Drive, Suite 180, Maitland, FL 32751
Please visit this link to no longer receive updates from us.

<img src=3D=22http://versionchunk.com/t/kpv4-1ws/866337=22 height=3D=221=
=22 width=3D=221=22>
------------------------------------------------------------------=

------
flow@asis.com, you have the opportunity to halt the flow of our messages to you.=20
------------------------------------------------------------------=

------
Should you wish to do so http://versionchunk.com/u/32d/flow%40asis.com/2
------------------------------------------------------------------=

------
Mailing List
405 Tarrytown Road
Suite 1394
White Plains NY 10607

------=_NextPart_000_00C63_7C216229.8A00884
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<html><body alink=3D=22=23ff0000=22 bgcolor=3D=22=23999999=22 link=3D=22=230099=

```
ff=22 text=3D=22=23000000=22 vlink=3D=22=230099ff=22><img
src=3D=22http://versi=
onchunk.com/x/kpv4-1ws=22 width=3D1 height=3D1>
<font face=3D=22Arial, Helvetica, sans-serif=22>
<center>
<table bgcolor=3D=22=23ffffff=22 border=3D=220=22 cellpadding=3D=220=22
cellspac=
ing=3D=220=22 width=3D=22600=22>
        <tbody><tr><td bgcolor=3D=22=23999999=22 height=3D=2215=22
width=3D=2210=22></t=
d><td colspan=3D=225=22 background=3D=22http://i.1100i.com/4200/mailers/060320=
07/email_doug_v1/email_doug_v1_files/top.jpg=22 width=3D=22580=22></td><td bgc=
olor=3D=22=23999999=22 height=3D=2215=22 width=3D=2210=22></td></tr>
        <tr><td colspan=3D=227=22 bgcolor=3D=22=23ffffff=22><a
href=3D=22http://version=
chunk.com/t/kpv4-1ws/866333=22><img src=3D=22http://versionchunk.com/t/kpv4-1=
ws/866335=22 alt=3D=22=22 border=3D=220=22 height=3D=22200=22
width=3D=22600=
=22></a></td>
        </tr>
        <tr><td rowspan=3D=223=22 bgcolor=3D=22=23999999=22
width=3D=2210=22></td><td ro=
wspan=3D=222=22
background=3D=22http://i.1100i.com/4200/mailers/06032007/emai=
l_doug_v1/email_doug_v1_files/left.jpg=22 width=3D=2215=22></td><td rowspan=
=3D=222=22 bgcolor=3D=22=23ffffff=22 width=3D=2210=22></td><td
width=3D=22530=
=22></td><td rowspan=3D=222=22 bgcolor=3D=22=23ffffff=22
width=3D=2210=22></td>=
<td rowspan=3D=222=22
background=3D=22http://i.1100i.com/4200/mailers/06032007=
/email_doug_v1/email_doug_v1_files/right.jpg=22 width=3D=2215=22></td><td rows=
pan=3D=223=22 bgcolor=3D=22=23999999=22 width=3D=2210=22></td></tr>
        <tr>
                <td bgcolor=3D=22=23ffffff=22 valign=3D=22top=22
width=3D=22530=22>
                        <font size=3D=225=22><strong>Losing Your Hair? We can
help.</strong></font>
                        <font size=3D=222=22>
                                <br><br>   <a href=3D=22http://versionchunk.com/t/kpv4-
1ws/866333=22>Get a complim=
entary educational DVD</a>
from Medical Hair Restoration explaining the causes of hair-loss, the
hair transplantation procedure, and before and after patient profiles.
See first hand how hair transplant surgery can be your permanent &
natural hair replacement solution.
```

```
                        <br>
                        <br>   You can also <a href=3D=22http://versionchunk.com/t/kpv4-
1ws/866333=22>sign u=
p for a No-Cost, No-Obligation consultation</a>
with an expert consultant in your area. At your consultation, you will
receive a complimentary Magnified Scalp Analysis (A =24200 value) =E2=80=93 so
you can see how far your hair-loss has progressed =E2=80=93 and discuss how MHR
can help you permanently and naturally re-grow your hair.
                        <br>
                        <br>   Celebrities,
athletes, even other doctors have sought out Medical Hair Restoration
for their extensive experience and precision skill. Medical Hair
Restoration has more surgeons who are Board Certified by the
International Society of Hair Restoration Surgery than any other
practice.
                        <br><br>   Take the first step today. <a
href=3D=22http://versionchunk.com/t/kpv4-1ws=
/866333=22>Register for your complimentary DVD now.</a> Re-grow your hair and
regain yo=
ur confidence with Medical Hair Restoration.
                        </font>
                        <font color=3D=22=23666666=22 size=3D=221=22>
                            <center><br><br>MHR Corporate Office: 2600 Lake Lucien
Drive, Suite 180, Maitland, FL 3=
2751<br>Please <a href=3D=22http://versionchunk.com/t/kpv4-1ws/866334=22>visit=
 this link</a> to no longer receive updates from us.<br><br>
                            </center>
                        </font>
                    </td>
                </tr>
                <tr><td colspan=3D=225=22
background=3D=22http://i.1100i.com/4200/mailers/0603=
2007/email_doug_v1/email_doug_v1_files/bottom.jpg=22 height=3D=2215=22 width=
=3D=22580=22></td></tr>
</tbody></table>
</center>
</font>
<img src=3D=22http://versionchunk.com/t/kpv4-1ws/866336=22 height=3D=221=
=22 width=3D=221=22>

<br>
<br>
_____

<br>
<br>
You may also unsubscribe from this mailing list by clicking on the following link: <a href=
```

```
=3D=22http://versionchunk.com/u/32d/flow%40asis.com/2=22>click here</a><br>
Mailing List<br>
405 Tarrytown Road<br>
Suite 1394<br>
White Plains NY 10607<br></body></html>

------=_NextPart_000_00C63_7C216229.8A00884--
```



Welcome **rgrabows** Logout  My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

**Domain:** sourtreasury.com
**Cache Date:** 2007-04-05
**Registrar:** ENOM, INC.

---

```
Domain name: sourtreasury.com

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (qhbmjqtln@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O sourtreasury.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (qhbmjqtln@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O sourtreasury.com
   Bellevue, WA 98007
   US

Registrant Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (qhbmjqtln@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O sourtreasury.com
   Bellevue, WA 98007
   US

Status: Active

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com

Creation date: 08 Dec 2006 17:25:12
```

Expiration date: 08 Dec 2007 17:25:12



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map