

To unsubscribe from SurveyClub, use this link. During the removal period, you may receive some invitations that were already in process when your request was received. To Unsubscribe via U.S. Mail please send all inquiries to: SurveyClub, #425 3210 E Chinden Blvd #115, Eagle, ID 83616.

Your privacy is very important to us. You have received this mailing as a result of your registration with one of our affiliate websites. We are committed to delivering you valuable offers that include information on products and services we think might be of interest to you. Please do not reply to this email as we are not able to respond to messages sent to this address.

If you would no longer like to receive email from us please click on the link below
Please UNSUBSCRIBE ME

Written inquiries can be sent to:
Mutual ME
PO BOX 340096
Brooklyn, NY 11234

8/23/2007

```
Return-Path: <paidsurveys@orangescreens.com>
Received: from psmtp.com (exprod5mx177.postini.com [64.18.0.58])
        by red.asis.com (8.13.6/8.13.6) with SMTP id l2A7qn3b048634
        for <rwb@asis.com>; Fri, 9 Mar 2007 23:52:49 -0800 (PST)
        (envelope-from paidsurveys@orangescreens.com)
Received: from source ([66.97.178.221]) by exprod5mx177.postini.com ([64.18.4.10])
with SMTP;
        Fri, 09 Mar 2007 23:51:47 PST
From: "Paid Surveys" <PaidSurveys@orangescreens.com>
Reply-To: "PaidSurveys" <PaidSurveys@orangescreens.com>
Subject: SurveyClub: Paid Surveys Guide
Message-ID: <200703100251.883@gioconda.{{hd
<mailto:200703100251.997@gioconda.{{hd>}}>
Date: 10 Mar 2007 02:51:47 -0400
MIME-Version: 1.0
Content-Transfer-Encoding: 7bit
Content-Type: multipart/mixed;
boundary="DVJZJUCGEBKUFHNULLASTDJXGQUOCRTCTFGYAFB"
X-pstn-levels:    (S: 0.00000/95.49594 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) s gt3 gt2 gt1 r p m c
X-pstn-addresses: from <PaidSurveys@orangescreens.com> [30/1]
To: undisclosed-recipients:;
X-Virus-Scanned: ClamAV 0.88.6/2611/Tue Feb 20 03:16:01 2007 on red.asis.com
X-Virus-Status: Clean

--DVJZJUCGEBKUFHNULLASTDJXGQUOCRTCTFGYAFB
Content-type: text/html
Content-transfer-encoding: quoted-printable
Content-disposition: inline

<html>
<head>
<link rel=3D"stylesheet" type=3D"text/css"
 href=3D"http://gioconda.orangescreens.com/cgi-bin/view/1/806/2518289" media=
=3D"screen">=20
</head>
<body>

<html><body>
<div></div>
<div align=3D"center"><img src=3D"http://i.1100i.com/4259/mailers/03052007/S=
C_HTML_1/SC_HTML_1_files/a.htm" nosend=3D"1" border=3D"0" height=3D"1" width=
=3D"1"> <a href=3D"http://orangescreens.com/cgi-bin/clickthru/85/806/2518289=
"> </a> =20
  <table width=3D"728" border=3D"0" cellspacing=3D"0" cellpadding=3D"0">
    <tr>
```

```
    <td width=3D"728"><a href=3D"http://orangescreens.com/cgi-bin/clickthr=
u/85/806/2518289"><img src=3D"http://i.1100i.com/4259/mailers/03052007/SC_HT=
ML_1/SC_HTML_1_files/email_1.gif" a=3D"" border=3D"0"></a></td>
    </tr>
    </table>
  <br>
  <table border=3D"0" width=3D"600">
    <tbody><tr>
      <td><div class=3D"style1" align=3D"left"><font size=3D"1" face=3D"Ar=
ial, Helvetica, sans-serif">To unsubscribe from SurveyClub, <a href=3D"http:=
//www.surveyclub.com/cgi-bin/suppression.cgi?e=3Demailaddresshere">use this =
link.</a>
    During the removal period, you may receive some invitations that were
    already in process when your request was received. To Unsubscribe via
    U.S. Mail please send all inquiries to: SurveyClub, #425 3210 E Chinden
    Blvd #115, Eagle, ID 83616. </font></div></td>
    </tr>
    </tbody>
  </table>
</div><img src=3D"http://i.azjmp.com/0PySq" height=3D"1" width=3D"1">
</body></html>
<br>
<br>
<br>
<center>=20
<font size=3D"1" face=3D"Verdana, Arial, Helvetica, sans-serif">
Your privacy is very important to us.  You have received this mailing as a r=
esult of <br>
your registration with one of our affiliate websites.  We are committed to d=
elivering <br> you valuable offers that include information on products and =
services we think might <br>=20
be of interest to you.  Please do not reply to this email as we are not able=
 to <br>
respond to messages sent to this address. <br>
<br>
If you would no longer like to receive email from us please click on the lin=
k below <br>
Please <A HREF=3D"http://orangescreens.com/cgi-bin/unsub.cgi/806/2518289">UN=
SUBSCRIBE ME</a><br>
<br>
Written inquiries can be sent to: <br>
Mutual ME<br>
PO BOX 340096<br>
Brooklyn, NY 11234<br>
<br>
</center>
```

```
</body>
</html>

--DVJZJUCGEBKUFHNULLASTDJXGQUOCRTCTFGYAFB--
```

 Welcome **rgrabows**  Logout  My Account

Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor
Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more >
Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API

Javascript must be turned on to use the full features of this site.

# Domain History

**Domain:** orangescreens.com
**Cache Date:** 2007-02-14
**Registrar:** GO DADDY SOFTWARE, INC.

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: ORANGESCREENS.COM
        Created on: 11-Dec-06
        Expires on: 11-Dec-08
        Last Updated on:

    Administrative Contact:
        Private, Registration   ORANGESCREENS.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2599

    Technical Contact:
        Private, Registration   ORANGESCREENS.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2599

    Domain servers in listed order:
        NS1.EBONYWIZARD.COM
        NS2.EBONYWIZARD.COM
```

 My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map



# Domain History

| | |
|---|---|
| Domain: | golfyep.com |
| Cache Date: | 2006-11-15 |
| Registrar: | GO DADDY SOFTWARE, INC. |

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: GOLFYEP.COM
       Created on: 11-Oct-06
       Expires on: 11-Oct-07
       Last Updated on:

    Administrative Contact:
       Private, Registration   GOLFYEP.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599      Fax -- (480) 624-2599

    Technical Contact:
       Private, Registration   GOLFYEP.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599      Fax -- (480) 624-2599

    Domain servers in listed order:
       NS1.GOLFYEP.COM
       NS2.GOLFYEP.COM
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

