

To unsubscribe from future advertisements from ChristmasOnUs.com go to
http://www.christmasonus/u.cgi?config=1985

Bullseye Media, Inc | P.O. Box 92 | Millersburg, PA 17601

To receive the incentive gift you must: 1) register with valid information; 2) complete the user survey; 3) complete at least 2 Silver, 2 Gold and 2 Platinum offers; and 4) refer 1 unique household(s) that also complete these requirements. Purchase may be required. Please read website Terms & Conditions for details. Upon completion of all requirements, we will ship the incentive gift to you with free shipping.

ChristmasOnUs.com is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by Geoffrey, Inc., KB Holdings, LLC., Target Brands, Inc. or J.C. Penney Company, Inc. Toys"R"Us is a trademark of Geoffrey, Inc. K·B Toys℠ is a service mark of KB Holdings, LLC. Target is a trademark of Target Brands, Inc. JCPenney is a trademark of J.C. Penney Company, Inc. Copyright 2006 ChristmasOnUs.com. All rights reserved.

>
Use this link to be automatically removed from any future offers

If you do not wish to receive any more offers from via e-mail, please write us with your removal request. Customer Service 560- A F ST #438 Grants Pass, OR 97528.Please note: It may take up to 3 days for your name to be removed from our list.

```
Return-Path: <carrythedeal@manytimesforyou.com>
Received: from psmtp.com (exprod5mx158.postini.com [64.18.0.227])
        by red.asis.com (8.13.3/8.13.3) with SMTP id kB3JIIjI046614
        for <[redacted]@asis.com>; Sun, 3 Dec 2006 11:18:18 -0800 (PST)
        (envelope-from carrythedeal@manytimesforyou.com)
Message-Id: <200612031918.kB3JIIjI046614@red.asis.com>
Received: from source ([66.10.180.88]) by exprod5mx158.postini.com ([64.18.4.11])
with SMTP;
        Sun, 03 Dec 2006 12:18:18 MST
To: <[redacted]@asis.com>
Date: 3 Dec 2006 14:18:17 -0400
From: " carrythedeal" <carrythedeal@manytimesforyou.com>
Subject:  Happy Holidaysespecially with a $500 Shopping Spree!
Content-Type: text/html;
      charset = \"ISO-8859-1\"
Content-Transfer-Encoding: 8bit
X-pstn-levels:     (S: 0.00000/78.44034 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <carrythedeal@manytimesforyou.com> [30/1]
X-Virus-Scanned: ClamAV 0.88.6/2272/Sun Dec  3 03:09:40 2006 on red.asis.com
X-Virus-Status: Clean
```

```
<html>
<body topmargin="0" marginheight="0">
<table width="100%" height="100%" border="0" align="center" cellpadding="0"
cellspacing="0" bordercolor="#68A1E6" bgcolor="#F6F9EF">
  <tr>
    <td align="center" valign="top" bgcolor="#FFFFCC"><table width="608" border="0"
cellspacing="0" cellpadding="0">
      <tr>
        <td height="660"><div align="center"><img
src="http://i.1100i.com/3667/mailers/11282006/1/images/email_01sd.gif" width="600"
height="650" border="0" usemap="#Map"></div>
</td>
      </tr>
    </table></td>
  </tr>
</table>
<map name="Map"><area shape="rect" coords="195,494,408,505"
href="http://holes.manytimesforyou.com/c/c/335/3016/197128">
<area shape="rect" coords="5,5,594,472" href="http://x.azjmp.com/07yB5"></map<img
src="http://i.azjmp.com/07yB7" height="1" width="1">></body>
</html>
```

<a href="http://holes.manytimesforyou.com/c/u/3016/197128"><br>
<font color="#0000ff"><span style="text-decoration: none">Use this link to be automatically removed from any future offers</span></font></a></font></u>
</p>
</div>
<p align="center"><font size="2">If you do not wish to receive any more offers from via e-mail, please write us with your removal request. Customer Service 560- A F ST #438 Grants Pass, OR 97528.Please note: It may take up to 3 days for your name to be removed from our list.

</br>
</font></p>
</center>
</body>
</html>



Welcome **rgrabows** Logout My Account

Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor
Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more >
**Power Tools:** Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API

**Javascript must be turned on to use the full features of this site.**

# Domain History

| | |
|---|---|
| **Domain:** | **manytimesforyou.com** |
| **Cache Date:** | 2006-10-26 |
| **Registrar:** | **ENOM, INC.** |

```
Domain name: manytimesforyou.com

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (gxrxnywh@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O manytimesforyou.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (gxrxnywh@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O manytimesforyou.com
   Bellevue, WA 98007
   US

Registrant Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (gxrxnywh@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O manytimesforyou.com
   Bellevue, WA 98007
   US

Status: Active

Name Servers:
   ns1.realasitgets.net
   ns2.realasitgets.net

Creation date: 09 Oct 2006 16:27:44
Expiration date: 09 Oct 2007 16:27:44
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Direct Insure
ONLINE

Get FREE insurance quotes in **5** minutes or less!

Auto | Home | Health | Life

# Life Insurance

Start Saving | Medical Information | Insurance Information | Personal Information | Final Page

Zip Code:

Email:

Continue »

Save on all of your insurance needs - auto, life, home and more - with Direct Insure Online. Save big with a fast and low cost quote!

This Web site is a service that will work to get you a quote from the best possible provider for your insurance needs. No matter what you need to insure - home, car, health, term life, universal life or other - we will get you a fast and relevant quote that could save you a substantial amount of money.

The best insurance company for your needs may not be the ones with the most television commercials... but it should be one that is financially stable, and with a good reputation for customer service and paying its claims without hassle. Go online and investigate any company you may consider using. Many consumers make the mistake of purchasing more or less insurance than they need. Your goal should be to insure against your actual possible loss, rather than for the lowest possible quote or some grand sounding figure. This will take some homework, but it's the right thing to do.

An insurance deductible is the amount that you pay before your insurance company's policy takes effect. If you ask for a higher deductible, you may be able to cut your costs by up to 40%... but keep in mind that, in the event of a claim, you may have to spend a lot more.

More and more these days, insurers use your credit score to determine risk factors before making an insurance quote. So check your credit rating to make sure nothing is amiss. Other tactics to keep your credit score high include paying bills on time, closing credit card accounts that you are not using, and keeping your credit balances as low as possible. Credit scores can take several months to adjust to new situations, so don't expect an immediate benefit.

Many insurance providers try to maximize profits from their users by cutting the payments into monthly fees, then adding in finance charges on top of the actual policy cost. People who plan ahead can avoid these nuisance fees by purchasing the entire policy up front. No matter what form of insurance you are buying, discounts exist for customers that carry less risk to the insurance company. Make sure you ask for all possible discounts before accepting a quote. The squeaky wheel gets the grease!

Thanks for your time and consideration, and make sure to fill out the form on this site, so that we can get you a quote fast. At Direct Insure Online, we work with insurance companies all over the country to make sure you get the best possible insurance for your needs!

Privacy | Unsubscribe



Live Auction Closes Wednesday 15th Open for Bidding | Welcome **rgrabows** Logout My Account

Whois directinsureonline.c > | Domain Suggestions > | For Sale > | Auctions > | Advanced Auctions > | Domain Search > | Domain Monitor
Domain Directory | Ping > | Traceroute > | My IP Address | Cheap Domain Name Registration | Bulk Check | more >
Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo | XML API

Sponsored Ads

Web Hosting Unleashed OVER 5,000 REVIEWS OF WEB HOSTS SUBMIT YOUR REVIEW TOP WEB HOSTS

techhosting
hosting for web 2.0
Featuring: Ruby on Rails
Sign Up » Now! «

**Insure One Quotes**
Get an Auto, Home, Life & Health Insurance Quote from agents in area

SPONSOR US

**DomainTools Blog:** Cab.com for $110,000 - Posted 1 day ago Next

# Whois Record for Directinsureonline.com ( Direct Insure Online )

## Front Page Information

| | |
|---|---|
| **Website Title:** | Direct Insure Online |
| **Title Relevancy** | 100% |
| **AboutUs:** | Wiki article on Directinsureonline.com |
| **SEO Score:** | 72% |
| **Terms:** | 453 (Unique: 215, Linked: 2) |
| **Images:** | 19 (Alt tags missing: 19) |
| **Links:** | 10 (Internal: 2, Outbound: 0) |

## Live Auction Preview

## Indexed Data

| | |
|---|---|
| **Alexa Trend/Rank:** | #316,976 160,106 ranks over the last three months. |
| **Compete Rank:** | #5,100 with 346,253 U.S. visitors per month |
| **Quantcast Rank:** | #18,182 |

## Server Data

| | |
|---|---|
| **Server Type:** | Apache/2.0.59 |
| **IP Address:** | 64.187.43.17 W R P D T |
| **IP Location** | - Ontario - Toronto - Azoogle Inc - 151 Front |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **SSL Cert:** | *.azoogleads.com expires in 321 days. |
| **Domain Status:** | Registered And Active Website |

## Registry Data

| | |
|---|---|
| **ICANN Registrar:** | GODADDY.COM, INC. |
| **Created:** | 2007-03-14 |
| **Expires:** | 2008-03-14 |
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientRenewProhibited |
| **Registrar Status:** | clientTransferProhibited |

**Thumbnail: 2007-07-27**

Direct Insure
Start saving

Queue this Domain for Update

## SEO Text Browser

Loading... SEO Text Browser

Save on all of your insurance needs – auto, life, home and more – with Direct Insure Online. Save big with a fast and low cost quote!

This Web site is a service that will work to get you a quote from the best possible

**Registrar Status:** clientUpdateProhibited
**Name Server:** NS1.1500V.NET
**Name Server:** NS2.1500V.NET
**Name Server:** NS3.1500V.NET
**Whois Server:** whois.godaddy.com

### DomainTools Exclusive

**Registrar History:** 1 registrar
**IP History:** 19 changes on 8 unique name servers over 0 years.
**Whois History:** 25 records have been archived since 2007-03-27
**Reverse IP:** 36 other sites hosted on this server.
**Monitor Domain:** Set Free Alerts on directinsureonline.com
**Free Tool:** Download DomainTools for Windows

Disable SEO Text Browser ( Beta )

### Whois Record

```
Registrant:
   Azoogle.com Inc
   140 Allstate Parkway #505
   Markham, Ontario L3R5Y8
   Canada

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: DIRECTINSUREONLINE.COM
      Created on: 14-Mar-07
      Expires on: 14-Mar-08
      Last Updated on:

   Administrative Contact:
      Inc, Azoogle.com   domains@azoogleads.com
      140 Allstate Parkway #505
      Markham, Ontario L3R5Y8
      Canada
      9059460300      Fax --

   Technical Contact:
      Inc, Azoogle.com   domains@azoogleads.com
      140 Allstate Parkway #505
      Markham, Ontario L3R5Y8
      Canada
      9059460300      Fax --

   Domain servers in listed order:
      NS1.1500V.NET
      NS2.1500V.NET
      NS3.1500V.NET
```

Do you have generic, high quality domains? Submit them to the live auction. Only the best 450 domains will make it into the auction. Tens of thousands will apply but only the best will make it to a premier live auction in Seattle. Hundreds of bidders will look at your domains. Bidders are allowed to bid online and offline. Please read all rules. X

Submit Domains

Want to make more money on Domain Names? Learn the secrets by networking and partying with hundreds of full time domainers in Seattle on Augest 13 through August 15th. THE DOMAIN ROUNDTABLE

### Other TLDs

Hide Key

.com .net .org .biz .info .us

### Symbol Key

- Available
- Available (Previously registered)
- Registered (Active website)
- Registered (Parked or redirected)
- Registered (No website)
- On-Hold (Generic)
- On-Hold (Redemption Period)
- On-Hold (Pending Delete)
- Monitor
- Preview
- No preview
- Buy this (Available)
- Buy this (Bid at auction)

### Back Order

Set a backorder so you can own directinsureonline.com when it becomes available.

### Customize This Page

Select the items you want to be shown on this page.

- [x] Front Page
- [x] Indexed Data
- [x] Server Data
- [x] Registry Data
- [x] Exclusive Data
- [x] Whois Record

### Domains for Sale

| Domain | Price |
|---|---|
| InsureNy.com | $200.00 |
| MedInsure.com | $295.00 |
| BizInsure.com | $325.00 |

| | |
|---|---|
| InsureCost.com | $500.00 |
| IInsure.com | $500.00 |
| InsureBee.com | $688.00 |
| InsureKids.com | $1,000.00 |
| InsureAll.com | $1,000.00 |
| InsureProperty.com | $1,300.00 |
| InsureCard.com | $1,488.00 |
| SureInsure.com | $1,888.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| CoveryOurGlass.com | 08-15-2007 |
| Lifetime-Guarantee.com | 08-15-2007 |
| KCoverClock.com | 08-15-2007 |
| WwwCoverPools.com | 08-15-2007 |
| InsureToday.net | 08-16-2007 |
| Guaranteed-Seo.com | 08-16-2007 |
| Vcd-Cover.net | 08-16-2007 |
| CoverAsset.com | 08-17-2007 |
| InsureExpert.com | 08-17-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Dire | 1999-05-07 |
| Dir Dy South | 2002-09-12 |
| Dir Dy Bird Y Records | 2003-08-11 |
| Dire - Avengers | 2004-04-15 |
| Dir Dy Burd Y | 2004-09-26 |
| Dire - Dds | 2005-02-10 |
| Dir Dy Dozen | 2005-04-26 |
| Dir Dy Red Z | 2005-06-08 |
| Dire - Dire | 2005-10-29 |
| Dir Dy Bird Y | 2006-01-07 |
| Dire - Consulting | 2006-02-28 |
| Dire - Darsi | 2006-04-30 |
| Dire - Immobilier | 2006-07-04 |
| Dir Dy Jokes | 2006-09-07 |
| Dire - Ct Sex | 2007-02-21 |

My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map: