Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16773251-LRMS
Domain Name:211PAMOQQ.INFO
Created On:08-Mar-2007 04:36:51 UTC
Last Updated On:07-May-2007 20:36:13 UTC
Expiration Date:08-Mar-2008 04:36:51 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028831356
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOQQ.INFO@domainsbyproxy.com
Admin ID:GODA-228831356
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOQQ.INFO@domainsbyproxy.com
Billing ID:GODA-328831356
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOQQ.INFO@domainsbyproxy.com
Tech ID:GODA-128831356
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOQQ.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16237073-LRMS
Domain Name:125PAMOH.INFO
Created On:25-Jan-2007 22:30:01 UTC
Last Updated On:06-Jun-2007 05:44:18 UTC
Expiration Date:25-Jan-2008 22:30:01 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779079
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOH.INFO@domainsbyproxy.com
Admin ID:GODA-231779079
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOH.INFO@domainsbyproxy.com
Billing ID:GODA-331779079
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOH.INFO@domainsbyproxy.com
Tech ID:GODA-131779079
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOH.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16620530-LRMS
Domain Name:211PAMOGG.INFO
Created On:23-Feb-2007 20:04:15 UTC
Last Updated On:24-Apr-2007 20:36:47 UTC
Expiration Date:23-Feb-2008 20:04:15 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350581
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOGG.INFO@domainsbyproxy.com
Admin ID:GODA-228350581
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOGG.INFO@domainsbyproxy.com
Billing ID:GODA-328350581
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOGG.INFO@domainsbyproxy.com
Tech ID:GODA-128350581
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOGG.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16837579-LRMS
Domain Name:211PAMOQQQ.INFO
Created On:13-Mar-2007 06:52:48 UTC
Last Updated On:12-May-2007 20:35:11 UTC
Expiration Date:13-Mar-2008 06:52:48 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029015988
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOQQQ.INFO@domainsbyproxy.com
Admin ID:GODA-229015988
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOQQQ.INFO@domainsbyproxy.com
Billing ID:GODA-329015988
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOQQQ.INFO@domainsbyproxy.com
Tech ID:GODA-129015988
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOQQQ.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16837578-LRMS
Domain Name:211PAMONNN.INFO
Created On:13-Mar-2007 06:52:48 UTC
Last Updated On:12-May-2007 20:35:11 UTC
Expiration Date:13-Mar-2008 06:52:48 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029015987
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMONNN.INFO@domainsbyproxy.com
Admin ID:GODA-229015987
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMONNN.INFO@domainsbyproxy.com
Billing ID:GODA-329015987
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMONNN.INFO@domainsbyproxy.com
Tech ID:GODA-129015987
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMONNN.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D15873496-LRMS
Domain Name:1227MAMOC.INFO
Created On:27-Dec-2006 23:09:53 UTC
Last Updated On:06-Jun-2007 05:44:22 UTC
Expiration Date:27-Dec-2007 23:09:53 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779338
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:1227MAMOC.INFO@domainsbyproxy.com
Admin ID:GODA-231779338
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:1227MAMOC.INFO@domainsbyproxy.com
Billing ID:GODA-331779338
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:1227MAMOC.INFO@domainsbyproxy.com
Tech ID:GODA-131779338
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:1227MAMOC.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16773241-LRMS
Domain Name:211PAMOSS.INFO
Created On:08-Mar-2007 04:36:38 UTC
Last Updated On:07-May-2007 20:36:18 UTC
Expiration Date:08-Mar-2008 04:36:38 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028831350
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOSS.INFO@domainsbyproxy.com
Admin ID:GODA-228831350
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOSS.INFO@domainsbyproxy.com
Billing ID:GODA-328831350
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOSS.INFO@domainsbyproxy.com
Tech ID:GODA-128831350
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOSS.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16540284-LRMS
Domain Name:211PAMOP.INFO
Created On:18-Feb-2007 06:11:15 UTC
Last Updated On:08-Jun-2007 07:16:16 UTC
Expiration Date:18-Feb-2008 06:11:15 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779216
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOP.INFO@domainsbyproxy.com
Admin ID:GODA-231779216
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOP.INFO@domainsbyproxy.com
Billing ID:GODA-331779216
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOP.INFO@domainsbyproxy.com
Tech ID:GODA-131779216
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOP.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16237074-LRMS
Domain Name:125PAMOI.INFO
Created On:25-Jan-2007 22:30:08 UTC
Last Updated On:08-Jun-2007 07:16:19 UTC
Expiration Date:25-Jan-2008 22:30:08 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779201
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOI.INFO@domainsbyproxy.com
Admin ID:GODA-231779201
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOI.INFO@domainsbyproxy.com
Billing ID:GODA-331779201
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOI.INFO@domainsbyproxy.com
Tech ID:GODA-131779201
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOI.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D15186174-LRMS
Domain Name:1031MAMOM.INFO
Created On:31-Oct-2006 23:17:55 UTC
Last Updated On:06-Jun-2007 05:44:22 UTC
Expiration Date:31-Oct-2007 23:17:55 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779325
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:1031MAMOM.INFO@domainsbyproxy.com
Admin ID:GODA-231779325
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:1031MAMOM.INFO@domainsbyproxy.com
Billing ID:GODA-331779325
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:1031MAMOM.INFO@domainsbyproxy.com
Tech ID:GODA-131779325
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:1031MAMOM.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16237076-LRMS
Domain Name:125PAMOK.INFO
Created On:25-Jan-2007 22:30:19 UTC
Last Updated On:08-Jun-2007 07:16:19 UTC
Expiration Date:25-Jan-2008 22:30:19 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779205
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOK.INFO@domainsbyproxy.com
Admin ID:GODA-231779205
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOK.INFO@domainsbyproxy.com
Billing ID:GODA-331779205
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOK.INFO@domainsbyproxy.com
Tech ID:GODA-131779205
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOK.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16237087-LRMS
Domain Name:125PAMOO.INFO
Created On:25-Jan-2007 22:31:00 UTC
Last Updated On:08-Jun-2007 07:16:20 UTC
Expiration Date:25-Jan-2008 22:31:00 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779209
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOO.INFO@domainsbyproxy.com
Admin ID:GODA-231779209
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOO.INFO@domainsbyproxy.com
Billing ID:GODA-331779209
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOO.INFO@domainsbyproxy.com
Tech ID:GODA-131779209
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOO.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16620518-LRMS
Domain Name:211PAMOZ.INFO
Created On:23-Feb-2007 20:04:15 UTC
Last Updated On:24-Apr-2007 20:36:45 UTC
Expiration Date:23-Feb-2008 20:04:15 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350572
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOZ.INFO@domainsbyproxy.com
Admin ID:GODA-228350572
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOZ.INFO@domainsbyproxy.com
Billing ID:GODA-328350572
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOZ.INFO@domainsbyproxy.com
Tech ID:GODA-128350572
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOZ.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16237071-LRMS
Domain Name:125PAMOF.INFO
Created On:25-Jan-2007 22:29:49 UTC
Last Updated On:08-Jun-2007 07:16:19 UTC
Expiration Date:25-Jan-2008 22:29:49 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779198
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOF.INFO@domainsbyproxy.com
Admin ID:GODA-231779198
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOF.INFO@domainsbyproxy.com
Billing ID:GODA-331779198
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOF.INFO@domainsbyproxy.com
Tech ID:GODA-131779198
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOF.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16237082-LRMS
Domain Name:125PAMOM.INFO
Created On:25-Jan-2007 22:30:46 UTC
Last Updated On:08-Jun-2007 07:16:19 UTC
Expiration Date:25-Jan-2008 22:30:46 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779203
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOM.INFO@domainsbyproxy.com
Admin ID:GODA-231779203
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOM.INFO@domainsbyproxy.com
Billing ID:GODA-331779203
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOM.INFO@domainsbyproxy.com
Tech ID:GODA-131779203
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOM.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16837584-LRMS
Domain Name:211PAMOKKK.INFO
Created On:13-Mar-2007 06:52:50 UTC
Last Updated On:12-May-2007 20:35:11 UTC
Expiration Date:13-Mar-2008 06:52:50 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029015986
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOKKK.INFO@domainsbyproxy.com
Admin ID:GODA-229015986
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOKKK.INFO@domainsbyproxy.com
Billing ID:GODA-329015986
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOKKK.INFO@domainsbyproxy.com
Tech ID:GODA-129015986
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOKKK.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```