Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16620523-LRMS
Domain Name:211PAMOY.INFO
Created On:23-Feb-2007 20:04:15 UTC
Last Updated On:24-Apr-2007 20:36:48 UTC
Expiration Date:23-Feb-2008 20:04:15 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350570
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOY.INFO@domainsbyproxy.com
Admin ID:GODA-228350570
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOY.INFO@domainsbyproxy.com
Billing ID:GODA-328350570
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOY.INFO@domainsbyproxy.com
Tech ID:GODA-128350570
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOY.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16529533-LRMS
Domain Name:211PAMOL.INFO
Created On:17-Feb-2007 05:53:30 UTC
Last Updated On:08-Jun-2007 07:16:16 UTC
Expiration Date:17-Feb-2008 05:53:30 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779212
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOL.INFO@domainsbyproxy.com
Admin ID:GODA-231779212
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOL.INFO@domainsbyproxy.com
Billing ID:GODA-331779212
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOL.INFO@domainsbyproxy.com
Tech ID:GODA-131779212
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOL.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16620515-LRMS
Domain Name:211PAMOLL.INFO
Created On:23-Feb-2007 20:04:02 UTC
Last Updated On:24-Apr-2007 20:36:48 UTC
Expiration Date:23-Feb-2008 20:04:02 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350564
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOLL.INFO@domainsbyproxy.com
Admin ID:GODA-228350564
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOLL.INFO@domainsbyproxy.com
Billing ID:GODA-328350564
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOLL.INFO@domainsbyproxy.com
Tech ID:GODA-128350564
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOLL.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16529534-LRMS
Domain Name:211PAMOM.INFO
Created On:17-Feb-2007 05:53:40 UTC
Last Updated On:06-Jun-2007 05:44:18 UTC
Expiration Date:17-Feb-2008 05:53:40 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779082
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOM.INFO@domainsbyproxy.com
Admin ID:GODA-231779082
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOM.INFO@domainsbyproxy.com
Billing ID:GODA-331779082
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOM.INFO@domainsbyproxy.com
Tech ID:GODA-131779082
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOM.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16773249-LRMS
Domain Name:211PAMORR.INFO
Created On:08-Mar-2007 04:36:50 UTC
Last Updated On:07-May-2007 20:36:23 UTC
Expiration Date:08-Mar-2008 04:36:50 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028831354
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMORR.INFO@domainsbyproxy.com
Admin ID:GODA-228831354
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMORR.INFO@domainsbyproxy.com
Billing ID:GODA-328831354
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMORR.INFO@domainsbyproxy.com
Tech ID:GODA-128831354
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMORR.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16837581-LRMS
Domain Name:211PAMORRR.INFO
Created On:13-Mar-2007 06:52:48 UTC
Last Updated On:12-May-2007 20:35:11 UTC
Expiration Date:13-Mar-2008 06:52:48 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029015995
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMORRR.INFO@domainsbyproxy.com
Admin ID:GODA-229015995
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMORRR.INFO@domainsbyproxy.com
Billing ID:GODA-329015995
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMORRR.INFO@domainsbyproxy.com
Tech ID:GODA-129015995
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMORRR.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16620525-LRMS
Domain Name:211PAMOJJ.INFO
Created On:23-Feb-2007 20:04:15 UTC
Last Updated On:24-Apr-2007 20:36:48 UTC
Expiration Date:23-Feb-2008 20:04:15 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350582
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOJJ.INFO@domainsbyproxy.com
Admin ID:GODA-228350582
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOJJ.INFO@domainsbyproxy.com
Billing ID:GODA-328350582
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOJJ.INFO@domainsbyproxy.com
Tech ID:GODA-128350582
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOJJ.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

```
Domain ID:D15873492-LRMS
Domain Name:1227MAMOB.INFO
Created On:27-Dec-2006 23:09:48 UTC
Last Updated On:06-Jun-2007 05:44:50 UTC
Expiration Date:27-Dec-2007 23:09:48 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779401
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:1227MAMOB.INFO@domainsbyproxy.com
Admin ID:GODA-231779401
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
```

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:1227MAMOB.INFO@domainsbyproxy.com
Billing ID:GODA-331779401
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:1227MAMOB.INFO@domainsbyproxy.com
Tech ID:GODA-131779401
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:1227MAMOB.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D15729232-LRMS
Domain Name:1214MAMOC.INFO
Created On:15-Dec-2006 07:41:43 UTC
Last Updated On:06-Jun-2007 05:44:41 UTC
Expiration Date:15-Dec-2007 07:41:43 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779393
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:1214MAMOC.INFO@domainsbyproxy.com
Admin ID:GODA-231779393
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:1214MAMOC.INFO@domainsbyproxy.com
Billing ID:GODA-331779393
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:1214MAMOC.INFO@domainsbyproxy.com
Tech ID:GODA-131779393
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:1214MAMOC.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D15873487-LRMS
Domain Name:1227MAMOA.INFO
Created On:27-Dec-2006 23:09:40 UTC
Last Updated On:06-Jun-2007 05:52:45 UTC
Expiration Date:27-Dec-2007 23:09:40 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779124
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:1227MAMOA.INFO@domainsbyproxy.com
Admin ID:GODA-231779124
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:1227MAMOA.INFO@domainsbyproxy.com
Billing ID:GODA-331779124
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:1227MAMOA.INFO@domainsbyproxy.com
Tech ID:GODA-131779124
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:1227MAMOA.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16237069-LRMS
Domain Name:125PAMOD.INFO
Created On:25-Jan-2007 22:29:36 UTC
Last Updated On:08-Jun-2007 01:50:55 UTC
Expiration Date:25-Jan-2008 22:29:36 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779077
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOD.INFO@domainsbyproxy.com
Admin ID:GODA-231779077
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOD.INFO@domainsbyproxy.com
Billing ID:GODA-331779077
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOD.INFO@domainsbyproxy.com
Tech ID:GODA-131779077
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOD.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D15729229-LRMS
Domain Name:1214MAMOA.INFO
Created On:15-Dec-2006 07:41:16 UTC
Last Updated On:06-Jun-2007 05:52:45 UTC
Expiration Date:15-Dec-2007 07:41:16 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779122
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:1214MAMOA.INFO@domainsbyproxy.com
Admin ID:GODA-231779122
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:1214MAMOA.INFO@domainsbyproxy.com
Billing ID:GODA-331779122
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:1214MAMOA.INFO@domainsbyproxy.com
Tech ID:GODA-131779122
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:1214MAMOA.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16837582-LRMS
Domain Name:211PAMOVVV.INFO
Created On:13-Mar-2007 06:52:49 UTC
Last Updated On:12-May-2007 20:34:16 UTC
Expiration Date:13-Mar-2008 06:52:49 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029015990
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOVVV.INFO@domainsbyproxy.com
Admin ID:GODA-229015990
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOVVV.INFO@domainsbyproxy.com
Billing ID:GODA-329015990
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOVVV.INFO@domainsbyproxy.com
Tech ID:GODA-129015990
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOVVV.INFO@domainsbyproxy.com
Name Server:NS6.SECURESERVER.NET
Name Server:NS5.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16620509-LRMS
Domain Name:211PAMOX.INFO
Created On:23-Feb-2007 20:04:01 UTC
Last Updated On:24-Apr-2007 20:36:48 UTC
Expiration Date:23-Feb-2008 20:04:01 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350559
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOX.INFO@domainsbyproxy.com
Admin ID:GODA-228350559
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOX.INFO@domainsbyproxy.com
Billing ID:GODA-328350559
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOX.INFO@domainsbyproxy.com
Tech ID:GODA-128350559
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOX.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16837580-LRMS
Domain Name:211PAMOOOO.INFO
Created On:13-Mar-2007 06:52:48 UTC
Last Updated On:12-May-2007 20:35:11 UTC
Expiration Date:13-Mar-2008 06:52:48 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029015994
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOOOO.INFO@domainsbyproxy.com
Admin ID:GODA-229015994
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOOOO.INFO@domainsbyproxy.com
Billing ID:GODA-329015994
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOOOO.INFO@domainsbyproxy.com
Tech ID:GODA-129015994
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOOOO.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16540282-LRMS
Domain Name:211PAMOO.INFO
Created On:18-Feb-2007 06:11:01 UTC
Last Updated On:08-Jun-2007 07:16:19 UTC
Expiration Date:18-Feb-2008 06:11:01 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779211
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOO.INFO@domainsbyproxy.com
Admin ID:GODA-231779211
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOO.INFO@domainsbyproxy.com
Billing ID:GODA-331779211
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOO.INFO@domainsbyproxy.com
Tech ID:GODA-131779211
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOO.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16237089-LRMS
Domain Name:125PAMOP.INFO
Created On:25-Jan-2007 22:31:08 UTC
Last Updated On:06-Jun-2007 05:44:17 UTC
Expiration Date:25-Jan-2008 22:31:08 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779081
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOP.INFO@domainsbyproxy.com
Admin ID:GODA-231779081
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOP.INFO@domainsbyproxy.com
Billing ID:GODA-331779081
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOP.INFO@domainsbyproxy.com
Tech ID:GODA-131779081
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOP.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```