Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16620514-LRMS
Domain Name:211PAMOFF.INFO
Created On:23-Feb-2007 20:04:01 UTC
Last Updated On:24-Apr-2007 20:36:48 UTC
Expiration Date:23-Feb-2008 20:04:01 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350562
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOFF.INFO@domainsbyproxy.com
Admin ID:GODA-228350562
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOFF.INFO@domainsbyproxy.com
Billing ID:GODA-328350562
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOFF.INFO@domainsbyproxy.com
Tech ID:GODA-128350562
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOFF.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16620520-LRMS
Domain Name:211PAMOMM.INFO
Created On:23-Feb-2007 20:04:15 UTC
Last Updated On:24-Apr-2007 20:36:48 UTC
Expiration Date:23-Feb-2008 20:04:15 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350584
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOMM.INFO@domainsbyproxy.com
Admin ID:GODA-228350584
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOMM.INFO@domainsbyproxy.com
Billing ID:GODA-328350584
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOMM.INFO@domainsbyproxy.com
Tech ID:GODA-128350584
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOMM.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16837573-LRMS
Domain Name:211PAMOTTT.INFO
Created On:13-Mar-2007 06:52:47 UTC
Last Updated On:12-May-2007 20:34:16 UTC
Expiration Date:13-Mar-2008 06:52:47 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029015989
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOTTT.INFO@domainsbyproxy.com
Admin ID:GODA-229015989
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOTTT.INFO@domainsbyproxy.com
Billing ID:GODA-329015989
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOTTT.INFO@domainsbyproxy.com
Tech ID:GODA-129015989
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOTTT.INFO@domainsbyproxy.com
Name Server:NS6.SECURESERVER.NET
Name Server:NS5.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16837588-LRMS
Domain Name:211PAMOSSS.INFO
Created On:13-Mar-2007 06:53:10 UTC
Last Updated On:12-May-2007 20:35:11 UTC
Expiration Date:13-Mar-2008 06:53:10 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029016001
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOSSS.INFO@domainsbyproxy.com
Admin ID:GODA-229016001
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOSSS.INFO@domainsbyproxy.com
Billing ID:GODA-329016001
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOSSS.INFO@domainsbyproxy.com
Tech ID:GODA-129016001
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOSSS.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16237072-LRMS
Domain Name:125PAMOG.INFO
Created On:25-Jan-2007 22:29:54 UTC
Last Updated On:08-Jun-2007 07:16:19 UTC
Expiration Date:25-Jan-2008 22:29:54 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779200
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOG.INFO@domainsbyproxy.com
Admin ID:GODA-231779200
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOG.INFO@domainsbyproxy.com
Billing ID:GODA-331779200
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOG.INFO@domainsbyproxy.com
Tech ID:GODA-131779200
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOG.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16837589-LRMS
Domain Name:211PAMOPPP.INFO
Created On:13-Mar-2007 06:53:10 UTC
Last Updated On:12-May-2007 20:35:11 UTC
Expiration Date:13-Mar-2008 06:53:10 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029016000
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOPPP.INFO@domainsbyproxy.com
Admin ID:GODA-229016000
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOPPP.INFO@domainsbyproxy.com
Billing ID:GODA-329016000
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOPPP.INFO@domainsbyproxy.com
Tech ID:GODA-129016000
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOPPP.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16773246-LRMS
Domain Name:211PAMOPP.INFO
Created On:08-Mar-2007 04:36:38 UTC
Last Updated On:07-May-2007 20:36:22 UTC
Expiration Date:08-Mar-2008 04:36:38 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028831345
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOPP.INFO@domainsbyproxy.com
Admin ID:GODA-228831345
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOPP.INFO@domainsbyproxy.com
Billing ID:GODA-328831345
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOPP.INFO@domainsbyproxy.com
Tech ID:GODA-128831345
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOPP.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Welcome  rgrabows   Logout   My Account

**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|
| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

## Domain History

Domain:          moonpossim.com

Cache Date:      2006-12-14

Registrar:       ENOM, INC.

---

```
Domain name: moonpossim.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (fkdgbbfwyt@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O moonpossim.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (fkdgbbfwyt@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O moonpossim.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (fkdgbbfwyt@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O moonpossim.com
    Bellevue, WA 98007
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 08 Dec 2006 17:25:10
```

about us   data center   support   17   sales



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows   Logout   My Account

**DomainTools**

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

## Domain History

Domain:                 gobblefungus.com

Cache Date:             2006-03-14

Registrar:              ENOM, INC.

---

```
Registration Service Provided By: Registerfly.com
Contact: support@registerfly.com
Visit: http://www.registerfly.com


Domain name: gobblefungus.com

Registrant Contact:
    RegisterFly.com - Ref# 20910313
    Whois Protection Service - ProtectFly.com (tftqv8k0wx11ue@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Administrative Contact:
    RegisterFly.com - Ref# 20910313
    Whois Protection Service - ProtectFly.com (bm2wu8gy6wexrec@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Technical Contact:
    RegisterFly.com - Ref# 20910313
    Whois Protection Service - ProtectFly.com (sh3rgkbfhxzurt@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Status: Active

Name Servers:
    ns1.gobblefungus.com
    ns2.gobblefungus.com

Creation date: 14 Aug 2005 21:40:31
Expiration date: 14 Aug 2006 21:40:31
Whois-Services: f291627e-8078-468d-8502-a4fe1644a898@whois-services.com
```

 My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more ▸ |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

*Javascript must be turned on to use the full features of this site.*

## Domain History

| | |
|---|---|
| Domain: | jamgray.com |
| Cache Date: | 2006-11-09 |
| Registrar: | GO DADDY SOFTWARE, INC. |

---

Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: JAMGRAY.COM
        Created on: 11-Oct-06
        Expires on: 11-Oct-07
        Last Updated on:

    Administrative Contact:
        Private, Registration  JAMGRAY.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2599

    Technical Contact:
        Private, Registration  JAMGRAY.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2599

    Domain servers in listed order:
        NS1.GOLFYEP.COM
        NS2.GOLFYEP.COM

---



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions |
Site Map

Welcome rgrabows   Logout   My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | taggrey.com |
| Cache Date: | 2006-11-15 |
| Registrar: | GO DADDY SOFTWARE, INC. |

---

Registrant:
   Domains by Proxy, Inc.
   DomainsByProxy.com
   15111 N. Hayden Rd., Ste 160, PMB 353
   Scottsdale, Arizona 85260
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: TAGGREY.COM
      Created on: 11-Oct-06
      Expires on: 11-Oct-07
      Last Updated on:

   Administrative Contact:
      Private, Registration  TAGGREY.COM@domainsbyproxy.com
      Domains by Proxy, Inc.
      DomainsByProxy.com
      15111 N. Hayden Rd., Ste 160, PMB 353
      Scottsdale, Arizona 85260
      United States
      (480) 624-2599      Fax -- (480) 624-2599

   Technical Contact:
      Private, Registration  TAGGREY.COM@domainsbyproxy.com
      Domains by Proxy, Inc.
      DomainsByProxy.com
      15111 N. Hayden Rd., Ste 160, PMB 353
      Scottsdale, Arizona 85260
      United States
      (480) 624-2599      Fax -- (480) 624-2599

   Domain servers in listed order:
      NS1.GOLFYEP.COM
      NS2.GOLFYEP.COM

---

Welcome  rgrabows  Logout  My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:            carrythedeal.com

Cache Date:        2006-11-22

Registrar:         ENOM, INC.

---

```
Domain name: carrythedeal.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (mlcqxbwyc@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O carrythedeal.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (mlcqxbwyc@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O carrythedeal.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (mlcqxbwyc@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O carrythedeal.com
    Bellevue, WA 98007
    US

Status: Active

Name Servers:
    ns1.realasitgets.net
    ns2.realasitgets.net

Creation date: 25 Sep 2006 13:08:44
Expiration date: 25 Sep 2007 13:08:44
```


My Account | Subscribe | Services | Host Locations | Book Tickets | Illinois | Promotions | Site Map

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

*Javascript must be turned on to use the full features of this site.*

# Domain History

```
Domain:              purplepeoples.com

Cache Date:          2007-05-23

Registrar:           WILD WEST DOMAINS, INC.
```

---

```
Registrant:

    Domains by Proxy, Inc.

    DomainsByProxy.com

    15111 N. Hayden Rd., Ste 160, PMB 353

    Scottsdale, Arizona 85260

    United States


    Registered through: Urlfast.com

    Domain Name: PURPLEPEOPLES.COM

      Created on: 09-Jan-07

      Expires on: 10-Jan-09

      Last Updated on:


    Administrative Contact:

      Private, Registration  PURPLEPEOPLES.COM@domainsbyproxy.com

      Domains by Proxy, Inc.

      DomainsByProxy.com

      15111 N. Hayden Rd., Ste 160, PMB 353

      Scottsdale, Arizona 85260

      United States

      (480) 624-2599      Fax -- (480) 624-2599


    Technical Contact:

      Private, Registration  PURPLEPEOPLES.COM@domainsbyproxy.com

      Domains by Proxy, Inc.

      DomainsByProxy.com

      15111 N. Hayden Rd., Ste 160, PMB 353

      Scottsdale, Arizona 85260

      United States

      (480) 624-2599      Fax -- (480) 624-2599


    Domain servers in listed order:

      NS1.EBONYWIZARD.COM

      NS2.EBONYWIZARD.COM
```



| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:               warehouse-egoods.com

Cache Date:           2006-11-06

Registrar:            TUCOWS INC.

---

Registrant:
Contactprivacy.com
96 Mowat Ave
Toronto, ON M6K 3M1
CA

Domain name: WAREHOUSE-EGOODS.COM

Administrative Contact:
    contactprivacy.com,    warehouse-egoods.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457
Technical Contact:
    contactprivacy.com,    warehouse-egoods.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457

Registration Service Provider:
    iPowerWeb, hostmaster@ipowerweb.com
    888 511 4678
    602-307-5438 (fax)
    http://IPOWER.com



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D16237080-LRMS
Domain Name:125PAMOL.INFO
Created On:25-Jan-2007 22:30:30 UTC
Last Updated On:06-Jun-2007 05:44:17 UTC
Expiration Date:25-Jan-2008 22:30:30 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031779080
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:125PAMOL.INFO@domainsbyproxy.com
Admin ID:GODA-231779080
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:125PAMOL.INFO@domainsbyproxy.com
Billing ID:GODA-331779080
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:125PAMOL.INFO@domainsbyproxy.com
Tech ID:GODA-131779080
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:125PAMOL.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

**DomainTools**

Welcome  rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:                              grizlycow.com

Cache Date:                          2005-10-31

Registrar:                           ENOM, INC.

---

```
Registration Service Provided By: Registerfly.com
Contact: rapid@registerfly.com
Visit: http://www.registerfly.com

Domain name: grizlycow.com

Registrant Contact:
    RegisterFly.com - Ref# 20910315
    Whois Protection Service - ProtectFly.com (t8gq1c7jyzbt2h@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Administrative Contact:
    RegisterFly.com - Ref# 20910315
    Whois Protection Service - ProtectFly.com (q4v94z7rpnrsu@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Technical Contact:
    RegisterFly.com - Ref# 20910315
    Whois Protection Service - ProtectFly.com (tt5bk24aw0htk87@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Status: Active

Name Servers:
    ns1.grizlycow.com
    ns2.grizlycow.com

Creation date: 14 Aug 2005 21:40:33
Expiration date: 14 Aug 2006 21:40:33
```



This is Y:\cases\Curry\qa4\quickbrown\m@wh#le#to.txt

My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:            onnetshare.com

Cache Date:        2006-05-25

Registrar:         TUCOWS INC.

---

```
Registrant:
Contactprivacy.com
96 Mowat Ave
Toronto, ON M6K 3M1
CA


Domain name: ONNETSHARE.COM

Administrative Contact:
   contactprivacy.com,    onnetshare.com@contactprivacy.com
   96 Mowat Ave
   Toronto, ON M6K 3M1
   CA
   +1.4165385457
Technical Contact:
   contactprivacy.com,    onnetshare.com@contactprivacy.com
   96 Mowat Ave
   Toronto, ON M6K 3M1
   CA
   +1.4165385457

Registration Service Provider:
   iPowerWeb, hostmaster@ipowerweb.com
   888 511 4678
   602-307-5438 (fax)
   http://iPowerWeb.com
```



DomainTools

Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:              nexusmail.net

Cache Date:          2006-06-04

Registrar:           NETWORK SOLUTIONS, LLC.

---

```
Registrant:
NexusMail
ATTN: NEXUSMAIL.NET
c/o Network Solutions
P.O. Box 447
Herndon, VA.  20172-0447


Domain Name: NEXUSMAIL.NET


Administrative Contact, Technical Contact:
NexusMail                qs2w93sr5bj@networksolutionsprivateregistration.com
ATTN: NEXUSMAIL.NET
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
570-708-8780


Record expires on 08-Aug-2008.
Record created on 08-Aug-2002.
Database last updated on 4-Jun-2006 09:24:47 EDT.


Domain servers in listed order:

SMF-DNS-01.SMF.RAGINGWIRE.NET 65.160.225.8
SMF-DNS-02.SMF.RAGINGWIRE.NET 65.160.225.9
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions |
Site Map

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:          pixel-rate.com

Cache Date:      2006-09-21

Registrar:       GO DADDY SOFTWARE, INC.

---

Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: PIXEL-RATE.COM
       Created on: 13-Apr-06
       Expires on: 14-Apr-07
       Last Updated on: 14-Apr-06

    Administrative Contact:
       Private, Registration  PIXEL-RATE.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599

    Technical Contact:
       Private, Registration  PIXEL-RATE.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599

    Domain servers in listed order:
       NS1.PIXEL-RATE.COM
       NS2.PIXEL-RATE.COM

---



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions |
Site Map

Welcome  rgrabows   Logout   My Account

**DomainTools**

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |
|---|---|---|---|---|---|---|
| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:    **grace765mark.com**

Cache Date: 2006-11-15

Registrar:   INNERWISE, INC. D/B/A ITSYOURDOMAIN.COM

---

```
Domain: grace765mark.com

Registrant
    SecureWhois, Inc.
    QFfHnFjHbxw@securewhois.com
    904 S. Roselle Road #136
    Schaumburg, IL 60193 US
    +1.6306727455
    +1.6306727455 (FAX)

Administrative
    SecureWhois, Inc.
    qLlKkjHCVRR@securewhois.com
    904 S. Roselle Road #136
    Schaumburg, IL 60193 US
    +1.6306727455
    +1.6306727455 (FAX)

Billing
    SecureWhois, Inc.
    qLlKkjHCVRR@securewhois.com
    904 S. Roselle Road #136
    Schaumburg, IL 60193 US
    +1.6306727455
    +1.6306727455 (FAX)

Technical
    SecureWhois, Inc.
    qLlKkjHCVRR@securewhois.com
    904 S. Roselle Road #136
    Schaumburg, IL 60193 US
    +1.6306727455
    +1.6306727455 (FAX)

Record created on January 25, 2005
Record last updated on January 16, 2006
Record expires on January 25, 2007

Domain Name Servers:
    NS2.GRACE765MARK.COM
    NS1.GRACE765MARK.COM
```




My Account | Membership | Blog | Hosting | Affiliates | Stock Tickers | Download | Illinois | Legal | Suggestions | Site Map