DomainTools

Welcome  rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more ▶ |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

*Javascript must be turned on to use the full features of this site.*

## Domain History

Domain:              clacln.net

Cache Date:          2006-12-06

Registrar:           REGISTERFLY.COM, INC.

_____

```
Registrant:
RegisterFly.com - Ref-R# 50714223
404 Main Street
4th Floor
Boonton, NJ 07005
US


Domain name: CLACLN.NET

Administrative Contact:
     - ProtectFly.com, Whois Protection Service   mp9qzxeq4thfqkq@protectfly.com
     404 Main Street
     4th Floor
     Boonton, NJ 07005
     US
     +1.9737362545   Fax: +1.9737361355

Technical Contact:
     - ProtectFly.com, Whois Protection Service   mp9qzxeq4thfqkq@protectfly.com
     404 Main Street
     4th Floor
     Boonton, NJ 07005
     US
     +1.9737362545   Fax: +1.9737361355

Registrar of Record: REGISTERFLY.COM, INC.
Record last updated on 22-Nov-2006.
Record expires on 26-Oct-2007.
Record created on 26-Oct-2006.

Domain servers in listed order:
     MI159.CLACLN.NET    208.53.5.159
     LO126.CLACLN.NET    69.50.214.126
     TR35.CLACLN.NET     66.248.144.35
     HI165.CLACLN.NET    208.53.15.165

Domain status: clientTransferProhibited
               clientUpdateProhibited
```

Welcome rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:            eagermedia.net
Cache Date:        2006-10-17
Registrar:         DOTSTER, INC.

Registrant:
    c/o EAGERMEDIA.NET
    P.O. Box 821650
    Vancouver, WA  98682
    US

    Registrar: DOTSTER
    Domain Name: EAGERMEDIA.NET
       Created on: 04-OCT-06
       Expires on: 04-OCT-07
       Last Updated on: 06-OCT-06

    Administrative Contact:
       EAGERMEDIA.NETsNtOZi@privacypost.com
       c/o EAGERMEDIA.NET
       P.O. Box 821650
       Vancouver, WA  98682
       US
       +1.360-449-5933

    Technical Contact:
       EAGERMEDIA.NETkqnGhQ@privacypost.com
       c/o EAGERMEDIA.NET
       P.O. Box 821650
       Vancouver, WA  98682
       US
       +1.360-449-5933

    Domain servers in listed order:
       NS1.EAGERMEDIA.NET
       NS2.EAGERMEDIA.NET

Welcome  rgrabows    Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:            weekendropedust.com

Cache Date:        2007-04-16

Registrar:         ENOM, INC.

---

Domain name: weekendropedust.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (vkqmpckkm@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O weekendropedust.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (vkqmpckkm@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O weekendropedust.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (vkqmpckkm@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O weekendropedust.com
    Bellevue, WA 98007
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 08 Dec 2006 17:25:14



My Account | Memberships | Blog |  Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:            bigpixelnet.com

Cache Date:        2007-04-03

Registrar:         DYNAMIC DOLPHIN, INC.

---

Contact: +1.7208723477

Domain Name: BIGPIXELNET.COM

Registrant:
      Private Who Is
      Private Who Is        (contact@bigpixelmedia.com)
      4870 Ashford Dunwoody Rd.
      Atlanta
      Georgia,30338
      US
      Tel. +011.8772711754

Creation Date: 05-Feb-2007
Expiration Date: 05-Feb-2008

Domain servers in listed order:
      ns9.atlantadns.com
      ns10.atlantadns.com

Administrative Contact:
      Private Who Is
      Private Who Is        (contact@bigpixelmedia.com)
      4870 Ashford Dunwoody Rd.
      Atlanta
      Georgia,30338
      US
      Tel. +011.8772711754

Technical Contact:
      Private Who Is
      Private Who Is        (contact@bigpixelmedia.com)
      4870 Ashford Dunwoody Rd.
      Atlanta
      Georgia,30338
      US
      Tel. +011.8772711754

Billing Contact:
      Private Who Is
      Private Who Is        (contact@bigpixelmedia.com)
      4870 Ashford Dunwoody Rd.

```
Augusta
Georgia,30338
US
Tel. +011.8772711754
```

Status:ACTIVE

 My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

DomainTools

Welcome  rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:              orangesuns.com

Cache Date:          2006-05-12

Registrar:           GO DADDY SOFTWARE, INC.

---

Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com
    Domain Name: ORANGESUNS.COM
        Created on: 26-Mar-06
        Expires on: 27-Mar-07
        Last Updated on: 29-Mar-06

    Administrative Contact:
        Private, Registration  ORANGESUNS.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Technical Contact:
        Private, Registration  ORANGESUNS.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Domain servers in listed order:
        NS1.CZENTERPRISESMAILER.COM
        NS2.CZENTERPRISESMAILER.COM



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions |
Site Map

Welcome rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | sourtreasury.com |
| Cache Date: | 2007-04-05 |
| Registrar: | ENOM, INC. |

```
Domain name: sourtreasury.com

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (qhbmjqtln@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O sourtreasury.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (qhbmjqtln@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O sourtreasury.com
   Bellevue, WA 98007
   US

Registrant Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (qhbmjqtln@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O sourtreasury.com
   Bellevue, WA 98007
   US


Status: Active

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com


Creation date: 08 Dec 2006 17:25:12
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | crewsavor.com |
| Cache Date: | 2007-06-01 |
| Registrar: | ENOM, INC. |

---

```
Domain name: crewsavor.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (rtdxpflyvj@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O crewsavor.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (rtdxpflyvj@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O crewsavor.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (rtdxpflyvj@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O crewsavor.com
    Bellevue, WA 98007
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 08 Dec 2006 17:25:09
```



My Account | Memberships | Blog |  Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

*Javascript must be turned on to use the full features of this site.*

# Domain History

| | |
|---|---|
| Domain: | skiplastic.com |
| Cache Date: | 2007-03-16 |
| Registrar: | ENOM, INC. |

```
Domain name: skiplastic.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (rhwjtccly@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O skiplastic.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (rhwjtccly@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O skiplastic.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (rhwjtccly@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O skiplastic.com
    Bellevue, WA 98007
    US

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 25 Oct 2006 14:11:47
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows    Logout    My Account

**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | ragepencil.com |
| Cache Date: | 2007-04-05 |
| Registrar: | ENOM, INC. |

---

```
Registration Service Provided By: NameCheap.com
Contact: support@NameCheap.com

Domain name: ragepencil.com

Registrant Contact:
   WhoisGuard
   WhoisGuard Protected (a7cc50ccc86a4d5f812562822db25415.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Administrative Contact:
   WhoisGuard
   WhoisGuard Protected (a7cc50ccc86a4d5f812562822db25415.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Technical Contact:
   WhoisGuard
   WhoisGuard Protected (a7cc50ccc86a4d5f812562822db25415.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Status: Locked

Name Servers:
   ns1.alltopoffers.com
   ns2.alltopoffers.com

Creation date: 08 Nov 2006 22:35:30
```

EXHIBIT E - PART 1 NIC 2 0 0 7 7 2 2 1 5 3 0



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

**DomainTools**

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |
| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Welcome  rgrabows   Logout   My Account

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:                         popcorndelivery.com

Cache Date:                     2006-09-12

Registrar:                      ENOM, INC.

---

```
Registration Service Provided By: Registerfly.com
Contact: support@registerfly.com
Visit: http://www.registerfly.com


Domain name: popcorndelivery.com

Registrant Contact:
    RegisterFly.com - Ref# 25493343
    Whois Protection Service - ProtectFly.com (krg7hbce3944uk6@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Administrative Contact:
    RegisterFly.com - Ref# 25493343
    Whois Protection Service - ProtectFly.com (eghrnpzmjtn26xc@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Technical Contact:
    RegisterFly.com - Ref# 25493343
    Whois Protection Service - ProtectFly.com (bynzhu40zq55k9@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com
```

Case 3:07-cv-04630-JCS 005 Document 1-14
Expiration date: 22 Nov 2006 13:34:46



My Account | Memberships | Blog |  Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows   Logout   My Account



DomainTools

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

## Domain History

Domain:                    yellowvast.info

Cache Date:                2006-10-06

Registrar:

---

```
Domain ID:D14485979-LRMS
Domain Name:YELLOWVAST.INFO
Created On:24-Aug-2006 22:03:16 UTC
Last Updated On:05-Oct-2006 02:16:08 UTC
Expiration Date:24-Aug-2007 22:03:16 UTC
Sponsoring Registrar:RegisterFly.com, Inc. (R318-LRMS)
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Status:TRANSFER PROHIBITED
Registrant ID:tuQowjGAXiZAdsn9
Registrant Name:Whois Protection Service - ProtectFly.com
Registrant Organization:RegisterFly.com - Ref-R# 46920339
Registrant Street1:404 Main Street
Registrant Street2:4th Floor
Registrant Street3:
Registrant City:Boonton
Registrant State/Province:NJ
Registrant Postal Code:07005
Registrant Country:US
Registrant Phone:+1.9737362545
Registrant Phone Ext.:
Registrant FAX:+1.9737361355
Registrant FAX Ext.:
Registrant Email:bzryf2hyayjf1qy@protectfly.com
Admin ID:tuO2XYUI5QBzzjql
Admin Name:Whois Protection Service - ProtectFly.com
Admin Organization:RegisterFly.com - Ref-R# 46920339
Admin Street1:404 Main Street
Admin Street2:4th Floor
Admin Street3:
Admin City:Boonton
Admin State/Province:NJ
Admin Postal Code:07005
Admin Country:US
Admin Phone:+1.9737362545
Admin Phone Ext.:
Admin FAX:+1.9737361355
Admin FAX Ext.:
Admin Email:bzryf2hyayjf1qy@protectfly.com
Billing ID:tulip7AJhYNKmYyF
Billing Name:Whois Protection Service - ProtectFly.com
Billing Organization:RegisterFly.com - Ref-R# 46920339
```

```
Billing Street1:404 Main Street
Billing Street2:4th Floor
Billing Street3:
Billing City:Boonton
Billing State/Province:NJ
Billing Postal Code:07005
Billing Country:US
Billing Phone:+1.9737362545
Billing Phone Ext.:
Billing FAX:+1.9737361355
Billing FAX Ext.:
Billing Email:bzryf2hyayjf1qy@protectfly.com
Tech ID:tulQxtcgXZMXR70S
Tech Name:Whois Protection Service - ProtectFly.com
Tech Organization:RegisterFly.com - Ref-R# 46920339
Tech Street1:404 Main Street
Tech Street2:4th Floor
Tech Street3:
Tech City:Boonton
Tech State/Province:NJ
Tech Postal Code:07005
Tech Country:US
Tech Phone:+1.9737362545
Tech Phone Ext.:
Tech FAX:+1.9737361355
Tech FAX Ext.:
Tech Email:bzryf2hyayjf1qy@protectfly.com
Name Server:NS1.INFO-GREEN.COM
Name Server:NS2.INFO-GREEN.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Welcome rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

| Domain: | totallyfreeld.net |
| Cache Date: | 2006-12-18 |
| Registrar: | GO DADDY SOFTWARE, INC. |

---

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: TOTALLYFREELD.NET
        Created on: 18-Jan-06
        Expires on: 18-Jan-08
        Last Updated on:

    Administrative Contact:
        Private, Registration   TOTALLYFREELD.NET@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Technical Contact:
        Private, Registration   TOTALLYFREELD.NET@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Domain servers in listed order:
        NS1.SWIFTCO.NET
        NS2.SWIFTCO.NET
```



**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

|  |  |
|---|---|
| Domain: | opencottage.com |
| Cache Date: | 2006-11-29 |
| Registrar: | ENOM, INC. |

```
Domain name: opencottage.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (ncxtdgqkfn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O opencottage.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (ncxtdgqkfn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O opencottage.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (ncxtdgqkfn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O opencottage.com
    Bellevue, WA 98007
    US

Status: Locked

Name Servers:
    ns1.servicesbyname.com
    ns2.servicesbyname.com

Creation date: 06 Dec 2005 12:35:54
Expiration date: 06 Dec 2007 12:35:54
```

 

My Account | Services | Household Items | Stock Tickers | Illinois | Promotions | Auctions |
Site Map

**DomainTools**

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Welcome rgrabows  Logout  My Account

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:              rangersforhire.com

Cache Date:          2006-06-17

Registrar:           ENOM, INC.

---

Registration Service Provided By: NameCheap.com
Contact: support@NameCheap.com
Visit: http://www.namecheap.com/

Domain name: rangersforhire.com

Registrant Contact:
   WhoisGuard
   WhoisGuard Protected (7c16ff6484894c90941582a151ac9976.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Administrative Contact:
   WhoisGuard
   WhoisGuard Protected (7c16ff6484894c90941582a151ac9976.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Technical Contact:
   WhoisGuard
   WhoisGuard Protected (7c16ff6484894c90941582a151ac9976.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Status: Locked

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com

dns5.name-services.com

Creation date: 22 May 2006 17:14:46

Expiration date: 22 May 2007 17:14:46

 My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.


   Domain Name: TARTTREASURY.COM
   Registrar: ENOM, INC.
   Whois Server: whois.enom.com
   Referral URL: http://www.enom.com
   Name Server: DNS1.NAME-SERVICES.COM
   Name Server: DNS2.NAME-SERVICES.COM
   Name Server: DNS3.NAME-SERVICES.COM
   Name Server: DNS4.NAME-SERVICES.COM
   Name Server: DNS5.NAME-SERVICES.COM
   Status: ok
   Updated Date: 08-dec-2006
   Creation Date: 08-dec-2006
   Expiration Date: 08-dec-2007

>>> Last update of whois database: Fri, 17 Aug 2007 00:41:35 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the
expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,

repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to
ensure
operational stability.  VeriSign may restrict or terminate your access to
the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
=-=-=-=
Visit AboutUs.org for more information about tarttreasury.com
<a href="http://www.aboutus.org/tarttreasury.com">AboutUs:
tarttreasury.com</a>


Domain name: tarttreasury.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (hmmpsjrp@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O tarttreasury.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (hmmpsjrp@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O tarttreasury.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (hmmpsjrp@whoisprivacyprotect.com)
    +1.4252740657

```
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O tarttreasury.com
   Bellevue, WA 98007
   US
```

Status: Active

Name Servers:
```
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com
```

Creation date: 08 Dec 2006 17:25:13
Expiration date: 08 Dec 2007 17:25:13
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
```

Welcome  rgrabows    Logout    My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more ▸ |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:           goldkesef.com

Cache Date:       2007-02-25

Registrar:        WILD WEST DOMAINS, INC.

---

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: Urlfast.com
    Domain Name: GOLDKESEF.COM
       Created on: 09-Jan-07
       Expires on: 10-Jan-09
       Last Updated on:

    Administrative Contact:
       Private, Registration  GOLDKESEF.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599      Fax -- (480) 624-2599

    Technical Contact:
       Private, Registration  GOLDKESEF.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599      Fax -- (480) 624-2599

    Domain servers in listed order:
       NS1.EBONYWIZARD.COM
       NS2.EBONYWIZARD.COM
```



**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:                          mj2304.com

Cache Date:                      2005-12-08

Registrar:                       ENOM, INC.

_____

Registration Service Provided By: Registerfly.com
Contact: rapid@registerfly.com
Visit: http://www.registerfly.com

Domain name: mj2304.com

Registrant Contact:
     RegisterFly.com - Ref# 25847694
     Whois Protection Service - ProtectFly.com (25847694.fly@spamfly.com)
     +1.2122952121
     Fax: +1.2122952153
     230 Park Avenue
     Suite 864
     New York, NY 10169
     US

Administrative Contact:
     RegisterFly.com - Ref# 25847694
     Whois Protection Service - ProtectFly.com (25847694.fly@spamfly.com)
     +1.2122952121
     Fax: +1.2122952153
     230 Park Avenue
     Suite 864
     New York, NY 10169
     US

Technical Contact:
     RegisterFly.com - Ref# 25847694
     Whois Protection Service - ProtectFly.com (25847694.fly@spamfly.com)
     +1.2122952121
     Fax: +1.2122952153
     230 Park Avenue
     Suite 864
     New York, NY 10169
     US

Status: Active

Name Servers:
     dns1.name-services.com
     dns2.name-services.com
     dns3.name-services.com

```
dns5.name-services.com

Creation date: 01 Dec 2005 16:43:23
Expiration date: 01 Dec 2006 16:43:23

Whois-Services: xb7ybx2pxp4yx.mj2304.com@whois-services.com
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome rgrabows   Logout   My Account

**DomainTools**

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | bumblemule.com |
| Cache Date: | 2005-11-12 |
| Registrar: | ENOM, INC. |

---

```
Registration Service Provided By: Registerfly.com
Contact: rapid@registerfly.com
Visit: http://www.registerfly.com

Domain name: bumblemule.com

Registrant Contact:
    RegisterFly.com - Ref# 20910294
    Whois Protection Service - ProtectFly.com (x99r08m4s9bkve@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Administrative Contact:
    RegisterFly.com - Ref# 20910294
    Whois Protection Service - ProtectFly.com (gtjcjk1hpah2p18@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Technical Contact:
    RegisterFly.com - Ref# 20910294
    Whois Protection Service - ProtectFly.com (m1q206yesssuh2@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com
```

Case 3:07-dev-04630-JCS   005 Document 1-14

Expiration date: 14 Aug 2006 21:40:24


Whois-Services: ypx7pb32pb4pby.bumblemule.com@whois-services.com



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map