

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | tablatinganth.com |
| Cache Date: | 2006-08-21 |
| Registrar: | MONIKER ONLINE SERVICES, INC. |

```
Domain Name: TABLATINGANTH.COM

Registrant [370801]:
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [370801]:
        Moniker Privacy Services TABLATINGANTH.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [370801]:
        Moniker Privacy Services TABLATINGANTH.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Technical Contact [370801]:
        Moniker Privacy Services TABLATINGANTH.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
```

```
                                    US
                        Phone: +1.9549848445
                        Fax:   +1.9549699155


         Domain servers in listed order:


                NS1.INTERNETWORLDIMPORTERS.COM        70.87.227.14
                NS2.INTERNETWORLDIMPORTERS.COM        70.87.227.15


                Record created on:       2006-08-06 22:45:09.0
                Database last updated on: 2006-08-06 23:39:25.2
                Domain Expires on:       2007-08-06 22:45:09.0
```



Welcome  rgrabows     Logout     My Account

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | songgulf.com |
| Cache Date: | 2006-10-30 |
| Registrar: | ENOM, INC. |

---

```
Registration Service Provided By: Registerfly.com
Contact: support@registerfly.com
Visit: http://www.registerfly.com

Domain name: songgulf.com

Registrant Contact:
    RegisterFly.com - Ref# 16848864
    Whois Protection Service - ProtectFly.com (16848864.fly@spamfly.com)
    +1.2122952121
    Fax: +1.2122952153
    230 Park Avenue
    Suite 864
    New York, NY 10169
    US

Administrative Contact:
    RegisterFly.com - Ref# 16848864
    Whois Protection Service - ProtectFly.com (16848864.fly@spamfly.com)
    +1.2122952121
    Fax: +1.2122952153
    230 Park Avenue
    Suite 864
    New York, NY 10169
    US

Technical Contact:
    RegisterFly.com - Ref# 16848864
    Whois Protection Service - ProtectFly.com (16848864.fly@spamfly.com)
    +1.2122952121
    Fax: +1.2122952153
    230 Park Avenue
    Suite 864
    New York, NY 10169
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
```

dns3.name-services.com
dns5.name-services.com

```
Creation date: 29 Mar 2005 14:53:53
Expiration date: 29 Mar 2007 14:53:53
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome rgrabows   Logout   My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more ▸ |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | revthrottle.com |
| Cache Date: | 2007-02-28 |
| Registrar: | GO DADDY SOFTWARE, INC. |

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: REVTHROTTLE.COM
        Created on: 13-Apr-06
        Expires on: 14-Apr-07
        Last Updated on: 14-Apr-06

    Administrative Contact:
        Private, Registration  REVTHROTTLE.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Technical Contact:
        Private, Registration  REVTHROTTLE.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Domain servers in listed order:
        NS1.REVTHROTTLE.COM
        NS2.REVTHROTTLE.COM
```



**DomainTools**

Welcome rgrabows   Logout   My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more ▸ |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

*Javascript must be turned on to use the full features of this site.*

## Domain History

Domain:         [fastmonkey.net](fastmonkey.net)

Cache Date:    2006-04-28

Registrar:      GO DADDY SOFTWARE, INC.

---

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States


    Registered through: GoDaddy.com
    Domain Name: FASTMONKEY.NET
       Created on: 26-Mar-06
       Expires on: 27-Mar-07
       Last Updated on: 29-Mar-06

    Administrative Contact:
       Private, Registration  FASTMONKEY.NET@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599

    Technical Contact:
       Private, Registration  FASTMONKEY.NET@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599

    Domain servers in listed order:
       NS1.CZENTERPRISESMAILER.COM
       NS2.CZENTERPRISESMAILER.COM
```

---



Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | seasonwinter.com |
| Cache Date: | 2006-12-24 |
| Registrar: | ENOM, INC. |

```
Domain name: seasonwinter.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (gjqbxktmk@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O seasonwinter.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (gjqbxktmk@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O seasonwinter.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (gjqbxktmk@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O seasonwinter.com
    Bellevue, WA 98007
    US

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 26 Oct 2006 11:39:30
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:            imelvin.com

Cache Date:        2006-10-29

Registrar:         ENOM, INC.

```
Domain name: imelvin.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yhqkmfjk@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O imelvin.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yhqkmfjk@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O imelvin.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yhqkmfjk@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O imelvin.com
    Bellevue, WA 98007
    US

Status: Locked

Name Servers:
    ns1.mightwehelp.com
    ns2.mightwehelp.com

Creation date: 11 Sep 2006 14:45:36
Expiration date: 11 Sep 2007 14:45:36
```

 



Welcome  rgrabows    Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

*Javascript must be turned on to use the full features of this site.*

# Domain History

Domain:            [freshmomentum.com](freshmomentum.com)

Cache Date:        2006-03-29

Registrar:         TUCOWS INC.

---

```
Registrant:
Contactprivacy.com
96 Mowat Ave
Toronto, ON M6K 3M1
CA


Domain name: FRESHMOMENTUM.COM

Administrative Contact:
   contactprivacy.com,     freshmomentum.com@contactprivacy.com
   96 Mowat Ave
   Toronto, ON M6K 3M1
   CA
   +1.4165385457
Technical Contact:
   contactprivacy.com,     freshmomentum.com@contactprivacy.com
   96 Mowat Ave
   Toronto, ON M6K 3M1
   CA
   +1.4165385457


Registration Service Provider:
   iPowerWeb, hostmaster@ipowerweb.com
   888 511 4678
   310-314-1610 (fax)
   http://iPowerWeb.com
```



My Account | Memberships | Blog | 📊 Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome rgrabows   Logout   My Account

**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | arkhoverorange.com |
| Cache Date: | 2007-02-19 |
| Registrar: | ENOM, INC. |

```
Domain name: arkhoverorange.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yyplytcy@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O arkhoverorange.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yyplytcy@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O arkhoverorange.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yyplytcy@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O arkhoverorange.com
    Bellevue, WA 98007
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 08 Dec 2006 17:25:08
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | melvin456.com |
| Cache Date: | 2006-10-15 |
| Registrar: | ENOM, INC. |

---

```
Domain name: melvin456.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yxmtsxyxmn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O melvin456.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yxmtsxyxmn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O melvin456.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (yxmtsxyxmn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O melvin456.com
    Bellevue, WA 98007
    US

Status: Locked

Name Servers:
    ns1.aboutthese.com
    ns2.aboutthese.com

Creation date: 13 Oct 2006 18:19:12
Expiration date: 13 Oct 2007 18:19:12
```



My Account | Browse | Search | Hot Topics | Stock Ticker | Discussion Questions | Site Map

**DomainTools**

Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:         new-pixel.com
Cache Date:     2006-04-21
Registrar:      GO DADDY SOFTWARE, INC.

---

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com
    Domain Name: NEW-PIXEL.COM
       Created on: 13-Apr-06
       Expires on: 14-Apr-07
       Last Updated on: 14-Apr-06

    Administrative Contact:
       Private, Registration   NEW-PIXEL.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599

    Technical Contact:
       Private, Registration   NEW-PIXEL.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599

    Domain servers in listed order:
       NS1.NEW-PIXEL.COM
       NS2.NEW-PIXEL.COM
```



My Account | Memberships | Blog | 🖼 Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions |
Site Map

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

**Javascript must be turned on to use the full features of this site.**

## Domain History

| Domain: | surveycenu.com |
|---|---|
| Cache Date: | 2006-03-26 |
| Registrar: | TUCOWS INC. |

---

```
Registrant:
Contactprivacy.com
96 Mowat Ave
Toronto, ON M6K 3M1
CA


Domain name: SURVEYCENU.COM

Administrative Contact:
    contactprivacy.com,    surveycenu.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457
Technical Contact:
    contactprivacy.com,    surveycenu.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457


Registration Service Provider:
    iPowerWeb, hostmaster@ipowerweb.com
    888 511 4678
    310-314-1610 (fax)
    http://iPowerWeb.com
```



| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | fruitveil.com |
| Cache Date: | 2006-12-20 |
| Registrar: | GO DADDY SOFTWARE, INC. |

Registrant:
   Domains by Proxy, Inc.
   DomainsByProxy.com
   15111 N. Hayden Rd., Ste 160, PMB 353
   Scottsdale, Arizona 85260
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: FRUITVEIL.COM
      Created on: 11-Dec-06
      Expires on: 11-Dec-08
      Last Updated on:

   Administrative Contact:
      Private, Registration  FRUITVEIL.COM@domainsbyproxy.com
      Domains by Proxy, Inc.
      DomainsByProxy.com
      15111 N. Hayden Rd., Ste 160, PMB 353
      Scottsdale, Arizona 85260
      United States
      (480) 624-2599     Fax -- (480) 624-2599

   Technical Contact:
      Private, Registration  FRUITVEIL.COM@domainsbyproxy.com
      Domains by Proxy, Inc.
      DomainsByProxy.com
      15111 N. Hayden Rd., Ste 160, PMB 353
      Scottsdale, Arizona 85260
      United States
      (480) 624-2599     Fax -- (480) 624-2599

   Domain servers in listed order:
      NS1.EBONYWIZARD.COM
      NS2.EBONYWIZARD.COM



| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more ▶ |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | woodenchoo.com |
| Cache Date: | 2006-11-10 |
| Registrar: | REGISTERFLY.COM, INC. |

---

```
Registrant:
RegisterFly.com - Ref-R# 51090584
404 Main Street
4th Floor
Boonton, NJ 07005
US


Domain name: WOODENCHOO.COM

Administrative Contact:
   - ProtectFly.com, Whois Protection Service   wkv8xm267feg9v@protectfly.com
   404 Main Street
   4th Floor
   Boonton, NJ 07005
   US
   +1.9737362545   Fax: +1.9737361355

Technical Contact:
   - ProtectFly.com, Whois Protection Service   wkv8xm267feg9v@protectfly.com
   404 Main Street
   4th Floor
   Boonton, NJ 07005
   US
   +1.9737362545   Fax: +1.9737361355

Registrar of Record: REGISTERFLY.COM, INC.
Record last updated on 08-Nov-2006.
Record expires on 31-Oct-2007.
Record created on 31-Oct-2006.

Domain servers in listed order:
   NS2.WOODENCHOO.COM   66.97.178.135
   NS1.WOODENCHOO.COM   66.97.178.134

Domain status: clientTransferProhibited
               clientUpdateProhibited
```

Welcome  rgrabows   Logout   My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more › |
|---|---|---|---|---|---|---|

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

<span style="color:red">Javascript must be turned on to use the full features of this site.</span>

# Domain History

```
        Domain:           matrixvector.com

        Cache Date:       2006-09-05

        Registrar:        GO DADDY SOFTWARE, INC.
        _____


        Registrant:
            Domains by Proxy, Inc.
            DomainsByProxy.com
            15111 N. Hayden Rd., Ste 160, PMB 353
            Scottsdale, Arizona 85260
            United States

            Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
            Domain Name: MATRIXVECTOR.COM
               Created on: 13-Apr-06
               Expires on: 14-Apr-07
               Last Updated on: 14-Apr-06

            Administrative Contact:
               Private, Registration  MATRIXVECTOR.COM@domainsbyproxy.com
               Domains by Proxy, Inc.
               DomainsByProxy.com
               15111 N. Hayden Rd., Ste 160, PMB 353
               Scottsdale, Arizona 85260
               United States
               (480) 624-2599

            Technical Contact:
               Private, Registration  MATRIXVECTOR.COM@domainsbyproxy.com
               Domains by Proxy, Inc.
               DomainsByProxy.com
               15111 N. Hayden Rd., Ste 160, PMB 353
               Scottsdale, Arizona 85260
               United States
               (480) 624-2599

            Domain servers in listed order:
               NS1.MATRIXVECTOR.COM
               NS2.MATRIXVECTOR.COM
```



| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:                          offerwheel.com

Cache Date:                      2006-11-19

Registrar:                       ENOM, INC.

---

```
Registration Service Provided By: NameCheap.com
Contact: support@NameCheap.com
Visit: http://www.namecheap.com/

Domain name: offerwheel.com

Registrant Contact:
   WhoisGuard
   WhoisGuard Protected (084e02647cdd4bb49484781c6f77de0e.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Administrative Contact:
   WhoisGuard
   WhoisGuard Protected (084e02647cdd4bb49484781c6f77de0e.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Technical Contact:
   WhoisGuard
   WhoisGuard Protected (084e02647cdd4bb49484781c6f77de0e.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Status: Locked

Name Servers:
   ns1.utopiastick.com
   ns2.utopiastick.com
```

Created on Tuesday, 05 June 2006 22:35:26
Expiration date: 08 Nov 2007 22:35:26



My Account | Memberships | Blog |  Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions |
Site Map



Welcome  rgrabows  Logout  My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:            **opencabin.com**

Cache Date:        2006-11-19

Registrar:         ENOM, INC.

---

```
Domain name: opencabin.com

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (brqjbsfy@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O opencabin.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (brqjbsfy@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O opencabin.com
   Bellevue, WA 98007
   US

Registrant Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (brqjbsfy@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O opencabin.com
   Bellevue, WA 98007
   US

Status: Active

Name Servers:
   ns1.thereisadomain.com
   ns2.thereisadomain.com

Creation date: 02 Feb 2006 16:42:40
Expiration date: 02 Feb 2007 16:42:40
```




**DomainTools**

Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

## Domain History

```
Domain:               faresharenet.com

Cache Date:           2006-04-09

Registrar:            TUCOWS INC.
```

```
Registrant:

Contactprivacy.com
96 Mowat Ave
Toronto, ON M6K 3M1
CA


Domain name: FARESHARENET.COM

Administrative Contact:
    contactprivacy.com,    faresharenet.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457
Technical Contact:
    contactprivacy.com,    faresharenet.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457


Registration Service Provider:
    iPowerWeb, hostmaster@ipowerweb.com
    888 511 4678
    310-314-1610 (fax)
    http://iPowerWeb.com
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.


   Domain Name: THECODERED.COM
   Registrar: WILD WEST DOMAINS, INC.
   Whois Server: whois.wildwestdomains.com
   Referral URL: http://www.wildwestdomains.com
   Name Server: NS1.EBONYWIZARD.COM
   Name Server: NS2.EBONYWIZARD.COM
   Status: clientDeleteProhibited
   Status: clientRenewProhibited
   Status: clientTransferProhibited
   Status: clientUpdateProhibited
   Updated Date: 10-jan-2007
   Creation Date: 09-jan-2007
   Expiration Date: 09-jan-2009

>>> Last update of whois database: Fri, 17 Aug 2007 00:31:22 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the
expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,

repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to
ensure
operational stability.  VeriSign may restrict or terminate your access to
the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
The data contained in this Registrar's Whois database,
while believed by the registrar to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This information
is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of
this data for any other purpose is expressly forbidden without
the prior written permission of this registrar.  By submitting an
inquiry, you agree to these terms of usage and limitations of warranty.
In particular, you agree not to use this data to allow, enable, or
otherwise make possible, dissemination or collection of this data, in
part or in its entirety, for any purpose, such as the transmission of
unsolicited advertising and solicitations of any kind, including spam.
You further agree not to use this data to enable high volume, automated
or robotic electronic processes designed to collect or compile this data
for any purpose, including mining this data for your own personal or
commercial purposes.

Please note: the owner of the domain name is specified in the "registrant"
field.
In most cases, the Registrar is not the owner of domain names listed in
this database.


Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: Urlfast.com
    Domain Name: THECODERED.COM

```
Created on: 09-Jan-07
Expires on: 10-Jan-09
Last Updated on:

Administrative Contact:
    Private, Registration  THECODERED.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599      Fax -- (480) 624-2599

Technical Contact:
    Private, Registration  THECODERED.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599      Fax -- (480) 624-2599

Domain servers in listed order:
    NS1.EBONYWIZARD.COM
    NS2.EBONYWIZARD.COM
```

Welcome rgrabows  Logout  My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

## Domain History

| | |
|---|---|
| Domain: | precisionvector.com |
| Cache Date: | 2006-04-21 |
| Registrar: | GO DADDY SOFTWARE, INC. |

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com
    Domain Name: PRECISIONVECTOR.COM
        Created on: 13-Apr-06
        Expires on: 14-Apr-07
        Last Updated on: 14-Apr-06

    Administrative Contact:
        Private, Registration  PRECISIONVECTOR.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Technical Contact:
        Private, Registration  PRECISIONVECTOR.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Domain servers in listed order:
        NS1.PRECISIONVECTOR.COM
        NS2.PRECISIONVECTOR.COM
```



Welcome  rgrabows    Logout    My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:                          fineholiday.info

Cache Date:                      2006-11-30

Registrar:
_____

```
Domain ID:D15289641-LRMS
Domain Name:FINEHOLIDAY.INFO
Created On:10-Nov-2006 22:48:30 UTC
Last Updated On:12-Nov-2006 18:58:27 UTC
Expiration Date:10-Nov-2007 22:48:30 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R245-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Status:TRANSFER PROHIBITED
Registrant ID:MONIKER476312
Registrant Name:Moniker Privacy Services
Registrant Organization:Moniker Privacy Services
Registrant Street1:20 SW 27th Ave.
Registrant Street2:Suite 201
Registrant Street3:
Registrant City:Pompano Beach
Registrant State/Province:FL
Registrant Postal Code:33069
Registrant Country:US
Registrant Phone:+1.9549848445
Registrant Phone Ext.:
Registrant FAX:+1.9549699155
Registrant FAX Ext.:
Registrant Email:FINEHOLIDAY.INFO@domainservice.com
Admin ID:MONIKER476312
Admin Name:Moniker Privacy Services
Admin Organization:Moniker Privacy Services
Admin Street1:20 SW 27th Ave.
Admin Street2:Suite 201
Admin Street3:
Admin City:Pompano Beach
Admin State/Province:FL
Admin Postal Code:33069
Admin Country:US
Admin Phone:+1.9549848445
Admin Phone Ext.:
Admin FAX:+1.9549699155
Admin FAX Ext.:
Admin Email:FINEHOLIDAY.INFO@domainservice.com
Billing ID:MONIKER476312
Billing Name:Moniker Privacy Services
```

```
Billing Street1:20 SW 27th Ave.
Billing Street2:Suite 201
Billing Street3:
Billing City:Pompano Beach
Billing State/Province:FL
Billing Postal Code:33069
Billing Country:US
Billing Phone:+1.9549848445
Billing Phone Ext.:
Billing FAX:+1.9549699155
Billing FAX Ext.:
Billing Email:FINEHOLIDAY.INFO@domainservice.com
Tech ID:MONIKER476312
Tech Name:Moniker Privacy Services
Tech Organization:Moniker Privacy Services
Tech Street1:20 SW 27th Ave.
Tech Street2:Suite 201
Tech Street3:
Tech City:Pompano Beach
Tech State/Province:FL
Tech Postal Code:33069
Tech Country:US
Tech Phone:+1.9549848445
Tech Phone Ext.:
Tech FAX:+1.9549699155
Tech FAX Ext.:
Tech Email:FINEHOLIDAY.INFO@domainservice.com
Name Server:NS1.CONIDNENEEDGY.COM
Name Server:NS2.CONIDNENEEDGY.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16837590-LRMS
Domain Name:211PAMOGGG.INFO
Created On:13-Mar-2007 06:53:10 UTC
Last Updated On:12-May-2007 20:35:11 UTC
Expiration Date:13-Mar-2008 06:53:10 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-029015997
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOGGG.INFO@domainsbyproxy.com
Admin ID:GODA-229015997
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOGGG.INFO@domainsbyproxy.com
Billing ID:GODA-329015997
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOGGG.INFO@domainsbyproxy.com
Tech ID:GODA-129015997
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOGGG.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```