Welcome rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | manytimesforyou.com |
| Cache Date: | 2006-10-26 |
| Registrar: | ENOM, INC. |

```
Domain name: manytimesforyou.com

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (gxrxnywh@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O manytimesforyou.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (gxrxnywh@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O manytimesforyou.com
   Bellevue, WA 98007
   US

Registrant Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent (gxrxnywh@whoisprivacyprotect.com)
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O manytimesforyou.com
   Bellevue, WA 98007
   US

Status: Active

Name Servers:
   ns1.realasitgets.net
   ns2.realasitgets.net

Creation date: 09 Oct 2006 16:27:44
Expiration date: 09 Oct 2007 16:27:44
```




Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: JENBUYZ.COM
    Registrar: ENOM, INC.
    Whois Server: whois.enom.com
    Referral URL: http://www.enom.com
    Name Server: NS1.MIGHTWEHELP.COM
    Name Server: NS2.MIGHTWEHELP.COM
    Status: ok
    Updated Date: 14-nov-2006
    Creation Date: 25-sep-2006
    Expiration Date: 25-sep-2007

>>> Last update of whois database: Fri, 17 Aug 2007 00:27:01 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the
expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or

query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to
ensure
operational stability.  VeriSign may restrict or terminate your access to
the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
=-=-=-=
Visit AboutUs.org for more information about jenbuyz.com
<a href="http://www.aboutus.org/jenbuyz.com">AboutUs: jenbuyz.com</a>


Domain name: jenbuyz.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (crdhcxfr@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O jenbuyz.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (crdhcxfr@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O jenbuyz.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (crdhcxfr@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O jenbuyz.com
    Bellevue, WA 98007

US

Status: Active

Name Servers:
    ns1.mightwehelp.com
    ns2.mightwehelp.com

Creation date: 25 Sep 2006 13:08:45
Expiration date: 25 Sep 2007 13:08:45
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Welcome rgrabows   Logout   My Account

**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

## Domain History

| | |
|---|---|
| Domain: | aboutthese.com |
| Cache Date: | 2006-10-04 |
| Registrar: | ENOM, INC. |

```
Domain name: aboutthese.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (lhjtbwdqv@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O aboutthese.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (lhjtbwdqv@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O aboutthese.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (lhjtbwdqv@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O aboutthese.com
    Bellevue, WA 98007
    US

Status: Active

Name Servers:
    ns1.aboutthese.com
    ns2.aboutthese.com

Creation date: 18 Sep 2006 14:36:42
Expiration date: 18 Sep 2007 14:36:42
```

 

Welcome  rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | mightwehelp.com |
| Cache Date: | 2006-11-29 |
| Registrar: | ENOM, INC. |

---

```
Domain name: mightwehelp.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (njgndkmrdp@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O mightwehelp.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (njgndkmrdp@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O mightwehelp.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (njgndkmrdp@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O mightwehelp.com
    Bellevue, WA 98007
    US

Status: Locked

Name Servers:
    ns1.mightwehelp.com
    ns2.mightwehelp.com

Creation date: 09 Oct 2006 16:27:45
Expiration date: 09 Oct 2007 16:27:45
```



**DomainTools**

Welcome rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:            [goldmomentum.com](goldmomentum.com)

Cache Date:        2006-03-29

Registrar:         TUCOWS INC.

---

Registrant:
Contactprivacy.com
96 Mowat Ave
Toronto, ON M6K 3M1
CA

Domain name: GOLDMOMENTUM.COM

Administrative Contact:
   contactprivacy.com,   goldmomentum.com@contactprivacy.com
   96 Mowat Ave
   Toronto, ON M6K 3M1
   CA
   +1.4165385457
Technical Contact:
   contactprivacy.com,   goldmomentum.com@contactprivacy.com
   96 Mowat Ave
   Toronto, ON M6K 3M1
   CA
   +1.4165385457

Registration Service Provider:
   iPowerWeb, hostmaster@ipowerweb.com
   888 511 4678
   310-314-1610 (fax)
   http://iPowerWeb.com

---



**DomainTools**

Welcome  rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

## Domain History

| Domain: | peak-promo.com |
| Cache Date: | 2006-09-06 |
| Registrar: | GO DADDY SOFTWARE, INC. |

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: PEAK-PROMO.COM
        Created on: 13-Apr-06
        Expires on: 14-Apr-07
        Last Updated on: 14-Apr-06

    Administrative Contact:
        Private, Registration  PEAK-PROMO.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Technical Contact:
        Private, Registration  PEAK-PROMO.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599

    Domain servers in listed order:
        NS1.PEAK-PROMO.COM
        NS2.PEAK-PROMO.COM
```



My Account | Memberships | Blog | 📊 Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome rgrabows   Logout   My Account

**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:                featurespecialselect.com

Cache Date:            2005-11-16

Registrar:             ENOM, INC.

---

```
Registration Service Provided By: Registerfly.com
Contact: rapid@registerfly.com
Visit: http://www.registerfly.com

Domain name: featurespecialselect.com

Registrant Contact:
    RegisterFly.com - Ref# 23781668
    Whois Protection Service - ProtectFly.com (uza4cvpbjwckwp1@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Administrative Contact:
    RegisterFly.com - Ref# 23781668
    Whois Protection Service - ProtectFly.com (hzakbtxkqjfyg8@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Technical Contact:
    RegisterFly.com - Ref# 23781668
    Whois Protection Service - ProtectFly.com (ffz2u0eg23pb4hp@protectfly.com)
    +1.8458183604
    Fax: +1.8456984014
    P.O. Box 969
    Margaretville, NY 12455
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com
```

Case 3:07-cv-04630-JCS   Document 1-16   Filed 09/07/2007   Page 13 of 32

Expiration date: 26 Oct 2006 13:42:17

Whois-Services: ypx7pb3234by.featurespecialselect.com@whois-services.com

 My Account | Memberships | Blog |  Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:              allfungames.com
Cache Date:          2006-10-13
Registrar:           ENOM, INC.

```
Domain name: allfungames.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (lcdkxcwll@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O allfungames.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (lcdkxcwll@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O allfungames.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (lcdkxcwll@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - F1
    C/O allfungames.com
    Bellevue, WA 98007
    US

Status: Locked

Name Servers:
    ns.stueynet.com
    ns2.stueynet.com

Creation date: 05 Jan 2005 14:20:38
Expiration date: 05 Jan 2007 14:20:38
```


My Account | My Network | Hosting | Help Desk | Tickets | Illinois | Page Setup Options |
Site Map

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more ▶ |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

## Domain History

Domain:               fellingwithbe.com

Cache Date:           2006-01-20

Registrar:            REGISTERFLY.COM, INC.

---

```
Registration Service Provided By: RegisterFly.com
Contact: support@RegisterFly.com
Visit: http://www.RegisterFly.com

Domain Name: FELLINGWITHBE.COM

Registrant Contact:
    RegisterFly.com - Ref-R# 28114568
    Whois Protection Service       (gmawwx9mjp4rybu@protectfly.com)
    623 Eagle Rock Avenue
    Suite #7
    West Orange
    NJ,07052
    US
    Tel. +1.19737362545
    Fax. +1.19737361355

Administrative Contact:
    RegisterFly.com - Ref-A# 28114568
    Whois Protection Service       (qpr2fx4zh2eksnr@protectfly.com)
    623 Eagle Rock Avenue
    Suite #7
    West Orange
    NJ,07052
    US
    Tel. +1.19737362545
    Fax. +1.19737361355

Technical Contact:
    RegisterFly.com - Ref-T# 28114568
    Whois Protection Service       (ngxv8bqfwbsz5mp@protectfly.com)
    623 Eagle Rock Avenue
    Suite #7
    West Orange
    NJ,07052
    US
    Tel. +1.19737362545
    Fax. +1.19737361355

Billing Contact:
    RegisterFly.com - Ref-B# 28114568
    Whois Protection Service       (g68nysftm8m12h@protectfly.com)
```

```
Suite #7
West Orange
NJ,07052
US
Tel. +1.19737362545
Fax. +1.19737361355
```

Status:LOCKED

> Note: This Domain Name is currently Locked. In this status the domain
> name cannot be transferred, hijacked, or modified. The Owner of this
> domain name can easily change this status from their control panel. This
> feature is provided as a security measure against fraudulent domain name hijacking.

```
Creation Date: 12-Jan-2006
Expiration Date: 12-Jan-2007
```

```
Domain servers in listed order:
    ns1.fellingwithbe.com
    ns2.fellingwithbe.com
```

purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available as is, and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us. The registrar of record is RegisterFly.com. We reserve the right
to modify these terms at any time. By submitting this query, you agree
to abide by these terms.



Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy.  This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D16620517-LRMS
Domain Name:211PAMOKK.INFO
Created On:23-Feb-2007 20:04:15 UTC
Last Updated On:24-Apr-2007 20:36:46 UTC
Expiration Date:23-Feb-2008 20:04:15 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-028350577
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:211PAMOKK.INFO@domainsbyproxy.com
Admin ID:GODA-228350577
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260

```
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:211PAMOKK.INFO@domainsbyproxy.com
Billing ID:GODA-328350577
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:211PAMOKK.INFO@domainsbyproxy.com
Tech ID:GODA-128350577
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:211PAMOKK.INFO@domainsbyproxy.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Welcome rgrabows  Logout  My Account

**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:                orangescreens.com

Cache Date:            2007-02-14

Registrar:             GO DADDY SOFTWARE, INC.

---

    Registrant:
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States

        Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
        Domain Name: ORANGESCREENS.COM
            Created on: 11-Dec-06
            Expires on: 11-Dec-08
            Last Updated on:

        Administrative Contact:
            Private, Registration  ORANGESCREENS.COM@domainsbyproxy.com
            Domains by Proxy, Inc.
            DomainsByProxy.com
            15111 N. Hayden Rd., Ste 160, PMB 353
            Scottsdale, Arizona 85260
            United States
            (480) 624-2599      Fax -- (480) 624-2599

        Technical Contact:
            Private, Registration  ORANGESCREENS.COM@domainsbyproxy.com
            Domains by Proxy, Inc.
            DomainsByProxy.com
            15111 N. Hayden Rd., Ste 160, PMB 353
            Scottsdale, Arizona 85260
            United States
            (480) 624-2599      Fax -- (480) 624-2599

        Domain servers in listed order:
            NS1.EBONYWIZARD.COM
            NS2.EBONYWIZARD.COM



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome rgrabows   Logout   My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

| | |
|---|---|
| Domain: | golfyep.com |
| Cache Date: | 2006-11-15 |
| Registrar: | GO DADDY SOFTWARE, INC. |

---

Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: GOLFYEP.COM
        Created on: 11-Oct-06
        Expires on: 11-Oct-07
        Last Updated on:

    Administrative Contact:
        Private, Registration  GOLFYEP.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2599

    Technical Contact:
        Private, Registration  GOLFYEP.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2599

    Domain servers in listed order:
        NS1.GOLFYEP.COM
        NS2.GOLFYEP.COM

---



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome  rgrabows    Logout    My Account

**DomainTools**

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:              1031mamos.info

Cache Date:          2006-12-13

Registrar:

---

```
Domain ID:D15186182-LRMS
Domain Name:1031MAMOS.INFO
Created On:31-Oct-2006 23:18:30 UTC
Last Updated On:01-Nov-2006 21:37:38 UTC
Expiration Date:31-Oct-2007 23:18:30 UTC
Sponsoring Registrar:RegisterFly.com, Inc. (R318-LRMS)
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Status:TRANSFER PROHIBITED
Registrant ID:tu4V2dSiyloQyZDk
Registrant Name:Whois Protection Service - ProtectFly.com
Registrant Organization:RegisterFly.com - Ref-R# 51200272
Registrant Street1:404 Main Street
Registrant Street2:4th Floor
Registrant Street3:
Registrant City:Boonton
Registrant State/Province:NJ
Registrant Postal Code:07005
Registrant Country:US
Registrant Phone:+1.9737362545
Registrant Phone Ext.:
Registrant FAX:+1.9737361355
Registrant FAX Ext.:
Registrant Email:jpzcjh72384bc8s@protectfly.com
Admin ID:tunLQP87SaeF3Ps1
Admin Name:Whois Protection Service - ProtectFly.com
Admin Organization:RegisterFly.com - Ref-R# 51200272
Admin Street1:404 Main Street
Admin Street2:4th Floor
Admin Street3:
Admin City:Boonton
Admin State/Province:NJ
Admin Postal Code:07005
Admin Country:US
Admin Phone:+1.9737362545
Admin Phone Ext.:
Admin FAX:+1.9737361355
Admin FAX Ext.:
Admin Email:jpzcjh72384bc8s@protectfly.com
Billing ID:tujma6Coq4mN4bXu
Billing Name:Whois Protection Service - ProtectFly.com
Billing Organization:RegisterFly.com - Ref-R# 51200272
```

```
Billing Street2:4th Floor
Billing Street3:
Billing City:Boonton
Billing State/Province:NJ
Billing Postal Code:07005
Billing Country:US
Billing Phone:+1.9737362545
Billing Phone Ext.:
Billing FAX:+1.9737361355
Billing FAX Ext.:
Billing Email:jpzcjh72384bc8s@protectfly.com
Tech ID:tug2ReWaNtNHhHlN
Tech Name:Whois Protection Service - ProtectFly.com
Tech Organization:RegisterFly.com - Ref-R# 51200272
Tech Street1:404 Main Street
Tech Street2:4th Floor
Tech Street3:
Tech City:Boonton
Tech State/Province:NJ
Tech Postal Code:07005
Tech Country:US
Tech Phone:+1.9737362545
Tech Phone Ext.:
Tech FAX:+1.9737361355
Tech FAX Ext.:
Tech Email:jpzcjh72384bc8s@protectfly.com
Name Server:NS1.AH1SUPERSYSTEM.COM
Name Server:NS2.AH1SUPERSYSTEM.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

**DomainTools**

Welcome rgrabows  Logout  My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:         urbanhulk.com

Cache Date:     2006-11-13

Registrar:      GO DADDY SOFTWARE, INC.

---

Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: URBANHULK.COM
        Created on: 11-Oct-06
        Expires on: 11-Oct-07
        Last Updated on:

    Administrative Contact:
        Private, Registration   URBANHULK.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2599

    Technical Contact:
        Private, Registration   URBANHULK.COM@domainsbyproxy.com
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2599

    Domain servers in listed order:
        NS1.GOLFYEP.COM
        NS2.GOLFYEP.COM

---



Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy.  This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D14287774-LRMS
Domain Name:EDEST.INFO
Created On:04-Aug-2006 20:03:08 UTC
Last Updated On:14-Aug-2007 13:08:17 UTC
Expiration Date:04-Aug-2008 20:03:08 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:GODA-031901393
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242599
Registrant FAX Ext.:
Registrant Email:EDEST.INFO@domainsbyproxy.com
Admin ID:GODA-231901393
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com

```
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242599
Admin FAX Ext.:
Admin Email:EDEST.INFO@domainsbyproxy.com
Billing ID:GODA-331901393
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242599
Billing FAX Ext.:
Billing Email:EDEST.INFO@domainsbyproxy.com
Tech ID:GODA-131901393
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242599
Tech FAX Ext.:
Tech Email:EDEST.INFO@domainsbyproxy.com
Name Server:NS53.DOMAINCONTROL.COM
Name Server:NS54.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
```

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Welcome rgrabows    Logout    My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:           **bigpixelpalace.com**

Cache Date:       2007-02-17

Registrar:        DYNAMIC DOLPHIN, INC.

---

Contact: +1.7208723477

Domain Name: BIGPIXELPALACE.COM

Registrant:
     Private Who Is
     Private Who Is        (contact@bigpixelmedia.com)
     4870 Ashford Dunwoody Rd.
     Atlanta
     Georgia,30338
     US
     Tel. +011.8772711754

Creation Date: 05-Feb-2007
Expiration Date: 05-Feb-2008

Domain servers in listed order:
     ns12.atlantadns.com
     ns11.atlantadns.com

Administrative Contact:
     Private Who Is
     Private Who Is        (contact@bigpixelmedia.com)
     4870 Ashford Dunwoody Rd.
     Atlanta
     Georgia,30338
     US
     Tel. +011.8772711754

Technical Contact:
     Private Who Is
     Private Who Is        (contact@bigpixelmedia.com)
     4870 Ashford Dunwoody Rd.
     Atlanta
     Georgia,30338
     US
     Tel. +011.8772711754

Billing Contact:
     Private Who Is
     Private Who Is        (contact@bigpixelmedia.com)
     4870 Ashford Dunwoody Rd.

```
                 Georgia,30338
                 US
                 Tel. +011.8772711754

             Status:ACTIVE
```



Welcome  rgrabows   Logout   My Account

| Whois ▶ | Domain Suggestions ▶ | For Sale ▶ | Auctions ▶ | Advanced Auctions ▶ | Domain Search ▶ | Domain Monitor |
|---|---|---|---|---|---|---|

| Domain Directory | Ping ▶ | Traceroute ▶ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
|---|---|---|---|---|---|---|

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |
|---|---|---|---|---|---|---|

Javascript must be turned on to use the full features of this site.

# Domain History

Domain:                  bitterbank.com

Cache Date:              2007-01-19

Registrar:               ENOM, INC.

---

```
Domain name: bitterbank.com

Administrative Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (tjddjshn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - Fl
    C/O bitterbank.com
    Bellevue, WA 98007
    US

Technical Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (tjddjshn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - Fl
    C/O bitterbank.com
    Bellevue, WA 98007
    US

Registrant Contact:
    Whois Privacy Protection Service, Inc.
    Whois Agent (tjddjshn@whoisprivacyprotect.com)
    +1.4252740657
    Fax: +1.4256960234
    PMB 368, 14150 NE 20th St - Fl
    C/O bitterbank.com
    Bellevue, WA 98007
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 08 Dec 2006 17:25:09
```



My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

Welcome rgrabows  Logout  My Account

| Whois ▸ | Domain Suggestions ▸ | For Sale ▸ | Auctions ▸ | Advanced Auctions ▸ | Domain Search ▸ | Domain Monitor |

| Domain Directory | Ping ▸ | Traceroute ▸ | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

Javascript must be turned on to use the full features of this site.

## Domain History

Domain:          apostfive.com

Cache Date:      2006-10-03

Registrar:       GO DADDY SOFTWARE, INC.

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: APOSTFIVE.COM
       Created on: 20-Sep-06
       Expires on: 20-Sep-07
       Last Updated on:

    Administrative Contact:
       Private, Registration  APOSTFIVE.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599     Fax -- (480) 624-2599

    Technical Contact:
       Private, Registration  APOSTFIVE.COM@domainsbyproxy.com
       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599     Fax -- (480) 624-2599

    Domain servers in listed order:
       NS3.DNS-SVR.COM
       NS6.DNS-SVR.COM
```

