**Active Domain.com**
*The place for absolute low cost domains*

Register Domain | Manage Domain | Transfer Domain | Renew Domain

ABOUT ACTIVE-DOMAIN | FAQs | CONTACT US

- REGISTER DOMAIN
- RENEW DOMAIN
- TRANSFER DOMAIN
- MANAGE DOMAIN
- EXPIRED DOMAIN
- DOMAIN RESOURCE

# Private Whois Protection Service

Available now for only $5 per year!
(No hidden or additional costs)**



### Today's Special!

- FREE Whois Proof service for each domain name transfer
- $2 Whois Proof service when you register a new domain name (Save 60% now!)

To purchase please click here.
To renew please click here.

** Please see Terms of Use

Did you know that when you register a domain name, your personal contact information such as name, address, email address, and even phone number are made freely available to anyone who wants to see it? That's right. Your personal information is exposed 24 hours a day, everyday, to anyone, anywhere.

ICANN, the international governing body for domain names, requires every Domain Registrar to maintain a publicly accessible "WHOIS" database displaying all contact information for all domain names registered. Failure to provide complete or accurate such information could result in the deletion of your domain name from the Domain Registry. (See more details here)

The good news is, you can now utilize our Whois Proof's whois privacy service to protect your personal information from being exposed to the public. A domain name protected with the Whois Proof service can shield you from:

- Email spams
- Identity theft or fraud
- Data mining
- Stalkers or harassers
- And more???

Whois Proof works in the similar way as having your phone number "unlisted": it prevents people from gaining access to your address, phone number and other private information.

Here's how the Whois Proof service works:

- **Protects your private information**
  Whois Proof insures that your private contact information is not exposed and

remained anonymous. It is held in confidentiality and protected by our Whois Proof Service. Our contact information is displayed to provide you with the highest level of protection against spammers and identity theft.

- **Dynamic email system which stops spammers dead in their tracks**
  One of the common tactics used by spammers is to harvest the email address from the whois information of your domain and then use it for spamming purposes and redistributing it to marketing firms. Your email address can stay on file with various spammers and marketing firms for years. With our Whois Proof system, the visible whois email address of your domain name is changing regularly, so while it may be harvested by the spammers, it would no longer work by the time they begin to use it. In the mean time, all emails received on the latest Whois Proof randomly generated email address for your whois information will be forwarded to your real email address on file so you will continue to receive important information regarding your domain.

- **Offering you complete control**
  You retain full legal ownership and control over your domain name. You can sell, renew, transfer and change settings to your domain name just the same as before. Your domain panel account provides you real-time access to easily manage your domain name.

Below is an example of a domain protected by the Whois Proof service:

From This:

Unprotected Whois Information
Displays your personal information:

Organization Name: John Smith, LLC.
First Name: John
Last Name: Smith
Address 1: 123 Main St
Address 2: Suite 23
City: Hollister
State: CA
Zip Code: 95023
Country: United States
Phone: (555) 555-1234
Email: johnsmith@johnsmith.com

To This:

Whois Proof Protected Domain
Protects your personal information:

Organization Name: Whois Proof Service
First Name: Whois
Last Name: Manager
Address 1: 1901 60th PL
Address 2: Suite L9177
City: Bradenton
State: FL
Zip Code: 34203
Country: United States
Phone: (202) 470-0599
Email: juhkahhthf@whoisproof.com

To purchase a Whois Proof anonymous domain registration service for your domain, please click here.

Whois Proof FAQs

\* Whois Proof service is not available for .US domain names

Home

Privacy Statements | Disclaimer | Registration Agreement | Dispute Policy | Sitemap | Marketing




# Surf22 Domains

[ Home ] [ Contact Us ] [ Domain Name FAQ ]

## SecureWhois®

**Domain Names:**
- Registrations
- Whois Lookup
- Domain Manager
- Website Creator
- Extra Features
- Domain Twist
- Word Wizard
- Transfer Registrars

**Other Services:**
- Web Site Hosting
- General Internet Marketing
- Search Engine Optimization
- Search Engine Submissions

**Other Surf22 Sites:**
- Surf22 Marketing
- Surf22 Design
- Surf22 Hosting

**Sponsored Sites:**







Tired of all that Spam? Despite recent improvements spammers are still prying upon the domain registry for email addresses. SecureWhois puts a stop to that!

**What is 'WHOIS' Information?**
When you register a domain; the Registrant, Admin, Billing, and Technical contact information is collected by the Registrar and posted publicly for anyone to see. This is your 'WHOIS' information. Government and ICANN regulations require all domain holders to submit WHOIS information which is then collected and displayed in a public 'WHOIS' database!

This service is designed specifically to protect and make private the public information that is listed on every domain name record. If you are tired of having your private information being publicly exposed, SecureWhois is for you. Currently, unscrupulous individuals can prey on domain holders by harvesting Whois information to harass, spam, or scam. Maybe you simply do not feel secure having their name, address, and phone number listed for anyone to see. SecureWhois addresses ALL of these issues and more.

**How it works:**
SecureWhois will hide the contact information by using the following contact information as a mask:

SecureWhois, Inc.
TWgcFXKXfvV@securewhois.com
904 S. Roselle Road #136
Schaumburg, IL 60193
+1.6306727455

The new private email address will be randomly generated, and will forward to the email that is currently listed for the actual domain contacts. The customer will still receive all email that is sent to them, but the true email address will not be revealed.

**Special Introductory Offer:** Only $11.95/year!

Simply check the SecureWhois box during your new domain registration registration.

If you already have a domain, simply transfer it to us and then you can enable this privacy protecting service!

[ SecureWhois ] [ Domain Registration Lock ]
[ Domain Forwarding ] [ Email Forwarding ]
[ DNS Services ] [ Website Creator ]

[ Home ] [ Contact Us ] [ Domain Name FAQ ]

**Free Webmasters Newsletter:**

*"Surf22 Marketing Report"*

☐ Subscribe
☐ Unsubscribe

[Submit]

Learn to market and maintain effective web sites with free email articles sent twice a month!

Privacy Policy

**Sponsored Sites:**

Ads by Google

<u>Who Owns this Domain</u>
Domains, Email, Hosting & More. Grow Your Business. Register Today!
Register.com

<u>Domain Registration $8.95</u>
Cheapest domain name registration many options to energize your site.
www.PlanetOnline.net

Questions? Email support@surf22domains.com.

For Discount Domain Name Registrations, think Surf22Domains.com.
Offers .com, .net, .org, .info, .biz, and .us domain name registrations and domain name hosting.
Copyright © 2000-2005 Surf22: The "Do It Yourself" Internet Marketing Resource Center.







HOME    ABOUT PRIVACY POST    WHOIS SEARCH    REGISTRATION AGREEMENT    PRIVACY POLICY

**The Value of Privacy**

Did you know that every time you register a domain name your personal information is made available to anyone who wants it? That's right. It's the law! Your information has to be made available to the public through the WHOIS database.

Privacy is a major concern for us and our customers. PrivacyPost offers participating registrars a completely private registration. This is done by providing our information in the WHOIS database, rather than yours. No more sales phone calls, junk mail or SPAM due to your domain registrations ever again.

» More



**DO A WHOIS SEARCH**

Domain: [          ]    [Lookup]

home | about privacy post | whois search | registration agreement | privacy policy || ©Copyright 2005. All Rights Reserved. PrivacyPost, Inc.



| HOME | ABOUT PRIVACY POST | WHOIS SEARCH | REGISTRATION AGREEMENT | PRIVACY POLICY |

## ABOUT PRIVACY POST

Did you know that every time you register a domain name your personal information is made available to anyone who wants it? That's right. It's the law! Your information has to be made available to the public through the WHOIS database.

Give it a try. Click here and enter a domain name in the box provided to find out the name, address, phone number and e-mail address of the person who owns that domain.

| Normal Registration | SPAM-Shield | WHOIS Privacy |
|---|---|---|
| smithq.com | smithq.com | smithq.com |
| Smith, John, Q. | Smith, John, Q. | c/o DOTSTER.COM |
| Company Inc. | Company Inc. | P.O. Box 821650 |
| 1234 E. 5th st. | 1234 E. 5th st. | Vancouver, WA 98682 |
| New York, NY 11111 | New York, NY 11111 | US |
| US (555) 555-5555 | US (555) 555-5555 john58@privacypost.com | (360) 449.5933 |
| john@smithq.com | | john58@privacypost.com |

Every day, spammers from around the globe mine data from the WHOIS database to find your personal contact information. They use this information to send you SPAM or simply sell your information to the highest bidders. Finally you can do something about it.

Unlike other private registration tools out there, you retain complete ownership and management of your domain! We'll spam filter all emails before forwarding them to you and will only forward registered or priority mail to your address.

» Stop domain-related SPAM.
» Stop the selling your personal information.
» Stop junk mail and sales calls.

Note: Spam-Shield is not available for .ORG, .INFO, .BIZ or .US domains.
Click here to view our WHOIS Privacy - Privacy Policy.

home | about privacy post | whois search | registration agreement | privacy policy || ©Copyright 2005. All Rights Reserved. PrivacyPost, Inc.



Protect Your Privacy | Report Spam | Tools | FAQ | Contact Us



## Protect Your Privacy With WhoisGuard™

### What is WhoisGuard™?

Everyday domain owner's information is harvested by spammers from publicly available whois to send spam. WhoisGuard avoids this issues by placing our information in whois and provides an option to redirect email and regular mail to the customer's real address. During the process of transferring the email, we try to avoid obvious junk email and regular mail, thus relieving the customer from junk.

### We Hate Spam Like You Do!

Report spam which looks like it comes from @whoisguard.com email address

Report spam received received from a WhoisGuard protected domain

### How to Obtain WhoisGuard?

Namecheap.com provides WhoisGuard free with all new domain name registrations and transfers. Domains can be registered at Namecheap.com for a $8.88 and less. Protection can also be purchased for existing domains for a low price.

### How Does WhoisGuard™ Work?

We place our information in public whois so that your information is not available to spammers. We don't cut off legitimate contacts by passing on valid mail and emails.

```
Without Protection              With WhoisGuard Protection
Registrant Contact:             Registrant Contact:
   John                            WhoisGuard
   Doe                             WhoisGuard Protected
   john@doe.com                    4121db07.protect@whoisguard.com
   +1.8881223232                   +1.6613102107
   Fax: +1.8882423433              Fax: +1.6613102107
   1700 Stars Ave                  8939 S. Sepulveda Blvd
   Deerpark, PA 08095              Westchester, CA 90045
   US                              US
```



xyz.protect@whoisguard.com        john@doe.com

When protection is turned on (can be turned off easily) our email and address shows up. When some one sends an email to your uniquely generated xyz.protect@whoisguard.com address, we will in-turn forward it your real email address which you specify. This essentially masks your email from the outside world!

Copyright © 2005 WhoisGuard.com. All rights reserved.

Disclaimer | Terms of Service | Privacy Policy



WHOIS
Toll-free: 1-800-688-6311
Email: support@moniker.com

| HOME | REGISTER DOMAINS | TRANSFER DOMAINS | ORDER PRODUCTS | WEB HOSTING/EMAIL | BACKORDER DOMAINS | PROMOTE YOUR SITE | PARTNERS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Domain Name Services | My Account | My Domains | Fund Account | Status Center | Shopping Cart | Help | |
| Domain Services | | | | | | | |

### Domain Whois Privacy



**Keep Your Whois Information Confidential**
- ✓ Stop competitors from looking up your domains
- ✓ Protect yourself against domain theft and spam
- ✓ For a limited time, only $4.00 per domain per year

**Click Here for Domain Privacy!**

Did you know that your name, address, phone number, and email address are available through your domain registration records? Did you know that anyone can lookup this personal information by going to any domain registrar whois and typing in your domain name? Did you know that your competitors, spammers and other prying eyes could be collecting this information without your permission? Did you know that you could put a stop to this invasion of your privacy?

Protect your personal information by signing up for domain whois privacy. Right now, Moniker is offering domain whois privacy for $4.00/per domain per year for a limited time only. Contact Moniker toll free at 1-800-841-7686 or send us an email at info@moniker.com to get started today!

#### How Does Domain Whois Privacy Work?

Moniker offers domain whois privacy to protect your personal information. Our domain privacy services acts as an iron curtain between you and the outside world. Instead of your information being available in the public whois lookup, these prying eyes will be directed to Moniker Privacy Services to protect your identity and your privacy.

Because we're an ICANN Accredited Domain Registrar, you have the security of knowing that our domain whois privacy is compliant with all ICANN Whois Accuracy Guidelines. Moniker Privacy Services becomes the domain contact and filters through the spam so the only emails you receive are legitimate business correspondence (i.e. legal matters, sales inquiries, etc).

#### Advantages of Domain Whois Privacy?

When you use domain whois privacy, you can protect yourself against:

- Unsolicited Emails / Spam
- Fraudulent Domain Transfers
- Identity Theft
- Unwanted Telephone Solicitation, and much more

For a limited time, Moniker is offering domain whois privacy for $4.00/per domain per year for a limited time only. Contact Moniker toll free at 1-800-841-7686 or send us an email at info@moniker.com or click here to sign up for domain whois privacy today!

All site contents (c) 2005-2006, Moniker Online Services, LLC. Moniker will be a subsidiary of Seevast, Corp. All rights reserved.

About Us | Site Map | DomainNewz | Contact Us | Privacy Policy | Terms & Conditions