Azjmp.com - Az jmp                                    http://whois.domaintools.com/azjmp.com



### Whois Record for Azjmp.com ( Az jmp )

**Front Page Information**

- **Website Title:** Azjmp FAQ
- **Title Relevancy:** 0%
- **AboutUs:** Wiki article on Azjmp.com
- **SEO Score:** 63%
- **Terms:** 380 (Unique: 167, Linked: 14)
- **Images:** 1 (Alt tags missing: 1)
- **Links:** 5 (Internal: 0, Outbound: 1)
- **Related Sites:** 00inkjets.com, adprofile.net, bizrate.com, dealtime.com, fpbe.com, paidtoshare.com, shopping.com, sportsinteraction.com

**Indexed Data**

- **Visitors by Country:**
  - United States 11%
  - Singapore 7.7%
  - Chile 4.9%
  - Mexico 4.2%
  - Puerto Rico 2.9%
  - United Kingdom 2.6%
- **Visitors by City:**
  1) Singapore, SG 7.8%
  2) Santiago, CL 3.1%
  3) Lima, PE 1.7%
- **Alexa Trend/Rank:** #6,039 ↑ 8,311 ranks over the last three months.
- **Compete Rank:** #947 with 1,809,050 U.S. visitors per month

**Server Data**

- **Server Type:** Apache
- **IP Address:** 209.47.46.170 [W] [R] [P] [T]
- **IP Location:** 🇨🇦 - Ontario - Markham - Azoogle Inc
- **Response Code:** 200
- **Blacklist Status:** Clear
- **SSL Cert:** *.azoogleads.com expires in 319 days.
- **Domain Status:** Registered And Active Website

**Registry Data**



Thumbnail: 2005-06-19

Queue this Domain for Update

**SEO Text Browser**

Loading... SEO Text Browser

Azjmp.com

1. What is Azjmp.com?
2. Emails containing Azjmp.com in the URL
3. The opt-out Process
4. For Help

**What is Azjmp.com**

Owned and operated by AzoogleAds.com, Azjmp.com, is an advertising technology that delivers above grade performance for various marketers across different types of

http://www.azjmp.com

ICANN Registrar: TUCOWS INC.
Created: 2002-05-31
Expires: 2009-05-31
Registrar Status: clientDeleteProhibited
Registrar Status: clientTransferProhibited
Registrar Status: clientUpdateProhibited
Name Server: NS1.1500V.NET
Name Server: NS2.1500V.NET
Name Server: NS3.1500V.NET
Whois Server: whois.tucows.com

## DomainTools Exclusive

Registrar History: 1 registrar
IP History: 112 changes on 23 unique name servers over 3 years.
Whois History: 171 records have been archived since 2003-02-26
Reverse IP: 7 other sites hosted on this server.
Monitor Domain: Set Free Alerts on azjmp.com
Free Tool: Download DomainTools for Windows

## Whois Record

```
Registrant:
Azoogle.com Inc
140 Allstate Parkway
Unit 505
Markham, Ontario L3R 5Y8
CA

Domain name: AZJMP.COM

Administrative Contact:
    Inc, Azoogle.com    domains@azoogleads.com
    140 Allstate Parkway
    Unit 505
    Markham, Ontario L3R 5Y8
    CA
    905-946-0300
Technical Contact:
    Inc, Azoogle.com    domains@azoogleads.com
    140 Allstate Parkway
    Unit 505
    Markham, Ontario L3R 5Y8
    CA
    905-946-0300

Registration Service Provider:
    Domainmonger.com,   service@domainmonger.com
    +1.801-572-0021
    +1.425-952-0172 (fax)
    http://www.domainmonger.com

Registrar of Record: TUCOWS, INC.
Record last updated on 26-Mar-2007.
Record expires on 31-May-2009.
Record created on 31-May-2002.

Domain servers in listed order:
    NS1.1500V.NET
    NS3.1500V.NET
    NS2.1500V.NET
```

Disable SEO Text Browser ( Beta )

Other TLDs                      Hide Key
.com   .net   .org   .biz   .info   .us

Symbol Key
Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

Back Order

Set a backorder so you can own azjmp.com when it becomes available.

Customize This Page

Select the items you want to be shown on this page.

☑ Front Page    ☑ Indexed Data
☑ Server Data   ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

Domains for Sale

| Domain | Price |
|---|---|
| AzVb.com | $100.00 |
| AZip.com | $300.00 |
| Nazari.com | $500.00 |
| CrazyClub.com | $500.00 |
| ZakAz.com | $500.00 |
| Gazometer.com | $500.00 |
| YamAz.com | $588.00 |
| GreatJazz.com | $1,000.00 |
| BigJazz.com | $1,000.00 |
| AzMan.com | $1,500.00 |
| SpaZe.com | $1,688.00 |

Domains At Auction

| Domain | Auction Date |
|---|---|
| BrazilianTowing.com | 08-16-2007 |
| MazzottaShop.com | 08-16-2007 |
| CrazyBoutHarry.com | 08-16-2007 |

```
Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```



Do you have generic, high quality domains? Submit them [X] to the live auction. Only the best 450 domains will make it into the auction. Tens of thousands will apply but only the best will make it to a premier live auction in Seattle. Hundreds of bidders will look at your domains. Bidders are allowed to bid online and offline. Please read all rules.

Submit Domains



Want to make more money on Domain Names? Learn the secrets by networking and partying with hundreds of full time domainers in Seattle on Augest 13 through August 15th.
THE DOMAIN ROUNDTABLE

| | |
|---|---|
| NewAzTHmAPathways.com | 08-16-2007 |
| CazaA.com | 08-17-2007 |
| JazzAbove.com | 08-17-2007 |
| SpectrumJazz.com | 08-17-2007 |
| SpectrumJazz.net | 08-17-2007 |
| CrazyGalaxy.com | 08-17-2007 |
| QaZAn.com | 08-17-2007 |
| QaZAn.net | 08-17-2007 |
| DtJaz.com | 08-17-2007 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Az Job | 2000-06-24 |
| Az Jo Ad | 2000-08-25 |
| Az Jmp | 2002-05-31 |
| Az Jkd | 2003-09-25 |
| Az Job Bank | 2004-08-10 |
| Az Jn | 2005-04-08 |
| Az Jobber | 2005-04-17 |
| Az Jl | 2005-04-19 |
| Az Jo | 2006-01-31 |
| Az Jm | 2006-02-03 |
| Az Jl Tours | 2006-06-27 |
| Az Jj | 2006-08-11 |
| Az Jk | 2006-09-04 |
| Az Jmp 1 | 2006-10-28 |
| Az Jk Le | 2007-02-22 |

My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map



1100i.com - 1100 I        http://whois.domaintools.com/1100i.com

Welcome **rgrabows**  Logout  My Account

Whois 1100i.com | Domain Suggestions › | For Sale › | Auctions › | Advanced Auctions › | Domain Search › | Domain Monitor
Domain Directory | Ping › | Traceroute › | My IP Address | Cheap Domain Name Registration | Bulk Check | more >
Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo | XML API

**Sponsored Ads**

Web Hosting Unleashed — OVER 5,000 REVIEWS OF WEB HOSTS — SUBMIT YOUR REVIEW — TOP WEB HOSTS

techhosting — hosting for web 2.0 — Featuring: Ruby on Rails — Sign Up » Now! «

**Who Owns this Domain** — Domains, Email, Hosting & More. Grow Your Business. Register Today!

DomainTools Blog: Cab.com for $110,000 - Posted 3 days ago                     Next ▶

## Whois Record for 1100i.com ( 1100 I )

**Front Page Information**

- **Website Title:** None given.
- **AboutUs:** Wiki article on 1100i.com

**Indexed Data**

- **Alexa Trend/Rank:** #269,492 ⇧ 856,209 ranks over the last three months.
- **Compete Rank:** #273,476 with 4,592 U.S. visitors per month

**Server Data**

- **IP Address:** 209.170.120.43  [W] [R] [P] [D] [T]
- **IP Location:** - New York - New York - Panther Express
- **Response Code:** 605
- **Blacklist Status:** Clear
- **Domain Status:** Registered And No Website

**Registry Data**

- **ICANN Registrar:** DOTSTER, INC.
- **Created:** 2004-09-18
- **Expires:** 2008-09-18
- **Registrar Status:** clientDeleteProhibited
- **Registrar Status:** clientTransferProhibited
- **Registrar Status:** clientUpdateProhibited
- **Name Server:** NS1.1500V.NET
- **Name Server:** NS2.1500V.NET
- **Name Server:** NS3.1500V.NET
- **Whois Server:** whois.dotster.com

**DomainTools Exclusive**

- **Registrar History:** 2 registrars with 1 drop.
- **IP History:** 96 changes on 21 unique name servers over 3 years.

**Thumbnail: 2005-08-14**

Queue this Domain for Update

**Other TLDs**                      Hide Key

.com   .net   .org   .biz   .info   .us

**Symbol Key**

- Available
- Available (Previously registered)
- Registered (Active website)
- Registered (Parked or redirected)
- Registered (No website)
- On-Hold (Generic)
- On-Hold (Redemption Period)
- On-Hold (Pending Delete)
- Monitor
- Preview
- No preview
- Buy this (Available)
- Buy this (Bid at auction)

**Back Order**

**Whois History:** 68 records have been archived since 2004-12-22
**Monitor Domain:** Set Free Alerts on 1100i.com
**Free Tool:** Download DomainTools for Windows

Set a backorder so you can own 1100i.com when it becomes available.

**Customize This Page**

Select the items you want to be shown on this page.

☑ Front Page     ☑ Indexed Data
☑ Server Data    ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

**Whois Record**

```
Registrant:
  Azoogle.com Inc
  140 Allstate Parkway
  #505
  Markham, Ontario  L3R 5Y8
  CA

  Registrar: DOTSTER
  Domain Name: 1100I.COM
    Created on: 18-SEP-04
    Expires on: 18-SEP-08
    Last Updated on: 31-JUL-07

  Administrative, Technical Contact:
    Inc, Azoogle.com   domains@azoogleads.com
    Azoogle.com Inc
    140 Allstate Parkway
    #505
    Markham, Ontario  L3R 5Y8
    CA
    905-946-0300

  Domain servers in listed order:
    NS1.1500V.NET
    NS2.1500V.NET
    NS3.1500V.NET
```

**Domains for Sale**

| Domain | Price |
|---|---|
| IMoms.com | $85.00 |
| Indianan.com | $250.00 |
| ITee.com | $475.00 |
| IsMat.com | $500.00 |
| ImBid.com | $500.00 |
| Iraqis.com | $500.00 |
| ItMan.com | $500.00 |
| Isobar.com | $565.00 |
| IFix.com | $630.00 |
| Iate.com | $1,000.00 |
| IFear.com | $1,000.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| IcaFx.com | 08-16-2007 |
| ICodeSign.com | 08-16-2007 |
| IconHorizon.com | 08-16-2007 |
| InterlinkDispatch.com | 08-16-2007 |
| InventorsBooklet.com | 08-16-2007 |
| IDecorEight.com | 08-16-2007 |
| IFf5.com | 08-16-2007 |
| IntelliJack.com | 08-16-2007 |
| IWillMoveYou.com | 08-16-2007 |
| ImmediateFuture.net | 08-16-2007 |
| IfYouWereThere.com | 08-16-2007 |
| ItSabeerShow.com | 08-16-2007 |
| Integrity-Sports.com | 08-16-2007 |



Do you have generic, high quality domains? Submit them to the live auction. Only the best 450 domains will make it into the auction. Tens of thousands will apply but only the best will make it to a premier live auction in Seattle. Hundreds of bidders will look at your domains. Bidders are allowed to bid online and offline. Please read all rules.

Submit Domains



Want to make more money on Domain Names? Learn the secrets by networking and partying with hundreds of full time domainers in Seattle on Augest 13 through August 15th.
THE DOMAIN ROUNDTABLE

**Compare Similar Domains**

| Domain | Created |
|---|---|
| 1100 Hair Treatment | 1999-05-11 |
| 1100 Info | 2000-06-13 |
| 1100 I | 2004-09-18 |
| 1100 Hwy 7 East | 2004-12-10 |
| 1100 Grand Loft Sales | 2005-06-15 |
| 1100 Hope | 2005-11-04 |
| 1100 Hoodia | 2006-06-21 |
| 1100 Juegos | 2006-07-06 |

| | |
|---|---|
| 1100 Ingraham | 2006-08-02 |
| 1100 High Ridge Farms | 2006-10-10 |
| 1100 Jogos | 2006-10-11 |
| 1100 Job | 2006-11-14 |
| 1100 Ivy | 2006-12-26 |
| 1100 Inc | 2006-12-28 |
| 1100 Gsxr | 2007-02-01 |

My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map:

```
Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.


   Domain Name: STOPMAILINGLIST.COM
   Registrar: DOTSTER, INC.
   Whois Server: whois.dotster.com
   Referral URL: http://www.dotster.com
   Name Server: NS1.1500V.NET
   Name Server: NS2.1500V.NET
   Name Server: NS3.1500V.NET
   Status: clientDeleteProhibited
   Status: clientTransferProhibited
   Status: clientUpdateProhibited
   Updated Date: 05-jan-2007
   Creation Date: 25-feb-2004
   Expiration Date: 25-feb-2008

>>> Last update of whois database: Thu, 23 Aug 2007 22:11:13 UTC <<<
```

NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation,

repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

The information in this whois database is provided for the sole
purpose of assisting you in obtaining information about domain
name registration records. This information is available "as is,"
and we do not guarantee its accuracy. By submitting a whois
query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data
to: (1) enable high volume, automated, electronic processes that
stress or load this whois database system providing you this
information; or (2) allow, enable, or otherwise support the
transmission of mass, unsolicited, commercial advertising or
solicitations via facsimile, electronic mail, or by telephone to
entitites other than your own existing customers.  The
compilation, repackaging, dissemination or other use of this data
is expressly prohibited without prior written consent from this
company. We reserve the right to modify these terms at any
time. By submitting an inquiry, you agree to these terms of usage
and limitations of warranty.  Please limit your queries to 10 per
minute and one connection.

Registrant:
   Azoogle.com Inc
   140 Allstate Parkway
   #505
   Markham, Ontario   L3R 5Y8
   CA

   Registrar: DOTSTER
   Domain Name: STOPMAILINGLIST.COM
      Created on: 25-FEB-04
      Expires on: 25-FEB-08
      Last Updated on: 05-JAN-07

```
Administrative, Technical Contact:
    Inc, Azoogle.com   domains@azoogleads.com
    Azoogle.com Inc
    140 Allstate Parkway
    #505
    Markham, Ontario   L3R 5Y8
    CA
    905-946-0300


Domain servers in listed order:
    NS1.1500V.NET
    NS2.1500V.NET
    NS3.1500V.NET
```

End of Whois Information

```
Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: QCKJMP.COM
   Registrar: DOTSTER, INC.
   Whois Server: whois.dotster.com
   Referral URL: http://www.dotster.com
   Name Server: NS1.1500V.NET
   Name Server: NS2.1500V.NET
   Name Server: NS3.1500V.NET
   Status: ok
   Updated Date: 28-nov-2006
   Creation Date: 19-feb-2003
   Expiration Date: 19-feb-2008

>>> Last update of whois database: Thu, 23 Aug 2007 22:11:13 UTC <<<
```

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to

use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to
ensure
operational stability. VeriSign may restrict or terminate your access to
the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

The information in this whois database is provided for the sole
purpose of assisting you in obtaining information about domain
name registration records. This information is available "as is,"
and we do not guarantee its accuracy. By submitting a whois
query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data
to: (1) enable high volume, automated, electronic processes that
stress or load this whois database system providing you this
information; or (2) allow,enable, or otherwise support the
transmission of mass, unsolicited, commercial advertising or
solicitations via facsimile, electronic mail, or by telephone to
entitites other than your own existing customers. The
compilation, repackaging, dissemination or other use of this data
is expressly prohibited without prior written consent from this
company. We reserve the right to modify these terms at any
time. By submitting an inquiry, you agree to these terms of usage
and limitations of warranty. Please limit your queries to 10 per
minute and one connection.

Registrant:
   Azoogle.com Inc
   140 Allstate Parkway
   #505
   Markham, Ontario   L3R 5Y8
   CA

   Registrar: DOTSTER
   Domain Name: QCKJMP.COM
      Created on: 19-FEB-03
      Expires on: 19-FEB-08
      Last Updated on: 28-NOV-06

   Administrative, Technical Contact:

```
Inc, Azoogle.com   domains@azoogleads.com
Azoogle.com Inc
140 Allstate Parkway
#505
Markham, Ontario   L3R 5Y8
CA
905-946-0300


Domain servers in listed order:
   NS1.1500V.NET
   NS2.1500V.NET
   NS3.1500V.NET
```

End of Whois Information