**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>     Plaintiff,<br>vs.<br><br>AZOOGLE.COM, INC., a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>     Defendants. | Case No.  C-07-4630 JSW<br><br>**NOTICE OF RELATED CASE** |

**PLEASE TAKE NOTICE** the within action arises from substantially identical happenings or events in an action in the above court entitled: *ASIS INTERNET SERVICES vs OPTIN GLOBAL, INC., et al*, C-05-5124 JCS, in the Northern District of California.

                                         **SINGLETON LAW GROUP**

Dated:      October 3, 2007                  /s/ Jason K. Singleton
                                         Jason K. Singleton
                                         Richard E. Grabowski
                                         Attorneys for Plaintiff, **ASIS INTERNET SERVICES**