**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

October 16, 2007

Jason Singleton                          Henry M. Burgoyne
Singleton Law Group                      Kronenberger Burgoyne
611 L Street, Ste A                      150 Post Street, #520
Eureka, CA   95501                       San Francisco, CA 94108

**Re:    ASIS INTERNET SERVICES  v. AZOOGLE.COM,INC.**
         C07-04630 (JCS)

Dear Counsel:

　　This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

　　The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

　　A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **October 30, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                              Sincerely,

                              RICHARD W. WIEKING

                              _____
                              By: Karen L.Hom
                                  Deputy Clerk

Attachments

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,                           No.  C 07-04630 JCS

            Plaintiff(s),                    **CONSENT TO PROCEED BEFORE A**
                                             **UNITED STATES MAGISTRATE JUDGE**
     v.

AZOOGLE.COM, INC.,

            Defendant(s).

_____/

        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

final judgment. Appeal from the judgment shall be taken directly to the United States Court of

Appeals for the Ninth Circuit


Dated: _____                    _____
                                                 Signature

                                                 Counsel for _____
                                                 (Name or party or indicate "pro se")

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7  ASIS INTERNET SERVICES,                    No.  C 07-04630 JCS

8              Plaintiff(s),

**DECLINATION TO PROCEED BEFORE**
9      v.                                                      **A MAGISTRATE JUDGE**
                                                              **AND**
10  AZOOGLE.COM, INC.,                          **REQUEST FOR REASSIGNMENT TO A**
                                                              **UNITED STATES DISTRICT JUDGE**
11             Defendant(s).

12  _____/

13

14      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15          The undersigned party in the above-captioned civil matter hereby declines to consent to the

16  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17  requests the reassignment of this case to a United States District Judge.

18

19

20  Dated: _____          _____
                                                                Signature
21

22                                                                Counsel for _____
                                                                (Name or party or indicate "pro se")
23

24

25

26

27

28

**United States District Court**
For the Northern District of California