UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>OPTIN GLOBAL, INC et al,<br><br>　　　　Defendant(s).<br>*And related action(s) as listed* _____/ | No. C 05-05124 MHP<br>　　　C 07-04630 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

　　　This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, November 26, 2007, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: October 18, 2007　　　　　　　　　　　Anthony Bowser, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　　　　　(415) 522-3140

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>         Plaintiff(s),<br><br>   v.<br><br>OPTIN GLOBAL, INC et al,<br><br>         Defendant(s).<br>*And related action(s) as listed* | No. C 05-05124 MHP<br>       C 07-04630 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, November 26, 2007, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                                          Richard W. Wieking
                                                                          Clerk, U.S. District Court

Dated: October 18, 2007                          Anthony Bowser, Deputy Clerk to the
                                                                          Honorable Marilyn Hall Patel
                                                                          (415) 522-3140