UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>OPTIN GLOBAL, INC. ET AL,<br><br>        Defendant(s).<br>*And related action(s) as listed* | No. C 05-05124 MHP<br>     C 07-04630 MHP<br><br>**AMENDED CLERK'S NOTICE**<br>**(Advancing Case Management Conference in Reassigned Cases)** |

     These actions, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, are hereby scheduled for a case management conference on **Monday, November 5, 2007, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: October 19, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California

1
2
3
4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8  ASIS INTERNET SERVICES,                    No. C 05-05124 MHP
                                              C 07-04630 MHP
9           Plaintiff(s),
                                              **AMENDED CLERK'S NOTICE**
10   v.                                       **(Advancing Case Management Conference
                                              in Reassigned Cases)**
11  OPTIN GLOBAL, INC. ET AL,

12          Defendant(s).

13  *And related action(s) as listed*
                                         /
14

15         These actions, having been reassigned to the Honorable Marilyn Hall Patel and all pending

16  hearing dates thus vacated, are hereby scheduled for a case management conference on **Monday,**

17  **November 5, 2007, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

18  conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

19  Management Statement on all defendants, and shall also serve a copy of this notice on all

20  defendants.

21
22                                            Richard W. Wieking
                                              Clerk, U.S. District Court
23
24
25  Dated:  October 19, 2007                  Anthony Bowser, Deputy Clerk to the
                                              Honorable Marilyn Hall Patel
26                                                   (415) 522-3140
27
28