**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: November 5, 2007

Case No.  C 05-5124  MHP          Judge: MARILYN H. PATEL
          C 07-4630   MHP

Title: ASIS INTERNET SERVICES -v- OPTIN GLOBAL INC et al
       ASIS INTERNET SERVICES -v- AZOOGLE.COM

Attorneys:  Plf: Richard Grabowski
            Dft: Hank Burgoyne, Jeffrey Rosenfeld

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

After further discussion, Court order C 05-5124 MHP reassigned back to Magistrate Joseph Spero for all further proceedings, including pretrial and trial proceedings, with appeals to be taken to the USCA;

The court further orders C 07-4630 STAYED pending resolution of C 05-5124 JCS;

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: November 5, 2007

Case No.   C 05-5124  MHP          Judge: MARILYN H. PATEL
           C 07-4630  MHP

Title: ASIS INTERNET SERVICES -v- OPTIN GLOBAL INC et al
       ASIS INTERNET SERVICES -v- AZOOGLE.COM

Attorneys:  Plf: Richard Grabowski
            Dft: Hank Burgoyne, Jeffrey Rosenfeld

Deputy Clerk:  Anthony Bowser    Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

After further discussion, Court order C 05-5124 MHP reassigned back to Magistrate Joseph Spero for all further proceedings, including pretrial and trial proceedings, with appeals to be taken to the USCA;

The court further orders C 07-4630 STAYED pending resolution of C 05-5124 JCS;