# ICANN

## REGISTRAR ACCREDITATION AGREEMENT

**Table of Contents**

**I. DEFINITIONS**

**II. RECITALS**

**III. TERMS AND CONDITIONS OF AGREEMENT**

    A. Accreditation.

    B. Registrar Use of ICANN Name.

    C. Submission of SLD Holder Data to Registry.

    D. Public Access to Data on SLD Registrations.

    E. Retention of SLD Holder and Registration Data.

    F. Rights in Data.

    G. Data Escrow.

    H. Conduct of Registrar When Also Serving as Registry Administrator.

    I. Business Dealings, Including with SLD Holders.

E. <u>Retention of SLD Holder and Registration Data</u>.

    1. During the term of this Agreement, Registrar shall maintain its own electronic database containing up-to-date data for the elements listed in Sections III.D.1.a through k, as well as the name, postal address, e-mail address, voice telephone number, and (where available) fax number of the billing contact, for each active SLD registration sponsored by it in the registry for the .com, .net, and .org TLDs.

    2. During the term of this Agreement and for three years thereafter, Registrar (itself or by its agent) shall maintain the following records relating to its dealings with registry administrators and SLD holders:

        a. In electronic form, the submission date and time, and the content, of all registration data (including updates) submitted to the registry;

        b. In electronic, paper, or microfilm form, all written communications constituting registration orders, modifications, or terminations and related correspondence with actual SLD holder-customers or those seeking to become SLD holder-customers, including order templates; and

        c. In electronic form, records of the accounts of all SLD holder-customers with Registrar, including dates and amounts of all payments and refunds.

    Registrar shall make these records available for inspection by ICANN upon reasonable notice. ICANN shall not disclose such records except as expressly permitted by an ICANN-adopted policy.