United States Government Accountability Office

**GAO**

Report to the Subcommittee on Courts, the Internet, and Intellectual Property, House of Representatives

November 2005

# INTERNET MANAGEMENT

## Prevalence of False Contact Information for Registered Domain Names



GAO Accountability ★ Integrity ★ Reliability

GAO-06-165

**Appendix I
Prevalence of False Contact Information for
Registered Domain Names**



Background
**Relationship between ICANN and Registrars**

In 1999, ICANN developed a Registrar Accreditation Agreement (RAA) that sets the terms by which accredited registrars are authorized to register domain names within the generic top-level domains.

As of May 2005, about 400 accredited registrars from the United States and foreign countries offered domain name registration services for the generic top-level domains.

As part of the terms of the RAA, each registrar is to provide a Web-based Whois service that offers free access to contact information on all active registered domain names sponsored by the registrar.

17