# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 05-05124 JCS**

**CASE NAME: ASIS INTERNET SERVICES v. OPTIN GLOBAL, INC. ET AL**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Dec. 7, 2007    **TIME**: 15 mins | **COURT REPORTER**: <u>Not Recorded</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Jason Singleton (T)* | <u>**COUNSEL FOR DEFENDANT:**</u><br>Hank Burgoyne-Dft Azoogle.Com (T)* |

| **OTHER PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Case Management Conference | Held. |
| 2.  Pla's Motion for Exclusion of Dft's Expert Witness [Docket No. 272] | Submitted |
| 3. Dft's Counter-Motion for Leave To Serve Supplemental Expert Report of Dr. Fred Cohen [Docket No. 284] | Submitted |

___

**ORDERED AFTER HEARING:**
Supplemental report by Dr. Cohen, based solely on the electronic files that were ordered produced by the Court, shall be served on or before 12/31/7.  The deposition of Dr. Cohen based on the new materials shall be completed by 1/15/8.

The reply brief on any motions for summary judgment shall be filed by 2/14/8. Parties shall meet-and-confer to discuss a briefing schedule on the remaining briefs and file a stipulation to the Court.

All discovery is closed.
___

**CASE CONTINUED TO:** 03/14/08 at 1:30 p.m., for Summary Judgment Motions and a further case management conference.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court
___

**Motions Hearing: 03/14/08 at 1:30 p.m.**    **Pretrial Conference: 05/23/08 at 1:30 p.m.**

**Trial Date: 06/09/08 at 8:30 a.m.  (X )Jury    ()Court    Set for 8 days**

**cc:**    Chambers, Karen

(T) = telephonic appearance