1 **Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
2 **Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
3 **SINGLETON LAW GROUP**
611 "L" Street, Suite A
4 Eureka, CA 95501
(707) 441-1177
5 FAX  441-1533

6 Attorneys for Plaintiff, ASIS Internet Services

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>AZOOGLE.COM, INC., a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No.  C-07-4630 MHP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF AUTHORITY TO ISSUE SUBPOENAS<br><br>DATE: January 28, 2008<br>TIME:   2:00 p.m.<br>CTRM: 15, 18th Floor, San Francisco |

Plaintiff's Motion requesting the court's permission to subpoena domain registration companies regarding identity of spammers came on regularly for hearing on Monday, January 28, 2008, at 2:00 pm, and the Court having read the pleadings filed in this matter and heard argument makes the following order.

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED:

The Court authorizes Plaintiff to subpoena identity and billing information from the proxy/privacy registration services listed below, in order to determine the true identities of the senders of the emails alleged in this matter:

**WhoisGuard** (Operated by NameCheap.com)

**Whois Privacy Protection Service, Inc**. (Operated by eNom)

**SecureWhois, Inc.** (Secure Whois, Inc.)

**RegisterFly/ProtectFly** (ICANN Registration contract terminated by ICANN on March 31, 2007, the Registerfly portfolio was bought out by Go Daddy on May 29, 2007 – Source: Wikepedia at http://en.wikipedia.org/wiki/RegisterFly)

**privacypost.com** (Privacy Post Inc. related to Dotster, Inc.)

**Moniker Privacy Services** (Operated by Moniker Online Services, LLC. a subsidiary of Seevast, Corp.)

**Domains By Proxy, Inc.** (Operated by Go Daddy)

**contactprivacy.com** (Operated by Tucows Inc.)

**Network Solutions** (Network Solutions, LLC)

**Private Who Is** (Operated by Big Pixel Media, LLC)

Dated: _____   _____
Marilyn Hall Patel,
United States District Judge