**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

Attorneys for Plaintiff, ASIS INTERNET SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>     Plaintiff,<br>vs.<br><br>AZOOGLE.COM, INC., a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>     Defendants. | Case No.  C-07-4630 MHP<br><br>**NOTICE OF WITHDRAWAL OF MOTION** |

TO:     Defendant and its attorney of record:

Plaintiff hereby withdraws its **MOTION TO REQUEST THE COURT'S PERMISSION TO SUBPOENA DOMAIN REGISTRATION COMPANIES REGARDING IDENTITY OF SPAMMERS** pursuant to a telephone call from Tony, Clerk to the Honorable Marilyn Hall Patel, on December 18, 2007, requesting Plaintiff withdraw said motion.

                              **SINGLETON LAW GROUP**

Dated:     December 19, 2007          /s/ Jason K. Singleton
                              Jason K. Singleton
                              Richard E. Grabowski
                              Attorneys for Plaintiff, **ASIS INTERNET SERVICES**