1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
5  (707) 441-1177
   FAX 441-1533
6
7  Attorney for Plaintiff, ASIS INTERNET SERVICES

8
9                        **UNITED STATES DISTRICT COURT**

10                       **NORTHERN DISTRICT OF CALIFORNIA**

11 | ASIS INTERNET SERVICES          )   Case No. C-07-4630 MHP
                                    )
12 |         Plaintiff,              )   **NOTICE OF CHANGE OF**
   | v.                              )   **ATTORNEY EMAIL ADDRESS**
13 |                                 )
   | AZOOGLE.COM, INC., et al.,      )
14 |                                 )
   |         Defendants.             )
15 |                                 )

16 **TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
17 RECORD:**
18      **PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email
19 addresses effective February 1, 2008.  All other attorney information remains unchanged.  The
20 new email addresses are as follows:
21      JASON K. SINGLETON          jason@singletonlawgroup.com
22      RICHARD E. GRABOWSKI       rgrabowski@mckinleyville.net
23                                          **SINGLETON LAW GROUP**
24
25 Dated:      February 15, 2008              /s/ Jason K. Singleton
                                           Jason K. Singleton,
26                                         Richard E. Grabowski, Attorneys for
27                                         Plaintiff, **ASIS INTERNET SERVICES**
28