1  **KRONENBERGER BURGOYNE, LLP**
   Henry M. Burgoyne (CA Bar No. 203748)
2  Jeffrey M. Rosenfeld (CA Bar No. 222187)
   Margarita Calpotura (CA Bar No. 244711)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone:  (415) 955-1155
   Facsimile:   (415) 955-1158
5  hank@kronenbergerlaw.com
   jeff@kronenbergerlaw.com
6  margarita@kronenbergerlaw.com

7  Attorneys for Defendant AzoogleAds.com, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ASIS INTERNET SERVICES**, a California corporation,

   Plaintiff,

   vs.

**AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,

   Defendants.

Case No. C-07-4630 MHP

**STIPULATION TO LIFT STAY**

1.  WHEREAS Plaintiff ASIS Internet Services ("ASIS") filed the complaint in the above-captioned action on September 17, 2007.

2.  WHEREAS on October 4, 2007, ASIS filed a Notice of Related Case, relating the above-captioned case to the case *ASIS Internet Services v. Optin Global*, *et al.*, Case No. 05-5124-JCS.

3.  WHEREAS during a case management conference on November 5, 2007 the Honorable Marilyn H. Patel stayed the above-captioned action pending the resolution of the case *ASIS Internet Services v. Optin Global*, *et al.*, Case No. 05-5124-JCS.

4.  WHEREAS on March 27, 2008 the Honorable Joseph C. Spero granted summary judgment to the defendant, AzoogleAds.com, Inc. ("Azoogle") as to all claims in the case *ASIS Internet Services v. Optin Global*, *et al.*, Case No. 05-5124-JCS, thereby resolving all substantive issues in that case.

5.  WHEREAS ASIS has filed a Notice of Appeal as to the case *ASIS Internet Services v. Optin Global*, *et al.*, Case No. 05-5124-JCS to the Ninth U.S. Circuit Court of Appeals, which is currently pending.

NOW THEREFORE, ASIS AND AZOOGLE, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.  ASIS and Azoogle agree to lift the stay currently in place for the above-captioned action, and respectfully request that the Court do so;

2.  ASIS and Azoogle hereby attach a true and correct copy of Judge Spero's opinion and order for the case *ASIS Internet Services v. Optin Global*, *et al.*, Case No. 05-5124-JCS.

//

//

//

**IT IS SO STIPULATED:**

Dated: April 29, 2008

**SINGLETON LAW GROUP**

By: _____/s/_____

Jason K. Singleton

Attorney for Plaintiff ASIS Internet Services

Dated: April 29, 2008

**KRONENBERGER BURGOYNE, LLP**

By: _____/s/_____

Jeffrey M. Rosenfeld

Attorney for Defendant Member Source Media, LLC

**IT IS SO ORDERED:**

Dated: 4/30/08   _____

Judge, United States District Court for the Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*