**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>    Plaintiff(s),<br><br>  v.<br><br>AZOOGLE.COM,INC.,<br><br>    Defendant(s). | No. C 07-04630 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference)** |

This case is hereby scheduled for a case management conference on Monday, **May 19, 2008**, at 4:00.  A Joint Case Management Statement is due **seven (7)** days prior to the conference. **Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants not listed on the service list below.**

                                               Richard W. Wieking
                                               Clerk, U.S. District Court

Dated:  April 30, 2008                    Frank Justiliano, Deputy Clerk to the
                                               Honorable Marilyn Hall Patel
                                                     (415) 522-3140

COPIES MAILED TO PARTIES OF RECORD