**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>**AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>       Defendants. | Case No. C-07-4630 MHP<br><br>**AZOOGLEADS.COM, INC.'S NOTICE OF MOTION AND MOTION FOR SECURITY FOR COSTS INCLUDING ATTORNEYS' FEES**<br><br>DATE:    JUNE 23, 2008<br>TIME:    2:00 PM<br>CTRM:   15, 18TH FLOOR |

Case No. C-07-4630 MHP                    AZOOGLE'S NOTICE OF MOT. & MOT. FOR SECURITY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 23, 2008 or as soon thereafter as this matter may be heard in Courtroom 15, 18th Floor, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant AzoogleAds.com, Inc. ("Azoogle"), will and hereby does move this Court for an order requiring Plaintiff ASIS Internet Services ("ASIS") to post security for the costs and attorneys' fees Azoogle reasonably expects to incur in defending this action in the amount of Two Hundred Thousand Dollars ($200,000).

This motion is made pursuant to 15 U.S.C. §7706(g)(4), Local Rule 65.1-1, and the Court's inherent power, all of which permit the Court to exercise its discretion to require ASIS to post security for the payment of Member Source's costs, including attorneys' fees. Such security should be required here because: a) in the nearly identical, Related Case—*ASIS v. Optin Global, et al.*, Case No. 05-5124-JCS (the "Related Case")—the Honorable Joseph C. Spero found that ASIS has no standing to bring CAN-SPAM claims; b) the complaint in this case is nearly identical to the dismissed Related Case; c) ASIS has a pattern and practice of engaging in overly-broad and abusive discovery; and d) ASIS has admitted that it is on the brink of bankruptcy.

This motion is based on this Notice, the Memorandum of Points and Authorities in support of this motion, the declaration of Henry M. Burgoyne in support of this motion, the declaration of David Graff in support of this motion, and any additional evidence and argument that the Court may receive at or before the hearing on this motion.

Dated: May 9, 2008

Henry M. Burgoyne, III
Karl S. Kronenberger
Jeffrey M. Rosenfeld
Kronenberger Burgoyne, LLP

By: _____/s/_____
Jeffrey M. Rosenfeld

Attorneys for Defendant,
AZOOGLEADS.COM, INC.

Case No. C-07-4630 MHP        1        AZOOGLE'S NOTICE OF MOT. & MOT. FOR SECURITY

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com