**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. C-07-4630 MHP<br><br>**DECLARATION OF DAVID GRAFF IN SUPPORT OF AZOOGLEADS.COM, INC.'S MOTION FOR SECURITY FOR COSTS INCLUDING ATTORNEYS' FEES**<br><br>DATE:   JUNE 23, 2008<br>TIME:   2:00 PM<br>CTRM:  15, 18TH FLOOR |

I, David Graff, declare as follows:

    1. I am the general counsel for AzoogleAds.com, Inc. *dba* Epic Advertising, Inc. ("Azoogle"), a party to this action. As the General Counsel, I exercise supervisory authority over Azoogle's legal department. I provide this declaration in support of Azoogle's Motion for Security for Costs Including Attorney's Fees. Unless otherwise stated, I have personal knowledge of the facts stated herein.

//

CASE NO. C-07-4630 MHP     1     **DECLARATION OF D. GRAFF ISO MTN. FOR SECURITY**

2. Azoogle is a performance based marketing company, which assists its clients, such as Netflix, Blockbuster, and General Electric, in the online marketing of their goods and services.

3. Azoogle itself does not send unsolicited commercial emails to generate leads or for any other reason. Rather, Azoogle enters into arms length contracts with affiliates to implement online marketing campaigns, including the sending out of lawful commercial emails, to generate leads on behalf of its end clients.

4. Prior to generating any leads for Azoogle, prospective affiliates must register with, and be accepted after a vetting process by, Azoogle to become an affiliate. A prospective affiliate must also agree to Azoogle's Affiliate Terms and Conditions and numerous Acceptable Use Policies, which among other things, expressly prohibit the affiliate from violating CAN-SPAM or any other law.

5. Today, Azoogle has in excess of 20,000 affiliates.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 8 , 2008, at New York, New York.

David Graff

CASE NO. C-07-4630 MHP            2            DECLARATION OF D. GRAFF ISO MTN. FOR SECURITY