**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-4630 MHP<br><br>**DECLARATION OF HENRY M. BURGOYNE, III IN SUPPORT OF AZOOGLEADS.COM, INC.'S MOTION FOR SECURITY FOR COSTS INCLUDING ATTORNEYS' FEES**<br><br>DATE:  JUNE 23, 2008<br>TIME:  2:00 PM<br>CTRM:  15, 18TH FLOOR |

I, Henry M. Burgoyne, III, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Defendant AzoogleAds.com, Inc. ("Azoogle"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

//

2.   I served as lead counsel for Defendant, AzoogleAds.com, Inc. ("Azoogle") in the related case *ASIS Internet Services, Inc. v. Optin Global, Inc. et al.*, Case No. 05-5124 JCS (the "Related Case").  On March 27, 2008, the Honorable Joseph C. Spero granted summary judgment to Azoogle and against ASIS Internet Services ("ASIS") in the Related Case as to all claims.  A true and correct copy of the public, redacted version of Judge Spero's order granting summary judgment is attached hereto as Exhibit A.

3.   During my work on the Related Case, I learned numerous facts about ASIS through the documentary evidence and testimony produced by ASIS.

4.   ASIS is a small, struggling ISP based in Eureka, California with a handful of employees and a proportionate number of customers.

5.   Over the past couple of years, ASIS has brought eight, nearly identical CAN-SPAM lawsuits.

6.   Attached as Exhibit B is a true and correct copy of the complaint from the Related Case, filed December 12, 2005.

7.   Attached as Exhibit C is a true and correct copy of the complaint from *ASIS Internet Services v. Valueclick, Inc.*, filed June 21, 2007.

8.   Attached as Exhibit D is a true and correct copy of the complaint from *ASIS Internet Services v. Azoogle.com, Inc.*, filed September 7, 2007.

9.   Attached as Exhibit E is a true and correct copy of the complaint from *ASIS Internet Services v. IMarketing Consultants, Inc.*, filed October 19, 2007.

10.  Attached as Exhibit F is a true and correct copy of the complaint from *ASIS Internet Services v. All In, LLC*, filed November 9, 2007.

11.  Attached as Exhibit G is a true and correct copy of the complaint from *ASIS Internet Services v. Active Response Group, Inc.*, filed December 7, 2007.

12.  Attached as Exhibit H is a true and correct copy of the complaint from *ASIS Internet Services v. Pure Ads, LLC*, filed March 21, 2008.

13. Attached as Exhibit I is a true and correct copy of an excerpt from the April 21, 2006 hearing transcript for the Related Case, in which the Honorable Claudia Wilken addressed a defendant's request for a security requirement.

14. Over the course of a year, counsel for ASIS stated to me, <u>on multiple occasions</u> in relation to the Related Case, that should ASIS be forced to pay costs and/or attorneys' fees, ASIS would declare bankruptcy.

15. Attached as Exhibit J are true and correct copies of ASIS's 23 interrogatories served on Azoogle in the Related Case.

16. Attached hereto as Exhibit K are true and correct copies of ASIS's 43 requests for admissions served on Azoogle in the Related Case.

17. Attached hereto as Exhibit L are true and correct copies of ASIS's 46 requests for production served on Azoogle in the Related Case.

18. Attached hereto as Exhibit M is a true and correct copy of a table listing the 121 third party subpoenas issued by ASIS in the Related Case.

19. Attached as Exhibit N is a true and correct copy of a protective order granted by the Judge Spero on August 10, 2007, quashing all of ASIS's outstanding subpoenas.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 9, 2008, at San Francisco, California.

                                                         /s/
                                      Henry M. Burgoyne, III