Exhibit E

1  Jason K. Singleton, State Bar #166170
   lawgroup@sbcglobal.net
2  Richard E. Grabowski, State Bar #236207
   rgrabows@pacbell.net
3  SINGLETON LAW GROUP
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  Attorneys for Plaintiff, ASIS INTERNET SERVICES

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 ASIS INTERNET SERVICES, a California )  Case No. C-07-5357 CW
   corporation,                        )
11                                     )
12           Plaintiff,                )  COMPLAINT FOR DAMAGES AND
                                       )  INJUNCTIVE RELIEF – VIOLATION OF
   vs.                                 )  CAN-SPAM ACT OF 2003 [15 *U.S.C.* §
13                                     )  7701, *et seq.*]
   IMARKETING CONSULTANTS, INC., dba   )
14 ULTRA-MX.COM, also dba SPEED        )  DEMAND FOR JURY TRIAL
   NETWORK, also dba SPEED-MX.COM, and )
15 DOES ONE through FIFTY, inclusive,  )
                                       )
16           Defendants.               )
                                       )
17 _____    )

18      Plaintiff, ASIS INTERNET SERVICES, a California corporation, and an Internet

19 Access Provider, complains of Defendants IMARKETING CONSULTANTS, INC., dba

20 ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM, and DOES

21 ONE through FIFTY, inclusive, and alleges violations of *CAN-SPAM Act,* 15 *U.S.C.* §

22 7704(a) and (b) and requests injunctive relief, statutory damages, aggravated damages, and

23 attorney fees authorized as remedies under 15 *U.S.C.* § 7706(g).

24                    **JURISDICTION AND VENUE**

25      1.     This Court has original jurisdiction of this action pursuant to 28 *U.S.C.* § 1331 for

26 violations of the *CAN-SPAM Act of 2003* (15 *U.S.C.* §§ 7701 et seq.).   This Court also has

27 original jurisdiction under 15 *U.S.C.* § 7706(g)(1) for cases involving a civil action by an

28 internet access provider adversely affected by a violation of section 15 *U.S.C.* § 7704(a)(1),

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF      1

1  **15** *U.S.C.* **§ 7704(b), or 15** *U.S.C.* **§ 7704(d)**, or a pattern or practice that violates paragraphs

2  **(2), (3), (4), or (5) of section 15** *U.S.C.* **§ 7704(a).**

3      2.    This  Court  has  personal  jurisdiction  over  Defendants  **IMARKETING**

4  **CONSULTANTS, INC.,** who maintain offices in Delray Beach, Florida.  Plaintiff believes and is

5  informed and therefore alleges that the other **dba's** named in this suit are copyrighted names,

6  service marks or domain names owned by **IMARKETING CONSULTANTS, INC.**

7      3.    Plaintiff received **1,225** Commercial Electronic Mail Messages, emails, from

8  various email accounts using the domain name "**ultra-mx.com**" (See Exhibit "A" attached

9  hereto for examples of the emails and the source code of the emails).  These emails were sent

10  using the "**ultra-mx.com**" domain name.    These emails are unsolicited commercial

11  advertisements.    Plaintiff cannot identify the sender of the email with absolute certainty

12  because the emails were sent with the domain name "**ultra-mx.com**".  (See Exhibit "A" for a

13  sample of the emails).   The "**ultra-mx.com**" domain name was registered using a proxy

14  service, Domains by Proxy, Inc.  (See Exhibit "B" attached hereto for WHOIS report on the

15  domain name registration of **ultra-mx.com**).  Domains by Proxy, Inc. is a service offering

16  private domain name registration that conceals the identity of the registrant.  Plaintiff can only

17  discover the ultimate identity of the true sender through a subpoena. (See Exhibit "C" attached

18  hereto for Advertisements for Domain by Proxy and its *Civil Subpoena Policy*.)  However, the

19  sender of the emails calling themselves "**Speed Network**" state their address is "1300 NW

20  17th Avenue, Ste 218, Delray Beach, FL 33445".  (See Exhibit "A" and the email "Postal opt-

21  out" at the bottom of the emails).  The address of Defendant **IMARKETING CONSULTANTS,**

22  **INC.,** as stated in the **IMARKETING CONSULTANTS, INC.,** annual report filed with the

23  Secretary of State of Florida is "1200 NW 17th Avenue, Suite 1, Delray Beach, FL 33445" (See

24  Exhibit "D" attached hereto).   The address listed as the corporate offices of **IMARKETING**

25  **CONSULTANTS, INC.,** on their web site is "1300 NW 17th Avenue, Ste 218, Delray Beach, FL

26  33445" (See Exhibit "E" attached hereto).

27      4.    An investigation of the source IP addresses for these emails indicates that they

28  were sent from servers owned by MCI Communications.  (See the source code of the emails

1  for the source IP's in Exhibit "A").  Further investigation indicates that the MCI customer for the

2  source servers is **IMARKETING CONSULTANTS, INC.**  (See Exhibit F for the detailed

3  network report on ownership of IP address: 65.240.228.67).

4      5.    Therefore, there is good evidence to support Plaintiff's allegation that

5  **IMARKETING CONSULTANTS, INC.** is the sender of the emails.

6      6.    Defendants have purposely availed themselves of the privileges of conducting

7  activities in the forum, the emails are the subject of the action, and exercise of jurisdiction is

8  reasonable since Defendants should have known that they would be subject to the jurisdiction

9  and laws of the forum when commercial emails were sent to email accounts at a Northern

10  California Internet Access Provider. *Aitken v. Communications Workers of America*, 496

11  F.Supp.2d 653 at 659 (E.D.Va.,2007); *Verizon Online Services, Inc. v. Ralsky*, 203

12  F.Supp.2d 601 at 611 - 620 (E.D.Va.,2002); and *Internet Doorway, Inc. v. Parks*, 138

13  F.Supp.2d 773 at 779 - 780 (S.D.Miss.,2001).  Therefore, Plaintiff has factual support and

14  good reason to believe the emails were sent by Defendant **IMARKETING CONSULTANTS,**

15  **INC.**, and the court therefore has specific personal jurisdiction over the Defendants.

16      7.    Venue is proper in this Court pursuant to **28 *U.S.C.* § 1391(b)** and is founded on

17  the fact that a substantial part of the unlawful actions of the defendants occurred in this judicial

18  district.

19  <div align="center">**FACTUAL ALLEGATIONS**</div>

20      8.    Plaintiff is informed and believes and therefore alleges that Defendant

21  **IMARKETING CONSULTANTS, INC.,** is a Florida Corporation registered with the Secretary of

22  State of Florida to do business in Florida with agent for service in Florida.  (see Exhibit "D").

23      9.    Plaintiff is informed and believes and therefore alleges that Defendants **ULTRA-**

24  **MX.COM, SPEED-MX.COM, and SPEED NETWORK** are aliases, agents, service marks, brand

25  names, or domain names for Defendant **IMARKETING CONSULTANTS, INC.**

26      10.    Plaintiff **ASIS INTERNET SERVICES (hereafter "ASIS)** does not know the true

27  names and capacities of defendants **IMARKETING CONSULTANTS, INC.,** dba **ULTRA-**

28  **MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM,** and **DOES ONE**

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF    3

1  **through FIFTY, inclusive,,** their business capacities, their ownership connection to the
2  business(es), nor their relative responsibilities in causing the *CAN-SPAM Act of 2003* and
3  other violations herein complained of, and alleges a joint venture and common enterprise by all
4  such defendants.  Plaintiff is informed and believes and therefore alleges that each of the
5  defendants herein, including DOES ONE to FIFTY, inclusive, is the agent, ostensible agent,
6  master, servant, employer, employee, representative, franchiser, franchisee, joint venturer,
7  partner, and associate, or such similar capacity, of each of the other defendants, and was at all
8  times acting and performing, or failing to act or perform, with the authorization, consent,
9  permission or ratification of each of the other defendants, and is responsible in some manner
10  for the acts and omissions of the other defendants in legally causing the violations and
11  damages complained of herein, and have approved or ratified each of the acts or omissions of
12  each other defendant, as herein described.  Plaintiff will seek leave to amend this Complaint
13  when the true names, capacities, connections and responsibilities of defendants **IMARKETING**
14  **CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba**
15  **SPEED-MX.COM, and DOES ONE through FIFTY, inclusive,,** are ascertained.

16      11.    Plaintiff is informed and believes and alleges that all named defendants,
17  including **DOES ONE to FIFTY, inclusive**, conspired to commit the acts described herein, or
18  alternatively, aided and abetted one another in the performance of the wrongful acts
19  hereinafter alleged.

20      12.    Plaintiff **ASIS** is a California corporation registered to do business in California
21  and is located in Garberville, California.  **ASIS** provides Internet access service within the
22  meaning of **15 *U.S.C.* § 7702(11)**.

23      13.    Plaintiff alleges that Defendants sent or caused to have sent **1,225** commercial
24  electronic mail messages from **May 10, 2007, through September 4, 2007,** to Plaintiff's
25  server, a protected computer, containing, and/or accompanied by, header information that was
26  materially false or materially misleading.

27      14.    Plaintiff states that the email accounts that the **1,225** commercial emails were
28  sent to did not solicit the emails.  These emails were unsolicited because they were sent to

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF        4

1  unassigned or inactive email accounts owned by **ASIS**. **ASIS** did not solicit any product,
2  service, or information from any entity using these email accounts.

3      15.     Plaintiff is informed and believes and therefore alleges that Defendants used a
4  harvest and directory attack to acquire Plaintiff's and Plaintiff's customers email accounts to
5  send **1,225** commercial electronic mail messages to Plaintiff's protected computer. All of the
6  email accounts receiving the emails are not active and belong to Plaintiff **ASIS**. Since **ASIS**
7  nor its customers did not actively use these email accounts, they could only have been
8  discovered by directory harvest or other illegal means.

9      16.     Plaintiff is informed and believes and therefore alleges that Defendants used an
10 automated creation of multiple email accounts to send **1,225** commercial electronic mail
11 messages to a Plaintiff's protected computer. Each of the emails was sent from an email
12 account using the advertiser of the emails name as the first portion of the email account name,
13 followed by various sub-domain names and the primary domain name of "**ultra-mx.com**".
14 (See Exhibit "A" for samples).     This indicates the email accounts were generated
15 programmatically using a database of information containing the advertisers identities.

16
17
<center>

**FIRST CAUSE OF ACTION**
(Violation of CAN-SPAM Act of 2003 – 15 *U.S.C.* §7704(a)(1),
and 15 *U.S.C.* §7704(b)(1) and (2))
</center>

18     17.     Plaintiff refers to the allegations of the preceding paragraphs 1-16 of this
19 complaint, and incorporates the same herein by this reference as though set forth in full.

20     18.     On **May 10, 2007, through September 4, 2007**, Plaintiff received **1,225**
21 commercial electronic mail messages from defendants to its mail server located in California
22 that violated the *CAN-SPAM Act of 2003*.

23     19.     Plaintiff alleges that all of the relevant electronic mails sent by the Defendants on
24 **May 10, 2007, through September 4, 2007**, contained or were accompanied by header
25 information that was materially false or materially misleading. Each of these **1,225** messages
26 indicated that they were from email accounts such as "Sunvest Communities USA,"
27 "princetonpremierbios," "Atlanta, GA," or various other unknown identities. These false email
28 names resolved into emails sent by various person or persons unknown (e,g,

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF        5

1  SunvestCommunitiesUSA to SunvestCommunitiesUSA@mx03.ultra-mx.com,

2  Princetonpremierbios to Princetonpremierbios@mx01.ultra-mx.com, and

3  AtlantaGA to AtlantaGA@mx03.ultra-mx.com). See sample emails and source code in

4  Exhibit "A" attached hereto. (Note that all receiving email accounts have been redacted, while

5  these email all represent inactive email accounts they are still the property of **ASIS Internet**

6  **Services** and are protected by **ASIS**'s corporate privilege.) A WHOIS check of the domain

7  name registration for **ultra-mx.com** indicates that the domain name was registered under a

8  protection service. See the WHOIS report for **ultra-mx.com** in Exhibit "B." Plaintiff has

9  reviewed the Domain Name registration for all of the emails received as **ultra-mx.com** and

10 determined that it is registered under a service that conceals the true identity of the domain

11 name registrant through a proxy service. The true registrant for **ultra-mx.com** cannot be

12 determined without a subpoena. See Exhibit "C" attached hereto. **15 _U.S.C._ §7704(a)(1)(A)**

13 states:

14  "(A) header information that is technically accurate but includes an
    originating electronic mail address, domain name, or Internet
15  Protocol address the access to which for purposes of initiating the
    message was obtained by means of false or fraudulent pretenses
16  or representations shall be considered materially misleading.

17 **15 _U.S.C._ §7704(a)(6)** states:

18  "the term "materially", when used with respect to false or
    misleading header information, includes the alteration or
19  concealment of header information in a manner that would impair
    the ability of an Internet access service processing the message on
20  behalf of a recipient, a person alleging a violation of this section, or
    a law enforcement agency to identify, locate, or respond to a
21  person who initiated the electronic mail message or to investigate
22  the alleged violation..."

23 Therefore, since false information was used to generate the domain names and/or domain

24 names were concealed from investigation through a proxy services, the electronic mail

25 messages violated **15 _U.S.C._ §7704(a)(1)(A)**.

26     20.    Plaintiff further alleges that it received **1,225** separate items of electronic mail

27 from the Defendants to email addresses that were inactive and did not solicit email

28 correspondence.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     6

1    21.    Plaintiff is informed and believes and therefore alleges that the Defendants sent

2    or had sent **1,225** separate items of electronic mail to Plaintiff's computer that were acquired

3    as the result of a directory harvest.  Said conduct was in violation of **15 *U.S.C.* §7704(b)(1)**.

4    22.    Plaintiff is informed and believes and therefore alleges that the defendants sent

5    or had sent **1,225** separate items of electronic mail to the plaintiff, from addresses that were

6    acquired by the use of automated tools or scripts.  Said conduct was in violation of **15 *U.S.C.***

7    **§7704(b)(2)**.

8    23.    As a proximate result of said unlawful conduct by said Defendants, Plaintiff is

9    entitled to statutory damages in the amount of up to $100.00 per email in the case of violation

10   of **15 *U.S.C.* §7704(a)(1)** in the form of statutory damages as set forth in **15 *U.S.C.***

11   **§7706(g)(1)(B)(ii) and (3)(A)(i)**.

12   24.    As a proximate result of said unlawful conduct by said defendants, Plaintiff is

13   entitled to treble all statutory damages as a result of violation of any section of **15 *U.S.C.***

14   **§7704(b)** as set forth in **15 *U.S.C.* §7706(g)(1)(C)**.

15   25.    Plaintiff furthermore seeks a preliminary and permanent injunction against the

16   defendants for their current and future violations of the ***CAN-SPAM Act of 2003*** as Plaintiff

17   and members of the general public will continue to incur damages as a result of the unlawful

18   conduct of said defendants.  The seeking of injunctive relief by the plaintiff is specifically

19   authorized by **15 *U.S.C.* §7706(g)(1)(A)**.

20   26.    Plaintiff furthermore seeks its attorney fees and costs against the defendants

21   pursuant to **15 *U.S.C.* §7706(g)(4)**.

22   **WHEREFORE**, plaintiff prays judgment against the defendants and each of them as

23   follows:

24   .    1.    For statutory damages of up to $100.00 for each violation of **15 *U.S.C.***

25   **§7704(a)(1)** in the sum of **$122,500.00**;

26   2.    For aggravated damages under **15 *U.S.C.* §7706(g)(1)(C)** of up to three times

27   the amount above for these violations committed by the defendants' violations of **15 *U.S.C.***

28   **§7704(b)** in the sum of **$367,500.00**;

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF        7

1      3.  For a preliminary and permanent injunction preventing the defendants and all

2  persons acting in concert with them from the violation of the ***Can-Spam Act of 2003***;

3      4.  For an award of reasonable attorneys' fees and costs according to proof;

4      5.  For costs of suit; and

5      6.  For such other and further relief as this Courts deems just and proper.

6                     **SINGLETON LAW GROUP**

7

8  Dated:      October 17, 2007

                      Jason K. Singleton

9                        Richard E. Grabowski,

                      Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

10

11                 **<u>REQUEST FOR JURY TRIAL</u>**

12      Plaintiff hereby requests a jury for all claims for which a jury is permitted.

13

14                    **SINGLETON LAW GROUP**

15

16  Dated:      October 17, 2007

                      Jason K. Singleton

17                        Richard E. Grabowski

                      Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     8

**From:** "Sunvest Communities USA" <SunvestCommunitiesUSA@mx04.ultra-mx.com>
**To:** ████@asis.com>
**Sent:** Wednesday, May 30, 2007 5:07 PM
**Subject:** Omar Perius New Millionaire Wealth Building Boot Camp June 23 & June 24

<div align="center">

OMAR PERIU's

# New Millionaire Wea=th Building

## Boot Camp together with          at the

Hilto= Los Angeles Airport Hotel
Saturday, June 23, 2007 - 8:30am - 6:00pm
Sunday, June 24, 2007 - 8:30am - 6:00pm

We'll be Introducing You to A=azing Properties
in Florida, Las Vegas, Colorado and Arizona!
www.SunvestUSA.com

</div>

**Investor Friendly**

Seller Concessions of up to 15%
1 Year HOA Free
1 Year Home Warranty Free
Developer Fee Waived
        Plus Other Great
        Incentives!

Call for more info.
**(954) 239-4200**

During This Weekend Only, You'll Learn:
2. Mission, Purpose-driven Life & Outrageous goals
3. Understanding wealth from vision to acquisition
4. Strategic planning to make dreams reality
5. How you can become wealthy using multiple streams of income=br />

<div align="center">EXHIBIT "A"</div>

# Don't miss out on this
# Great opportunity!

Author of Best Selling Books,
*Investigative Selling* and
*From Management to
Leadersh=p*

**Event Location:**
**Hilton Los Angeles Airport Hotel**
**5711 W. Century Blvd.**
**Los Angeles, CA 90045**
For room reservations
Call: (310) 410-6190

<=a>

Matthew Krac & Omar Periu

This incentive offer is valid only with sellers preferred =eoder. Prices and Terms subject to change. Other restrictions may apply. =ased on new contracts only written after 5/4/07, non-retroactive. Oral re=resentations cannot be relied upon as correctly stating representations o= the developer, for the correct representations of the developer, make re=erence to documents required by section 718.503. Florida Statues to be fu=ished by a developer to a buyer or lease. We are pledged to the letter an= spirit of U.S. marketing program in which there are no barriers to obtai=ing housing because of race, color, religion, sex, handicap, fmitial stat=s, or national origin.

Developed by:

This message was sent to you as an opt-in subscriber to Th= Speed Network or one of its affiliates.
We will continue to bring you valuable offers on the produ=ts and services that interest you most. If you wish to unsubs=ribe, please Click Here

Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beac= FL 33445

10/5/2007

Return-Path: <SunvestCommunitiesUSA@mx04.ultra-mx.com>
Received: from [206.152.12.52]
        by 64.18.4.10;
        Wed, 30 May 2007 17:07:52 -0700
Received: from source ([65.240.228.68]) by exprod5mx124.postini.com ([64.18.4.10]) with
SMTP;
        Wed, 30 May 2007 19:11:29 EDT
Received: from psmtp.com (exprod5mx124.postini.com [64.18.0.38])
        by red.asis.com (8.13.6/8.13.6) with SMTP id l4UNDLaP089882
        for ◄▮▮▮▮@asis.com>; Wed, 30 May 2007 16:13:21 -0700 (PDT)
        (envelope-from SunvestCommunitiesUSA@mx04.ultra-mx.com)
Message-ID: <u5aan-o27e48j-2-v@ijf24fl7>
Date: Wed, 30 May 2007 17:07:52 -0700
From: "Sunvest Communities USA" <SunvestCommunitiesUSA@mx04.ultra-mx.com>
Reply-To: "Sunvest Communities USA" <SunvestCommunitiesUSA@mx04.ultra-mx.com>
To: ◄▮▮▮@asis.com>
Subject: Omar Perius New Millionaire Wealth Building Boot Camp June 23 & June 24
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="5FC4BE__C3.5_B25B3___"
X-Mailer: Microsoft Outlook Express 6.00.2600.0000
X-Priority: 3
X-pstn-levels: (S: 0.00000/31.69596 R:95.9108 P:95.9108 M:95.5423 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <SunvestCommunitiesUSA@mx04.ultra-mx.com> [30/1]
X-Virus-Scanned: ClamAV 0.90.2/3333/Wed May 30 07:42:37 2007 on red.asis.com
X-Virus-Status: Clean
--5FC4BE__C3.5_B25B3___
Content-Type: text/html;
Content-Transfer-Encoding: quoted-printable

<HTML>
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www=
w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns=3D"http://www.w3.org/1999/xhtml">
<head>
<title>millionaire</title>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dwindows-=
1251" />
</head>
<body bgcolor=3D"#F0F4FA" leftmargin=3D"0" topmargin=3D"0" marginwidth=3D"=
0" marginheight=3D"0">
<!-- ImageReady Slices (millionaire.psd) -->
<table id=3D"Table_01" width=3D"700" height=3D"1197" border=3D"0" cellpadd=
ing=3D"0" cellspacing=3D"0">
  <tr>
    <td colspan=3D"3" background=3D"http://realvite.com/projects/sunvest/2=
0070525/images/header.gif" width=3D"700" height=3D"137" align=3D"center" s=
tyle=3D"font-family:'Trajan Pro', 'Trajan Normal', Trajan,  'Times New Rom=

an', Times, serif; font-size:18px; color: #ffffff">OMAR PERIU's<br />
    <font style=3D"font-weight:bold; font-size:33px">New Millionaire Wea=
lth Building<br />
    Boot Camp</font> together with <img src=3D"http://realvite.com/proje=
cts/sunvest/20070525/images/sunvestlogo.gif" width=3D"91" height=3D"52" al=
ign=3D"texttop" /> at the </td>
  </tr>
  <tr>
    <td><img src=3D"http://realvite.com/projects/sunvest/20070525/images/m=
illionaire_02.jpg" width=3D"251" height=3D"36" alt=3D"" /></td>
    <td width=3D"410" height=3D"36" background=3D"http://realvite.com/proj=
ects/sunvest/20070525/images/millionaire_03.jpg"></td>
    <td><img src=3D"http://realvite.com/projects/sunvest/20070525/images/m=
illionaire_04.jpg" width=3D"39" height=3D"36" alt=3D"" /></td>
  </tr>
  <tr>
    <td><img src=3D"http://realvite.com/projects/sunvest/20070525/images/m=
illionaire_05.jpg" width=3D"251" height=3D"94" alt=3D"" /></td>
    <td width=3D"410" height=3D"94" bgcolor=3D"#fabe25" align=3D"center" s=
tyle=3D"font-family:'Trajan Pro', 'Trajan Normal', Trajan, 'Times New Rom=
an', Times, serif; font-size:18px; color: #00386d; font-weight:bold">Hilto=
n Los Angeles Airport Hotel<br />
    Saturday, June 23, 2007 - 8:30am - 6:00pm<br />
    Sunday, June 24, 2007 - 8:30am - 6:00pm </td>
    <td width=3D"39" height=3D"94" background=3D"http://realvite.com/proje=
cts/sunvest/20070525/images/millionaire_07.gif"></td>
  </tr>
  <tr>
    <td><a href=3D"http://realvite.com/projects/sunvest/20070525/rsvp.php"=
><img src=3D"http://realvite.com/projects/sunvest/20070525/images/milliona=
ire_08.jpg" width=3D"251" height=3D"86" alt=3D"" border=3D"0" /></a></td>
    <td width=3D"410" height=3D"86" background=3D"http://realvite.com/proj=
ects/sunvest/20070525/images/millionaire_09.gif" align=3D"center" style=3D=
"font-family:'Trajan Pro', 'Trajan Normal', Trajan, 'Times New Roman', Ti=
mes, serif; font-size:14px; color: #ffffff;">We'll be Introducing You to A=
mazing Properties<br />
    in Florida, Las Vegas, Colorado and Arizona!<br />
    <a style=3D"font-family:'Trajan Pro', 'Trajan Normal', Trajan, 'Tim=
es New Roman', Times, serif; font-size:14px; color: #ffffff;" href=3D"http=
://www.SunvestUSA.com">www.SunvestUSA.com </a></td>
    <td><img src=3D"http://realvite.com/projects/sunvest/20070525/images/m=
illionaire_10.jpg" width=3D"39" height=3D"86" alt=3D"" /></td>
  </tr>
  <tr>
    <td colspan=3D"3" width=3D"700" height=3D"321" >
    <table width=3D"700" border=3D"0" cellspacing=3D"6" cellpadding=3D"0" =
bgcolor=3D"#00457e" style=3D"background-image:url('http://realvite.com/pro=
jects/sunvest/20070525/images/back.gif'); background-repeat:repeat-x">
        <tr>

```
      <td rowspan=3D"2" valign=3D"top"><table width=3D"100=
%" border=3D"0" cellspacing=3D"0" cellpadding=3D"0" height=3D"321">
        <tr>
         <td height=3D"31" background=3D"http://realvite.com/projec=
ts/sunvest/20070525/images/friendly.gif" align=3D"center" style=3D"font-fa=
mily:'Trajan Pro', 'Trajan Normal', Trajan, 'Times New Roman', Times, ser=
if; font-weight:bold; font-size:16px; color: #ffffff;">Investor Friendly</=
td>
        </tr>
        <tr>
         <td bgcolor=3D"#00457d" style=3D"background-image:url('htt=
p://realvite.com/projects/sunvest/20070525/images/darkback.gif'); backgrou=
nd-repeat:repeat-x"><table width=3D"215" border=3D"0" cellspacing=3D"0" ce=
llpadding=3D"6" style=3D"font-family: Trebuchet MS, 'Times New Roman', Tim=
es, serif; font-size:16px; color:#FFFFFF">
           <tr>
            <td><img src=3D"http://realvite.com/projects/sunvest=
/20070525/images/tick.gif" width=3D"9" height=3D"9" /></td>
            <td>Seller Concessions of up to 15%</td>
           </tr>
           <tr>
            <td><img src=3D"http://realvite.com/projects/sunvest=
/20070525/images/tick.gif" width=3D"9" height=3D"9" /></td>
            <td>1 Year HOA Free</td>
           </tr>
           <tr>
            <td><img src=3D"http://realvite.com/projects/sunvest=
/20070525/images/tick.gif" width=3D"9" height=3D"9" /></td>
            <td>1 Year Home Warranty Free</td>
           </tr>
           <tr>
            <td><img src=3D"http://realvite.com/projects/sunvest=
/20070525/images/tick.gif" width=3D"9" height=3D"9" /></td>
            <td>Developer Fee Waived</td>
           </tr>
           <tr>
            <td> </td>
            <td align=3D"center">Plus Other Great <br />
             Incentives!</td>
           </tr>
         </table></td>
        </tr>
        <tr>
         <td height=3D"44" style=3D"background-image:url('http://re=
alvite.com/projects/sunvest/20070525/images/fback.gif'); background-repeat=
:repeat-x; font-family: Trebuchet MS, 'Times New Roman', Times, serif; fon=
t-size:16px; color:#fbbe25" align=3D"center">Call for more info.<br />
           <strong>(954) 239-4200</strong></td>
        </tr>
```

```
        </table></td>
        <td width=3D"231"><img src=3D"http://realvite.com/projects/sunve=
st/20070525/images/arizona.jpg" width=3D"231" height=3D"160" /></td>
        <td width=3D"230"><img src=3D"http://realvite.com/projects/sunve=
st/20070525/images/vegas.jpg" width=3D"230" height=3D"160" /></td>
      </tr>
      <tr>
        <td><img src=3D"http://realvite.com/projects/sunvest/20070525/im=
ages/colorado.jpg" width=3D"231" height=3D"151" /></td>
        <td><img src=3D"http://realvite.com/projects/sunvest/20070525/im=
ages/orlando.jpg" width=3D"230" height=3D"151" /></td>
      </tr>
     </table></td>
  </tr>
  <tr>
   <td colspan=3D"3" width=3D"700" height=3D"421" bgcolor=3D"#00457e" val=
ign=3D"top"><table width=3D"700" border=3D"0" cellspacing=3D"6" cellpaddin=
g=3D"0">
      <tr>
        <td width=3D"215" style=3D"background-image:url('http://realvite=
com/projects/sunvest/20070525/images/darkback.gif'); background-repeat:rep=
eat-x; font-family: Trebuchet MS, 'Times New Roman', Times, serif; font-si=
ze:11px; color:#FFFFFF" align=3D"center" valign=3D"middle">
         <img src=3D"http://realvite.com/projects/sunvest/20070525/images=
/author.jpg" width=3D"99" height=3D"117" /><br />
          Author of Best Selling Books,<em> <br />
          Investigative Selling</em> and<em> From Management to Leadersh=
ip </em><br />
           <br />
           <img src=3D"http://realvite.com/projects/sunvest/20070525/imag=
es/omar.jpg" width=3D"130" height=3D"124" /><br />
          Matthew Krac &amp; Omar Periu</td>
        <td valign=3D"top" style=3D"font-family: Trebuchet MS, 'Times Ne=
w Roman', Times, serif; font-size:16px; color:#FFFFFF"><font style=3D"font=
-family:'Trajan Pro', 'Trajan Normal', Trajan,  'Times New Roman', Times, =
serif; font-size:18px">During This Weekend Only, You'll Learn:</font><br /=
>
           1. How to Create Massive amount of wealth<br />
           2. Mission, Purpose-driven Life &amp; Outrageous goals<br />
           3. Understanding wealth from vision to acquisition<br />
           4. Strategic planning to make dreams reality<br />
           5. How you can become wealthy using multiple streams of income=
<br />
           <p align=3D"center" style=3D"font-family:'Trajan Pro', 'Trajan=
Normal', Trajan,  'Times New Roman', Times, serif; font-size:36px; color:=
#fabf25">Don't miss out on this<br />
            Great opportunity!</p>
           <table width=3D"100%" border=3D"0" cellspacing=3D"0" cellpaddi=
ng=3D"0">
```

```
           <tr>
           <td align=3D"center" font=3D"font" style=3D"font-family:'T=
rajan Pro', 'Trajan Normal', Trajan,  'Times New Roman', Times, serif; fon=
t-size:14px; color:#fabf25">Event Location:<br />
              <strong>Hilton Los Angeles Airport Hotel<br />
              5711 W. Century Blvd.<br />
              Los Angeles, CA 90045</strong><br />
              <font style=3D"color:#FFFFFF">For room reservations <br =
/>
              Call: (310) 410-6190</font></td>
           <td><img src=3D"http://realvite.com/projects/sunvest/20070=
525/images/brokerswelcome.gif" width=3D"150" height=3D"150" /></td>
           </tr>
           <tr>
           <td colspan=3D"2" align=3D"center"><a href=3D"http://realv=
ite.com/projects/sunvest/20070525/rsvp.php">
           <img src=3D"http://realvite.com/projects/sunvest/20070525/=
images/rsvp.gif" vspace=3D"5" border=3D"0" width=3D"268" height=3D"81" /><=
/a></td>
           </tr>
        </table></td>
     </tr>
    </table></td>
 </tr>
 <tr>
  <td colspan=3D"3"><table width=3D"100%" border=3D"0" cellspacing=3D"0"=
cellpadding=3D"10" style=3D"font-family: Trebuchet MS, 'Times New Roman',=
Times, serif; font-size:10px; color:#000000">
     <tr>
     <td align=3D"center">Developed by:<br />
       <img src=3D"http://realvite.com/projects/sunvest/20070525/imag=
es/sunvestlogo.gif" width=3D"91" height=3D"52" /> </td>
     <td >This incentive offer is valid only with sellers preferred =
lender. Prices and Terms subject to change. Other restrictions may apply. =
Based on new contracts only written after 5/4/07, non-retroactive. Oral re=
presentations cannot be relied upon as correctly stating representations o=
f the developer, for the correct representations of the developer, make re=
ference to documents required by section 718.503. Florida Statues to be fu=
mished by a developer to a buyer or lesee. We are pledged to the letter an=
d spirit of U.S. marketing program in which there are no barriers to obtai=
ning housing because of race, color, religion, sex, handicap, fmilial stat=
us, or national origin.
     <p> </p>
     <div>
       <font face=3D"Arial" size=3D"2"><span class=3D"500132617-09012=
007">
     </div>
     <p> </td>
     </tr>
```

```
        </table></td>
    </tr>
</table>
<!-- End ImageReady Slices -->
</body>
</html>
            <hr color=3D"#336699" noShade><font face=3D"Arial" size=3D=
"1">
            <p align=3D"center">
            <font style=3D"FONT-FAMILY: Verdana, Arial, Helvetica, san=
s-serif" size=3D"1">
            This message was sent to you as an opt-in subscriber to Th=
e
            Speed Network or one of its affiliates. <br>
            We will continue to bring you valuable offers on the produ=
cts
            and services that interest you most. If you wish to unsubs=
cribe,
            please
            <a style=3D"PADDING-RIGHT: 0px; DISPLAY: inline; PADDING-L=
EFT: 0px; PADDING-BOTTOM: 0px; MARGIN: 0px; COLOR: #fffbf0; PADDING-TOP: 0=
px; FONT-FAMILY: 'Trebuchet MS', Arial; TEXT-DECORATION: none" href=3D"htt=
p://rmspeed-mx.com/rem.html">
            <font color=3D"#000000">Click Here</font></a></font></p>
            <div style=3D"FONT-WEIGHT: normal; FONT-SIZE: 13px; FONT-F=
AMILY: verdana, sans-serif">
            <p align=3D"center">
            <font style=3D"LINE-HEIGHT: 1.35em; FONT-FAMILY: Verdana=
, Arial, Helvetica, sans-serif" face=3D"MS Sans Serif" size=3D"1">
            Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beac=
h FL
            33445</font></div>
            </font><hr color=3D"#336699" noShade>
</html>
--5FC4BE__C3.5_B25B3___--
```

**From:** "princetonpremierbios" <princetonpremierbios@mx01.ultra-mx.com>
**To:** ████@asis.com>
**Sent:** Wednesday, August 29, 2007 4:20 PM
**Subject:** Your Recent Princeton Premier Nomination

Dear Friend

=/font>

You were rece=tly appointed as a biographical candidate to represent your industry in the Princeton Premier Business Leaders and Professionals, and for inclusion i=to the upcoming 2007-2008 "Honors Edition" of the registry.

We are pleased to inform you that on August 27th, your candidacy was approved. Your confirmation for inclusion will be effective within five business days, pending our receipt of the enclosed application.

The Office of=the Managing Director appoints individuals based on a candidate's current position, and usually with information obtained from researched executive= and professional listings. The director thinks you may make an interestin= biographical subject, as individual achievement is what Princeton Premier=is all about. Upon final confirmation you will be listed among thousands of = accomplished individuals in the Princeton Premier Registry. There is no c=st to be included.

We do require= additional information to complete the selection process and kindly ask t=at you access this form on our website at:

http://fd2.formdesk.com/princetonglobalnetworkl/apply

=/font>

Or you can manually enter this address into your web browser:

=/font>

http://fd2.formdesk.com/p=incetonglobalnetworkl/apply

=/font>

=/font>

Sincerely,

Jason Harris

Managing Dire=tor

<=p>

Return-Path: <princetonpremierbios@mx01.ultra-mx.com>
Received: from [158.69.188.71] by 64.18.4.11 id s12xU5Iu2cBr; Thu, 30 Aug 2007 00:20:31
+0100
Received: from source ([65.240.228.65]) by exprod5mx211.postini.com ([64.18.4.11]) with
SMTP;
    Wed, 29 Aug 2007 18:29:44 EDT
Received: from psmtp.com (exprod5mx211.postini.com [64.18.0.70])
    by mail.asis.com (Postfix) with SMTP id 4F4645EBE
    for ◼◼◼@asis.com>; Wed, 29 Aug 2007 15:32:37 -0700 (PDT)
Received: from mail.asis.com (localhost.asis.com [127.0.0.1])
    by mail.asis.com (Postfix) with ESMTP id 4A2A35EBF
    for ◼◼◼@asis.com>; Wed, 29 Aug 2007 15:32:38 -0700 (PDT)
Message-ID: <z$7$cbt-6x94q25-7@a5b.m8>
Date: Thu, 30 Aug 2007 00:20:31 +0100
From: "princetonpremierbios" <princetonpremierbios@mx01.ultra-mx.com>
Reply-To: "princetonpremierbios" <princetonpremierbios@mx01.ultra-mx.com>
To: ◼◼◼@asis.com>
Subject: Your Recent Princeton Premier Nomination
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="5AA5B94_F.652.39"
X-Original-To: ◼◼◼@asis.com
Delivered-To: ◼◼◼@asis.com
X-Mailer: Microsoft Outlook Express 5.50.4133.2400
X-Priority: 3
X-pstn-levels: (S: 0.00000/95.53476 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) s gt3 gt2 gt1 r p m c
X-pstn-addresses: from <princetonpremierbios@mx01.ultra-mx.com> [30/1]
X-Virus-Scanned: ClamAV using ClamSMTP


--5AA5B94_F.652.39
Content-Type: text/html;
Content-Transfer-Encoding: quoted-printable

<HTML>


<HTML>

<head>
<style>
<!--
div.Section1
    {page:Section1;}
-->

```
</style>
</head>

<div class=3D"Section1">
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">Dear Friend</=
span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">You were rece=
ntly
        appointed as a biographical candidate to represent your industry in the
        Princeton Premier Business Leaders and Professionals, and for inclusion i=
nto
        the upcoming 2007-2008 &quot;Honors Edition&quot; of the registry. <br>
        <br>
        We are pleased to inform you that on August 27th, your candidacy was
        approved. Your confirmation for inclusion will be effective within five
        business days, pending our receipt of the enclosed application. </sp=
an></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">The Office of=
 the
        Managing Director appoints individuals based on a candidate's current
        position, and usually with information obtained from researched executive=

        and professional listings. The director thinks you may make an interestin=
g
        biographical subject, as individual achievement is what Princeton Premier=
 is
        all about. Upon final confirmation you will be listed among thousands of =

        accomplished individuals in the Princeton Premier Registry. There is no c=
ost
        to be included.</span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">We do require=

        additional information to complete the selection process and kindly ask t=
```

hat
        you access this form on our website at:</span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">
        <a title=3D"http://fd2.formdesk.com/princetonglobalnetwork1/apply"
style=3D=
"color: blue; text-decoration: underline" href=3D"http://fd2.formdesk.com/=
princetonglobalnetwork1/apply">
        http://fd2.formdesk.com/princetonglobalnetwork1/apply</a></span></font></=
p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">Or you can
manually enter this address into your web browser:</span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <a href=3D"http://fd2.formdesk.com/princetonglobalnetwork1/apply">
        <span style=3D"text-decoration: underline"><font size=3D"2" color=3D"#000=
0FF">
        <span style=3D"font-family: Courier New">h</span></font></span></a><font =
face=3D"Courier New" size=3D"2"><span style=3D"FONT-SIZE: 10pt; FONT-FAMIL=
Y: 'Courier New'"><a title=3D"http://fd2.formdesk.com/princetonglobalnetwo=
rk1/apply" style=3D"color: blue; text-decoration: underline" href=3D"http:=
//fd2.formdesk.com/princetonglobalnetwork1/apply">ttp://fd2.formdesk.com/p=
rincetonglobalnetwork1/apply</a></span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">Sincerely,</s=
pan></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in"><font size=3D"2">

```
        <span style=3D"font-family: Courier New">J</span></font><font face=3D"Cou=
rier New" size=3D"2"><span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier=
 New'">ason
        Harris</span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">Managing Dire=
ctor</span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in"><font face=3D"Arial" =
size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: Arial"> </span></font><=
/p>
        <p>          
        <a href=3D"http://rm.speed-mx.com/rem.html">
        <img height=3D"82" src=3D"http://im.speed-mx.com/left.jpg" width=3D"600" =
border=3D"0"></a></p>
        <p class=3D"MsoPlainText"><b><font face=3D"Courier New" color=3D"navy" si=
ze=3D"2">
        <span style=3D"FONT-WEIGHT: bold; FONT-SIZE: 10pt; COLOR: navy"> </s=
pan></font></b></div>
<body>

</body>

</html>

--5AA5B94_F.652.39--
```

**From:**     "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
**To:**       ████████@asis.com>
**Sent:**     Friday, June 08, 2007 3:04 PM
**Subject:**  The National Black Arts Festival: Guess Whos Going to Atlanta This July



Register to Wi= a Cultural Getaway for Two to the
National Black Arts Festival in Atlanta.

Find yourself in Atlanta =uly 20-29, 2007 for the annual National Black Arts
Festival.

**Featuring:**
**Jennifer Holliday** in *Dream=irls*
Pulitzer Prize winning playwright **Suzan-Lo=i Parks**
Poet **Sekou Sundiata**
The Pan African Film Festival with **Danny Glover=/strong>, Alfre Woodard** and
**Pearl Cleage**
**Legends Celebration: An Evening with Roberta F=ack**
**Creative Outlet Dance Theatre of Brooklyn**
**South African jazz pianist, Abdullah Ibrahim<=r /> *Ceremonies in Dark Old***
*Men and Emergence-SEE* Kenny Leon
*The Atlanta Symphony Orchestra=/strong> at Historic Ebenezer Baptist Church*
*The Official Artists' Market at Greenbria= Mall and The International Vendor*
*Marketplace =t Atlantic Station*
*Visit www.NBAF.org for more information on these and other festival e=ents*

*Register to Win a =ultural Getaway for Two to the*
*National Black Arts Festival in Atlanta.*

*The Prize Package Includes:*
*• Two Round-trip Tickets to Atlanta on AirTran Air=ays*
*• A Two Night Weekend Stay at an Atlanta Hotel*
*• Two Tickets to the Jimmy Carter Presidential Library*

= • *Dinner for Two at SAGA Restaurant*

*Sign up for updates and specials from Atlanta.*

=

*Visit our Website.*



---

**This message was sent to you as an opt-in subscriber to The Speed Network or =ne of its affiliates.**
**We will continue to bring you valuable offers on the products and servic=s that interest you most. If you wish to unsubscribe, please Click Here**

Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beach FL 33445

---

Return-Path: <AtlantaGA@mx03.ultra-mx.com>
Received: from [40.75.167.85]
  by 64.18.4.10 SMTP id 20nOUfQWCe7l9h;
  Fri, 08 Jun 2007 17:04:16 -0500
Received: from source ([65.240.228.67]) by exprod5mx151.postini.com ([64.18.4.10]) with
SMTP;
  Fri, 08 Jun 2007 14:05:52 PDT
Received: from psmtp.com (exprod5mx151.postini.com [64.18.0.220])
  by red.asis.com (8.13.6/8.13.6) with SMTP id l58L7jp9049623
  for <████@asis.com>; Fri, 8 Jun 2007 14:07:46 -0700 (PDT)
  (envelope-from AtlantaGA@mx03.ultra-mx.com)
Message-ID: <63-2$19j-hy6ndl3sk@k7k504p5.al2s>
Date: Fri, 08 Jun 2007 17:04:16 -0500
From: "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
Reply-To: "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
To: <████@asis.com>
Subject: The National Black Arts Festival: Guess Whos Going to Atlanta This July
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="438CFEE5.13DD.2"
X-Mailer: AOL 7.0 for Windows US sub 118
X-Priority: 3
X-pstn-levels: (S: 0.00000/16.56880 R:95.9108 P:95.9108 M:95.5423 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <AtlantaGA@mx03.ultra-mx.com> [30/1]
X-Virus-Scanned: ClamAV 0.90.2/3380/Fri Jun  8 05:34:26 2007 on red.asis.com
X-Virus-Status: Clean


--438CFEE5.13DD.2
Content-Type: text/html;
Content-Transfer-Encoding: quoted-printable

<html>

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www=
w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns=3D"http://www.w3.org/1999/xhtml">
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Diso-8859=
-1" />
<title>ATLANTA NATIONAL BLACK ARTS FESTIVAL 2007</title>
<style type=3D"text/css">
<!--
body {
  margin:0px; background-color: #573d1b;

```
        background-image: url('http://www.atlanta.net/camp/blackarts07/images/bac=
kground.jpg');
        background-repeat: no-repeat
}
contentfont {
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 12px;
        color: #FFE6C4;
}
contentfont a{
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 12px;
        color: #FFE6C4;
        text-decoration: underline;
        font-weight: bold;
}
header {
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 13px;
        color: #FFE6C4;
        font-weight: bold;
}
header a{
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 13px;
        color: #FFE6C4;
        text-decoration: underline;
        font-weight: bold;
}
redfontsmall{
        font-size: 10px;
        font-style: italic;
        color: #FF0000;
}
-->
</style>

</head>

<body>
<table width=3D"600" border=3D"0" cellspacing=3D"0" cellpadding=3D"0">
  <tr>
    <td width=3D"30" rowspan=3D"5"> </td>
    <td><a href=3D"http://network.usdm.net/adclick/CID=3D00001270000000000=
0000000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLIN
K/" t=
```

arget=3D"_blank"><img src=3D"http://www.atlanta.net/camp/blackarts07/image=
s/space.gif" width=3D"538" height=3D"339" border=3D"0" /></a></td>
   <td width=3D"31" rowspan=3D"5"> </td>
  </tr>
  <tr>
   <td class=3D"contentfont"><p class=3D"header"><a
href=3D"http://networ=
k.usdm.net/adclick/CID=3D000012710000000000000000/site=3DATLANTA.NET/area=3D=
ATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/" target=3D"_blank"><u>Register to Wi=
n a Cultural Getaway for Two to
    the <br />
    National Black Arts Festival in Atlanta.</u></a></p></td>
  </tr>
  <tr>
   <td class=3D"header"> </td>
  </tr>
  <tr>
   <td width=3D"539" class=3D"contentfont"><p>Find  yourself in Atlanta  =
July 20-29, 2007 for the annual National Black Arts Festival. <br />
       <br />
       <strong>Featuring:<br />
       </strong><strong>Jennifer  Holliday</strong> in <strong><em>Dream=
girls<br />
       </em></strong>Pulitzer Prize winning playwright <strong>Suzan-Lo=
ri Parks<br />
       </strong>Poet <strong>Sekou Sundiata<br />
       </strong>The Pan African Film Festival with <strong>Danny Glover=
</strong>, <strong>Alfre Woodard</strong> and <strong>Pearl Cleage<br />
       </strong>Legends Celebration: An Evening with <strong>Roberta F=
lack<br />
       Creative Outlet Dance  Theatre of Brooklyn<br />
       </strong>South African jazz pianist, <strong>Abdullah  Ibrahim<=
br />
       </strong><em>Ceremonies in Dark Old  Men and Emergence-SEE </em=
>directed by <strong>Kenny  Leon<br />
       </strong>The <strong>Atlanta</strong><strong> Symphony Orchestra=
</strong> at <strong>Historic Ebenezer  Baptist Church<br /> </strong>
    The <strong>Official Artists' Market</strong> at <strong>Greenbria=
r Mall</strong> and<strong> The International Vendor Marketplace</strong> =
at <strong>Atlantic Station</strong><br />
    Visit <a href=3D"http://network.usdm.net/adclick/CID=3D00001279000=
0000000000000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTE
XTLI=
NK/">www.NBAF.org</a> for more information on these and other festival  e=
vents<br />
       <br />

```
     <strong><span class=3D"contentfont"><a href=3D"http://network.usdm=
net/adclick/CID=3D00001272000000000000000/site=3DATLANTA.NET/area=3DATLA=
NTA_BLACKARTS07/aamsz=3DTEXTLINK/" target=3D"_blank"><u>Register to Win a =
Cultural Getaway for Two to
     the <br />
National Black Arts Festival in Atlanta.</u></a></span><br />
     <br />
     The Prize Package Includes:<br />
     </strong>&bull; Two Round-trip Tickets to Atlanta  on AirTran Air=
ways <br />
     &bull; A Two Night Weekend Stay at an Atlanta Hotel <br />
     &bull; Two Tickets to the Jimmy Carter Presidential Library <br /=
>
     &bull; Two Tickets to a National Black Arts Festival Event <br />=

     &bull; Dinner for Two at SAGA Restaurant
     </p>
<p><u><a href=3D"http://network.usdm.net/adclick/CID=3D0000127300000000000=
00000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/"
tar=
get=3D"_blank">Sign up for updates and  specials from Atlanta.</a></u></p>=

<p><u><a href=3D"http://network.usdm.net/adclick/CID=3D0000127400000000000=
00000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/"
tar=
get=3D"_blank">Visit our Website.</a></u></p></td>
 </tr>
 <tr>
  <td width=3D"539" class=3D"contentfont"><img src=3D"http://www.atlanta=
net/camp/blackarts07/images/space.gif" width=3D"538" height=3D"77" border=
=3D"0" /></td>
 </tr>
</table>
</body>



<div>
     <font face=3D"Arial" size=3D"2"><span class=3D"500132617-09012007">
     <p align=3D"center"> <i><b> </b></i>
     </p>
     </span></font></div>

</html>
```

```
</html>
  <hr color=3D"#336699" noShade><font face=3D"Arial" size=3D"1">
  <p align=3D"center">
  <font style=3D"FONT-FAMILY: Verdana, Arial, Helvetica, sans-serif"
size=3D=
"1">This
  message was sent to you as an opt-in subscriber to The Speed Network or =
one of
  its affiliates. <br>
  We will continue to bring you valuable offers on the products and servic=
es
  that interest you most. If you wish to unsubscribe, please
  <a style=3D"PADDING-RIGHT: 0px; DISPLAY: inline; PADDING-LEFT: 0px; PADD=
ING-BOTTOM: 0px; MARGIN: 0px; COLOR: #fffbf0; PADDING-TOP: 0px; FONT-FAMIL=
Y: 'Trebuchet MS', Arial; TEXT-DECORATION: none" href=3D"http://rm.speed-m=
x.com/rem.html">
  <font color=3D"#000000">Click Here</font></a></font></p>
  <div style=3D"FONT-WEIGHT: normal; FONT-SIZE: 13px; FONT-FAMILY: verdana=
, sans-serif">
    <p align=3D"center">
    <font style=3D"LINE-HEIGHT: 1.35em; FONT-FAMILY: Verdana, Arial, Helve=
tica, sans-serif" face=3D"MS Sans Serif" size=3D"1">
    Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beach FL 33445</fo=
nt></div>
  </font><hr color=3D"#336699" noShade>
  <p>
  <font face=3D"Arial" size=3D"2"><span class=3D"500132617-09012007">

</div>
</body>
  </span></font>
</html>

--438CFEE5.13DD.2--
```



## Whois Record for Ultra-mx.com ( Ultra mx )

### Front Page Information

**Website Title:** None given.

**AboutUs:** Wiki article on Ultra-mx.com

### Registry Data

**ICANN Registrar:** GODADDY.COM, INC.

**Created:** 2007-05-01

**Expires:** 2008-05-01

**Registrar Status:** clientDeleteProhibited

**Registrar Status:** clientRenewProhibited

**Registrar Status:** clientTransferProhibited

**Registrar Status:** clientUpdateProhibited

**Name Server:** NS1.SPEED-MX.COM

**Name Server:** NS2.SPEED-MX.COM

**Whois Server:** whois.godaddy.com

### Server Data

**Blacklist Status:** Clear

**Domain Status:** Registered And No Website

### DomainTools Exclusive

**Whois History:** 9 records have been archived since 2007-05-29

**Monitor Domain:** Set Free Alerts on ultra-mx.com

**Free Tool:** Download DomainTools for Windows

### Whois Record

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: ULTRA-MX.COM
        Created on: 01-May-07
        Expires on: 01-May-08
        Last Updated on:

    Administrative Contact:
        Private, Registration
        Domains by Proxy, Inc.
        DomainsByProxy.com
```

### Other TLDs

.com  .net  .org  .biz

### Symbol Key

Available

Available (Previously registered

Registered (Active website)

Registered (Parked or redirecte

Registered (No website)

On-Hold (Generic)

On-Hold (Redemption Period)

On-Hold (Pending Delete)

Monitor

Preview

No preview

Buy this (Available)

Buy this (Bid at auction)

### Customize This Page

Select the items you want to be shown on this page.

☑ Front Page      ☑ Indexed Da

☑ Server Data     ☑ Registry Da

☑ Exclusive Data  ☑ Whois Reco

### Domains for Sale

**Domain**

UltraMob.com

UltraBay.com

UltraSweet.com

UltraCentre.com

UltraGame.com

UltraHosting.com

UltraServer.com

UltraLogic.com

UltraSites.com

UltraFree.com

UltraTools.com

### Domains At Auction

**Domain**

EXHIBIT "B"


15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599    Fax -- (480) 624-2599

Technical Contact:
    Private, Registration

    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599    Fax -- (480) 624-2599

Domain servers in listed order:
    NS1.SPEED-MX.COM
    NS2.SPEED-MX.COM

|  | Dat |
|---|---|
| UltraMalls.com | 10-04-. |
| UltraBound.com | 10-04-. |
| EExtremeTeam.com | 10-04-. |
| TheExtremeSite.com | 10-04-. |
| MegaTechJapan.com | 10-04-. |
| MegaNewMedia.com | 10-04-. |
| SpinUltraLounge.com | 10-04-. |
| MegaMillionsBlog.com | 10-04-. |
| MegaCarBoot.com | 10-04-. |
| TheExtremeTattoos.com | 10-04-. |
| HyperYension.com | 10-04-. |
| MegaJointventures.com | 10-04-. |

**Compare Similar Domains**

| Domain | Creat. |
|---|---|
| U Lt R | 1997-0. |
| U Lt Port | 2000-10 |
| U Lt R 4 Zone | 2001-0. |
| U Lt Pro | 2002-05 |
| U Lt Power | 2002-12 |
| U Lt Pp | 2003-0. |
| U Lt Productions | 2003-0. |
| U Lt R - Skin | 2003-11 |
| U Lt R - Mold | 2005-05 |
| U Lt R - A - S Lan | 2005-0. |
| U Lt R - Pro | 2005-11 |
| U Lt R - Pornsta Rs | 2006-0. |
| U Lt R 4 | 2006-0. |
| U Lt Pucho | 2006-0. |
| U Lt Quiz | 2006-0. |

Domains by Proxy®   http://www.domainsbyproxy.com/




**Your identity** is nobody's business but **ours**®



## Welcome to Domains By Proxy®!
### Display your domain name- not your personal information.

Did you know that for each domain name you register, anyone - anywhere, anytime - can find out your name, home address, phone number and email address?

The law requires that the personal information you provide with every domain you register be made public in the "WHOIS" database. Your identity becomes instantly available - and vulnerable - to spammers, scammers, prying eyes and worse.

But now there's a solution: Domains By Proxy®!



### Getting a Private Registration will:

- Stop domain-related spam
- Deter identity theft & fraud
- Prevent harassers & stalkers
- End data mining
- Protect your family's privacy
- And more!

**Public vs. Private**
Show the Difference!

DBP testimonials!

Another Great Privacy Product!

Getting an SSL Certificate?

Our cutting-edge spam filter

If you are in law enforcement, click here
For our subpoena policies, click here

Copyright © 2007 Domains By Proxy, Inc.
All rights reserved.
U.S. Pat. No. 7,130,878




EXHIBIT "C"

Domains by Proxy®: Legal Agreement    ://www.domainsbyproxy.com/LegalAgreement



**Domains BY PROXY**
PRIVATE REGISTRATIONS®



Your **identity** is nobody's business but **ours**®



## Legal Issues

**Agreements:** When you purchase Domains By Proxy®'s services, you agree to all the terms and conditions contained in our Proxy Agreement, Privacy Policy and Anti-Spam Policy. If you can't agree
to the terms contained in our agreements, do not use our services. We reserve the right to revise our agreements at anytime.

**Prohibitions:** Domains By Proxy® is not intended to be used to protect your identity if you:

• Transmit spam, viruses or harmful computer programs;
• Violate the law or infringe a third party's trademark or copyright;
• Engage in morally objectionable activities, including but not limited to those which are child pornographic, defamatory, abusive, harassing, obscene, racist, or otherwise objectionable.

**Protections:** Registrations are insured against loss by our Liability Insurance and backed by your Registrar's Guarantee!

## Who to Contact:

**Spam Complaints:** If you believe a domain registration we hold is spamming you, we want to know Please click here

**Copyright/Trademark Complaints(Content):** If you believe a domain registration we hold is infringing on your copright or trademark, please click here

**Trademark Complaints (Domain Name Only):** If you believe a domain registration we hold is infringing on your trademark, please click here

**Morally Objectionable Content Complaints:** If you believe a domain registration we hold contains morally objectionable material, please click here

**Defamation/Libel Complaints:** If you believe a domain registration we hold contains offending content such as defaming or libelous statements, please click here

If you are one of our customers and need support, please click here

**If you are in law enforcement, click here**
**For our subpoena policies, click here**

Copyright © 2007 Domains By Proxy, Inc.
All rights reserved.
U.S. Pat. No. 7,130,878





## *DOMAINS BY PROXY*
## *CIVIL SUBPOENA POLICY*

### DOMAINS BY PROXY CIVIL SUBPOENA POLICY

Domains by Proxy 's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on Domains by Proxy or one of its affiliates.

If you seek the identity or account information of a Domains by Proxy customer in connection with a civil legal matter, you must fax, mail, or serve Domains by Proxy with a valid subpoena.

### Submission of Subpoenas

Domains by Proxy is headquartered in Scottsdale, Arizona and all civil subpoenas should be served at that location or mailed to:

Compliance Department
Domains by Proxy
15111 N. Hayden Road
Suite 160
PMB 353
Scottsdale, Arizona
85260

Alternatively, the civil subpoena can be faxed to:

480.624.2546
Attn: Compliance Department
Notice to Customer and Response Time

Upon the receipt of a valid civil subpoena, Domains by Proxy will promptly notify the customer whose information is sought via e-mail or U.S. mail. If the circumstances do not amount to an emergency, Domains by Proxy will not immediately produce the customer information sought by the subpoena and will provide the customer an opportunity to move to quash the subpoena in court. Domains by Proxy reserves the right to charge an administration fee to the customer by charging the Payment Method the customer has on file with Domains by Proxy .

### Fees for Subpoena Compliance

Domains by Proxy will charge the person or entity submitting the civil subpoena for costs associated with subpoena compliance. Payment must be made within thirty (30) days from the date of receipt of the Domains by Proxy invoice. Checks should be made out to Domains by Proxy

Domains by Proxy 's subpoena compliance costs are as follows:

- Research - $75.00/hour
- Federal Express - Cost as Billed
- Copies - $.25/page

### Policies Regarding E-mail

Domains by Proxy will not produce the content of e-mail, as the Electronic

Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. Domains by Proxy 's e-mail servers do not retain deleted or sent e-mail. However, deleted e-mail may be recoverable from back-up servers for a period of up to thirty (30) days.

Domains by Proxy reserves the right to request a copy of the complaint and any supporting documentation that demonstrates how the Domains by Proxy e-mail address is related to the pending litigation and the underlying subpoena.

Revised: 8/25/05
Copyright © 2005 All Rights Reserved.

## *DOMAINS BY PROXY*
## *DOMAINS BY PROXY CRIMINAL SUBPOENA POLICY*

Domains by Proxy 's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on Domains by Proxy or one of its affiliates.

If you seek the identity or account information of a Domains by Proxy customer in connection with a criminal matter, and you are a member of the law enforcement community, you must fax, mail, or serve Domains by Proxy with a valid subpoena.

### Submission of Subpoenas

Domains by Proxy is headquartered in Scottsdale, Arizona and all civil subpoenas should be served at that location or mailed to:

Compliance Department
Domains by Proxy
15111 N. Hayden Road
Suite 160
PMB 353
Scottsdale, Arizona
85260

Alternatively, the criminal subpoena can be faxed to:

480.624.2546
Attn: Compliance Department
Notice to Customer and Response Time

p] Domains by Proxy will not produce the content of e-mail, as the Electronic Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. Domains by Proxy 's e-mail servers do not retain deleted or sent e-mail. However, deleted e-mail may be recoverable from back-up servers for a period of up to thirty (30) days.

Domains by Proxy reserves the right to request a copy of the complaint and any supporting

Domains By Proxy® Subpoena Policies http://www.domainsbyproxy.com/popup/subpoenapolicy.aspx

documentation that demonstrates how the Domains by Proxy e-mail address is related to the pending investigation and the underlying subpoena.

Revised: 8/25/05
Copyright © 2005 All Rights Reserved.

## 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Feb 05, 2007 8:00 am**
**Secretary of State**
02-05-2007 90092 036 ***150.00

DOCUMENT # P03000036143

1. Entity Name
**IMARKETING CONSULTANTS, INC.**

60011235

| Principal Place of Business | Mailing Address |
|---|---|
| 1200 NW 17TH AVENUE<br>SUITE 1<br>DELRAY BEACH, FL 33445 | 1200 NW 17TH AVENUE<br>SUITE 1<br>DELRAY BEACH, FL 33445 |

2. Principal Place of Business - No P.O. Box #
3. Mailing Address

01132007   Chg-P   CR2E034 (12/06)

| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
|---|---|

| City & State | City & State |
|---|---|

4. FEI Number
**04-3749501**

Applied For / Not Applicable

| Zip | Country | Zip | Country |
|---|---|---|---|

5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent
7. Name and Address of New Registered Agent

**ROBERT D. CLOUSE**
**94 CITRUS PARK LANE**
**BOYNTON BEACH, FL 33436**

Name
Street Address (P.O. Box Number is Not Acceptable)
City   FL   Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE: _____   DATE _____

**FILE NOW!! FEE IS $150.00**
**After May 1, 2007 Fee will be $550.00**

9. Election Campaign Financing Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

| 10. | OFFICERS AND DIRECTORS | 11. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | PTD<br>CLOUSE, ROBERT D<br>1200 NW 17TH AVENUE, SUITE 1<br>DELRAY BEACH, FL 33445 ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | SV<br>SLOAT, MICHELLE L<br>1200 NW 17TH AVENUE, SUITE 1<br>DELRAY BEACH, FL 33445 ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Micdele R. Clouse_   1/30/07   _____

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

EXHIBIT "D"

# Marketing Consultants

*At the end of the day, it's all about the results!*     about us | services | online tracking | contact us
contact us



iMarketing Consultants Corporate Info:
1300 NW 17th Ave.
Suite 218
Delray Beach, FL 33445

Contact Phone: 561-265-0711
Fax: 561-423-2256
Email: Marketing@imarketingconsult.com

**Please fill out this form so we can direct your inquiry to the appropriate person. Thank you.**

First Name: _____    Last Name: _____

Title: _____    Company: _____

Website: _____    Email: _____

Phone: _____    Fax: _____

Address: _____    City: _____

State/Province: _____    Zip/Postal Code: _____

Is there an associated Request for Proposal (RFP)? _____

Comments: _____

Send | Reset

Copyright © 2005 iMarketing Consultants, Inc. All rights reserved.

EXHIBIT "E"

http://www.imarketingconsult.com/contactus.html                    10/4/2007

**Marketing Consultants**

*At the end of the day, it's all about the results!*

about us | services | online tracking | contact us



### 1. Copy Approval

Advertiser must deliver to IMarketing Consultants, Inc. ("IMarketing Consultants Consultants") the content of the advertisement Advertiser is contracting IMarketing Consultants to broadcast (the "Copy") no less than three (3) days prior to the desired email broadcast date. All Copy shall be subject to IMarketing Consultants' approval, IMarketing Consultants reserves the right to reject any Copy that advertises or promotes any product or service involving illegal activity, illegal products, illegal product paraphernalia, sexual paraphernalia, adult films or other media, weapons, illicit activities, chain letters, pyramid fund raising, or similar types of material. By reserving this right, IMarketing Consultants shall not be legally obligated for any failure to advise Advertiser of the nature of any such Copy.

### 2. Details of Broadcast

The email messages broadcast by IMarketing Consultants shall identify the source of the recipient's data collection and shall contain an opt-out feature that allows the recipient to electronically communicate his desire to be removed from the IMarketing Consultants (or affiliate) database.

### 3. Hardware, Software and Database

IMarketing Consultants shall obtain and maintain the computer hardware and software necessary to perform its obligations under these Terms and Conditions. Such hardware and software shall not be dedicated hardware or software. Nothing in these Terms and Conditions shall grant any right, title or interest in or to the IMarketing Consultants (or affiliate) database, hardware or software.

### 4. Payment

Advertiser shall pay in full the fees charged by IMarketing Consultants on the invoice by the date due.

> a. If advertiser is doing an email campaign, payment is due before the broadcast.
> b. If advertiser is using IMarketing Consultants for HTML creative design, payment is due before any work is done.
> c. Terms must be approved by Management and is subject to credit check.

IMarketing Consultants does not offer refund of any type (see **LIMITATION OF LIABILITY**). If Advertiser fails to pay the full amount of the charges detailed in any IMarketing Consultants invoice within thirty (30) days of such invoice, the unpaid amounts of such invoice shall accrue interest at a rate of 18% per annum. Additionally, Advertiser agrees to pay all of IMarketing Consultantss' cost of collection of such charges, including without limitation IMarketing Consultants' reasonable attorneys' fees if applicable.

### 5. Late Fees

In addition to the terms described in Section 4, if Advertiser fails to pay the full amount of the charges detailed in any IMarketing Consultants invoice within thirty (30) days of such invoice, Advertiser shall pay IMarketing Consultants a Late Fee in the amount of 5% of the charges detailed in such IMarketing Consultants invoice.

### 6. LIMITATION OF LIABILITY

IMARKETING CONSULTANTS CAN NOT GUARENTEE RESULTS. IN NO EVENT SHALL IMARKETING CONSULTANTS BE LIABLE FOR INDIRECT, SPECIAL, EXEMPLARY, CONSEQUENTIAL, INCIDENTAL OR PUNITIVE LOSS, DAMAGE OR EXPENSE (INCLUDING LOST PROFITS). THE LIMIT OF IMARKETING CONSULTANTS'S LIABILITY (WHETHER IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY IN TORT OR BY STATUTE OR OTHERWISE) FOR ANY AND ALL CLAIMS RELATED TO THESE TERMS AND CONDITIONS SHALL NOT IN THE AGGREGATE EXCEED THE FEES PAID TO IMARKETING CONSULTANTS UNDER THE INVOICE.

### 7. Indemnification

Advertiser shall indemnify, defend and hold harmless IMarketing Consultants against all third party claims, actions and liabilities (including all reasonable costs, expenses and attorneys' fees) arising from or in connection with (a) Advertiser's product(s), services or the content of the Advertiser's copy, including without limitation any claim alleging any violation of any third party's intellectual property rights; or (b) Advertiser's breach of any of its obligations, representations or warranties under these Terms and Conditions. IMarketing Consultants shall promptly notify Advertiser in writing of all such claims and shall accommodate Advertiser's reasonable requests for cooperation and information.

### 8. WARRANTIES

IMARKETING CONSULTANTS MAKES NO WARRANTY WHATSOEVER AS TO THE EMAIL ADVERTISEMENTS, EXPRESS OR IMPLIED. THIRD PARTIES PROVIDE THE EMAIL ADVERTISEMENTS ON AN "AS IS" BASIS. IMARKETING CONSULTANTS EXPRESSLY DISCLAIMS ANY WARRANTIES THAT COULD BE IMPLIED IN CONTRACT, IN LAW OR IN EQUITY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUALITY, ACCURACY, COMPLETENESS, RELIABILITY OR PERFORMANCE OR ARISING FROM USAGE OF TRADE, COURSE OF DEALING OR COURSE OF PERFORMANCE.

### 9. Force Majeure

Neither party shall be liable for delays or nonperformance of these Terms and Conditions caused by strike, fire or accidents, nor shall either party be liable for delay or nonperformance caused by lack of availability of materials, fuel or utilities or for any other cause beyond its control.

### 10. Assignment

Neither party may assign its rights or obligations under these Terms and Conditions without the prior written consent of the other party.

### 11. Relationship of the Parties

The parties are independent contracting entities, and there is no partnership or agency relationship between them.

### 12. Entire Agreement

Except as expressly modified or supplemented by a writing executed by both parties, the Terms and Conditions described herein and in the Invoice specifically incorporating these Terms and Conditions are the only representations, warranties, and understandings between the parties with respect to the products and/or services described herein. In the event of any conflict between these Terms and Conditions and any other document (including, without limitation, the Invoice and any Advertiser invoice, insertion order, or purchase order), the provisions of these Terms and Conditions shall govern. The waiver of any right, breach, or default shall not constitute a waiver of any other right or of any subsequent breach or default.

### 13. Disputes

Each party hereby waives any right to a trial by jury in the event of any controversy or claim relating to these Terms and Conditions. The law of the State of Florida shall apply to any resulting claim or action, and the exclusive jurisdiction and venue for any proceeding brought pursuant to these Terms and Conditions shall be Palm Beach County, Florida.

### 14. Severability

Should any provisions of these Terms and Conditions be found invalid or unenforceable, all such provisions are to be enforced to the maximum extent permitted by law, and beyond such extent shall be deemed severed from these Terms and Conditions without affecting the validity or enforceability of any other provision

**15. Headings**

The headings of these Terms and Conditions are for convenience only and shall not be used to construe the meaning of this Agreement.



### IP Information for 65.240.228.67

**IP Location:** United States Delray Beach Imarketing Consultants

**Resolve Host:** mx03.ultra-mx.com

**IP Address:** 65.240.228.67 W R P D T

**Blacklist Status:** Clear

### Whois Record

```
OrgName:    MCI Communications Services, Inc. d/b/a Verizon Business
OrgID:      MCICS
Address:    22001 Loudoun County Pkwy
City:       Ashburn
StateProv:  VA
PostalCode: 20147
Country:    US

NetRange:   65.240.0.0 - 65.253.255.255
CIDR:       65.240.0.0/13, 65.248.0.0/14, 65.252.0.0/15
NetName:    UUNET65-2
NetHandle:  NET-65-240-0-0-1
Parent:     NET-65-0-0-0-0
NetType:    Direct Allocation
NameServer: AUTH03.NS.UU.NET
NameServer: AUTH00.NS.UU.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2002-02-13
Updated:    2006-12-14

RTechHandle: OA12-ARIN
RTechName:   UUnet Technologies, Inc., Technologies
RTechPhone:  +1-800-900-0241
RTechEmail:  help4@verizonbusiness.com

OrgAbuseHandle: ABUSE3-ARIN
OrgAbuseName:   abuse
OrgAbusePhone:  +1-800-900-0241
OrgAbuseEmail:  abuse-mail@verizonbusiness.com

OrgNOCHandle: OA12-ARIN
OrgNOCName:   UUnet Technologies, Inc., Technologies
OrgNOCPhone:  +1-800-900-0241
OrgNOCEmail:  help4@verizonbusiness.net

OrgTechHandle: SWIPP-ARIN
OrgTechName:   swipper
OrgTechPhone:  +1-800-900-0241
OrgTechEmail:  swipper@verizonbusiness.com
```

EXHIBIT "F"

```
CustName:    IMarketing Consultants
Address:     1300 NW 17th Ave Ste 218
City:        Delray Beach
StateProv:   FL
PostalCode:  33445
Country:     US
RegDate:     2006-02-27
Updated:     2006-02-27

NetRange:    65.240.228.64 - 65.240.228.127
CIDR:        65.240.228.64/26
NetName:     UU-65-240-228-64
NetHandle:   NET-65-240-228-64-1
Parent:      NET-65-240-0-0-1
NetType:     Reassigned
Comment:     Addresses within this block are non-portable.
RegDate:     2006-02-27
Updated:     2006-02-27

RTechHandle: OA12-ARIN
RTechName:   UUnet Technologies, Inc., Technologies
RTechPhone:  +1-800-900-0241
RTechEmail:  help@verizonbusiness.com

OrgAbuseHandle: ABUSE3-ARIN
OrgAbuseName:   abuse
OrgAbusePhone:  +1-800-900-0241
OrgAbuseEmail:  abuse-mail@verizonbusiness.com

OrgNOCHandle: OA12-ARIN
OrgNOCName:   UUnet Technologies, Inc., Technologies
OrgNOCPhone:  +1-800-900-0241
OrgNOCEmail:  help@verizonbusiness.com

OrgTechHandle: SWIPP-ARIN
OrgTechName:   swipper
OrgTechPhone:  +1-800-900-0241
OrgTechEmail:  swipper@verizonbusiness.com
```

10/5/2007 10:15 AM

Exhibit F

**Jason K. Singleton**, **State Bar #166170**
**lawgroup@sbcglobal.net**
**Richard E. Grabowski**, **State Bar #236207**
**rgrabowski@mckinleyville.net**
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,** <br><br>      **Plaintiff,** <br><br> **vs.** <br><br> **ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,** <br><br>      **Defendants.** | **Case No. C-07-5717 JSW** <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – VIOLATION OF CAN-SPAM ACT OF 2003 [15 *U.S.C.* § 7701,  *et seq.*]** <br><br> **DEMAND FOR JURY TRIAL** |

     **Plaintiff, ASIS INTERNET SERVICES, a California corporation,** and an Internet Access Provider**,** complains of Defendants **ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY**, **inclusive,** and alleges violations of *CAN-SPAM Act,* **15 *U.S.C.* § 7704(a) and (b)** and requests injunctive relief, statutory damages, aggravated damages, and attorney fees authorized as remedies under **15 *U.S.C.* § 7706(g)**.

## JURISDICTION AND VENUE

     1.     This Court has original jurisdiction of this action pursuant to **28 *U.S.C.* § 1331** for violations of the *CAN-SPAM Act of 2003* **(15 *U.S.C.* §§ 7701 et seq.).**   This Court also has original jurisdiction under **15 *U.S.C.* § 7706(g)(1)** for cases involving a civil action by an **internet access provider** adversely affected by a violation of section **15 *U.S.C.* § 7704(a)(1), 15 *U.S.C.* § 7704(b), or 15 *U.S.C.* § 7704(d)**, or a pattern or practice that violates paragraphs

1  (2), (3), (4), or (5) of section 15 *U.S.C.* § 7704(a).

2      2.     This Court has personal jurisdiction over Defendants **ALL IN, LLC.,** who maintain

3  offices at 1324 Seven Springs Blvd. #178, New Port Richey, FL 34655.  Plaintiff believes and

4  is informed and therefore alleges that the other **dba's** named in this suit are copyrighted

5  names, service marks or domain names owned by **ALL IN, LLC.**

6      3.     Plaintiff received **981** Commercial Electronic Mail Messages, emails, from

7  various email accounts using the domain name  "**power-cl1cks2.com**"  (See Exhibit A

8  attached hereto for examples of the emails and the source code of the emails).  These emails

9  were sent using the "**power-cl1cks2.com**" domain name.  These emails are unsolicited

10  commercial advertisements.  Plaintiff cannot identify the sender of the email with absolute

11  certainty because the emails were sent with the domain name "**power-cl1cks2.com**".  (See

12  Exhibit A for a sample of the emails).  The "**power-cl1cks2.com**" domain name was registered

13  using a proxy service, WHOISGUARD belonging to NameCheap.com registration service.

14  (See Exhibit B attached hereto for WHOIS report on the domain name registration of power-

15  cl1cks2.com).  WHOISGUARD is a service offering private domain name registration that

16  conceals the identity of the registrant.  Plaintiff can only discover the ultimate identity of the

17  true sender through a subpoena.  (See Exhibit C attached hereto for Advertisements for

18  WHOISGUARD and its *Civil Subpoena Policy*.)  However, Plaintiff believes that the sender of

19  the emails identified themselves in the postal opt-out portion of the emails as "All In, LLC 1325

20  Seven Springs Blvd New Port Richey, FL 34655" .  (See Exhibit A and the email "Postal opt-

21  out" at the bottom of the email).

22      4.     In registering the domain name  "**power-cl1cks2.com**", the registrant agreed to

23  the NameCheap.com Registration Agreement. (See Exhibit "D" attached hereto) Under the

24  paragraph titled "YOUR REPRESENTATIONS & WARRANTIES" the registrant agrees to the

25  following term:

26          You also warrant that neither the WG Services nor WG Domain(s)
27          will not be used in connection with any illegal or morally
        objectionable activity (as defined below in section 5), or, in
28          connection with the transmission of unsolicited commercial email
        ("Spam").

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     2

WG Service refers to the WhoisGuard Service, see paragraph 21 of
the Registration Agreement, as provided by NameCheap.com.

As the sender sent commercial emails that were not solicited then the sender is in violation of
the Registration Agreement and therefore has made false representations to obtain the domain
name "**power-cl1cks2.com**".

5.     An investigation of the source IP addresses for these emails indicates that they
were sent from servers leased or owned by Master Internet s.r.o. in the Czech Republic.  See
Exhibit "E" attached hereto.   Master Internet s.r.o. is an internet provider in the Czech
Republic. However, **power-cl1cks2.com** is registered in the U.S. with NameCheap.com in
Westchester, California.  While this is not proof that the source IP address was falsified, it does
raise the question of why a company in Florida, **All In, LLC**, would register a domain in
California, and then send emails from a computer in the Czech Republic.

6.     Therefore, there is good evidence to support Plaintiff's allegation that **ALL IN,
LLC** is the sender of the emails and that the email headers are false.

7.     Defendants have purposely availed themselves of the privileges of conducting
activities in the forum, the emails are the subject of the action, and exercise of jurisdiction is
reasonable since Defendants should have known that they would be subject to the jurisdiction
and laws of the forum when commercial emails were sent to email accounts at a Northern
California Internet Access Provider.  *Aitken v. Communications Workers of America*, 496
F.Supp.2d 653 at 659 (E.D.Va.,2007); *Verizon Online Services, Inc. v. Ralsky*, 203
F.Supp.2d 601 at 611 - 620 (E.D.Va.,2002); and *Internet Doorway, Inc. v. Parks*, 138
F.Supp.2d 773 at 779 - 780 (S.D.Miss.,2001).  Therefore, Plaintiff has factual support and
good reason to believe the emails were sent by Defendant **ALL IN, LLC,** and the court has
specific personal jurisdiction over the Defendants.

8.     Venue is proper in this Court pursuant to **28 *U.S.C.* § 1391(b)** and is founded on
the fact that a substantial part of the unlawful actions of the defendants occurred in this judicial
district.

*///*

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF      3

**FACTUAL ALLEGATIONS**

9.      Plaintiff is informed and believes and therefore alleges that Defendant **ALL IN, LLC,** is a Florida Limited Liability Company, with an address of 1324 Seven Springs Blvd., New Port Richey, FL 34655, and registered with the Secretary of State of Florida to do business in Florida with agent for service in Florida.  (see Exhibit "F").

10.      Plaintiff is informed and believes and therefore alleges that Defendants **POWER-CL1CKS2.COM** is an alias, agent, service mark, brand name, or domain name for Defendant **ALL IN, LLC.**

11.      Plaintiff **ASIS INTERNET SERVICES (hereafter "ASIS)** does not know the true names and capacities of defendants **ALL IN, LLC, dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,,** their business capacities, their ownership connection to the business(es), nor their relative responsibilities in causing the *CAN-SPAM Act of 2003* and other violations herein complained of, and alleges a joint venture and common enterprise by all such defendants.  Plaintiff is informed and believes and therefore alleges that each of the defendants herein, including DOES ONE to FIFTY, inclusive, is the agent, ostensible agent, master, servant, employer, employee, representative, franchiser, franchisee, joint venturer, partner, and associate, or such similar capacity, of each of the other defendants, and was at all times acting and performing, or failing to act or perform, with the authorization, consent, permission or ratification of each of the other defendants, and is responsible in some manner for the acts and omissions of the other defendants in legally causing the violations and damages complained of herein, and have approved or ratified each of the acts or omissions of each other defendant, as herein described.  Plaintiff will seek leave to amend this Complaint when the true names, capacities, connections and responsibilities of defendants **ALL IN, LLC, dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive**, are ascertained.

12.      Plaintiff is informed and believes and alleges that all named defendants, including **DOES ONE to FIFTY, inclusive**, conspired to commit the acts described herein, or alternatively, aided and abetted one another in the performance of the wrongful acts hereinafter alleged.

13.     Plaintiff **ASIS** is a California corporation registered to do business in California and is located in Garberville, California.  **ASIS** provides Internet access service within the meaning of **15 *U.S.C.* § 7702(11)**.

14.     Plaintiff alleges that Defendants sent or caused to have sent **981** commercial electronic mail messages from **March 8, 2007, through September 3, 2007**, to Plaintiff's server, a protected computer, containing, and/or accompanied by, header information that was materially false or materially misleading.

15.     Plaintiff states that the email accounts that the **981** commercial emails were sent to did not solicit the emails.  These emails were unsolicited because they were sent to unassigned or inactive email accounts owned by **ASIS**.  **ASIS** did not solicit any product, service, or information from any entity using these email accounts.

16.     Plaintiff is informed and believes and therefore alleges that Defendants used a harvest and directory attack to acquire Plaintiff's and Plaintiff's customers email accounts to send **981** commercial electronic mail messages to a Plaintiff's protected computer.  All of the email accounts receiving the emails are not active and belong to Plaintiff **ASIS**.  Since **ASIS** or its customers did not actively use these email accounts, they could only have been discovered by directory harvest or other illegal means.

17.     Plaintiff is informed and believes and therefore alleges that Defendants used an automated creation of multiple email accounts to send **981** commercial electronic mail messages to a Plaintiff's protected computer.  Each of the emails was sent from an email account using the advertiser of the emails name as the first portion of the email account name, followed by the primary domain name of "**power-cl1cks2.com**".  (See Exhibit A for samples). This indicates the email accounts were generated programmatically using a database of information containing the advertisers identities.

### FIRST CAUSE OF ACTION
(**Violation of CAN-SPAM Act of 2003 – 15 *U.S.C.* §7704(a)(1),
and 15 *U.S.C.* §7704(b)(1) and (2))**

18.     Plaintiff refers to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     5

1    19.    On **May 10, 2007, through September 4, 2007**, Plaintiff received **981**

2    commercial electronic mail messages from defendants to its mail server located in California

3    that violated the *CAN-SPAM Act of 2003*.

4    20.    Plaintiff alleges that all of the relevant electronic mails sent by the Defendants on

5    **May 10, 2007, through September 4, 2007**, contained or were accompanied by header

6    information that was materially false or materially misleading.  Each of these **981** messages

7    indicated that they were from email accounts such as "Netcash," "MILF Link," "Wild Lipz," or

8    various other unknown identities.   These false email names resolved into emails sent by

9    various person or persons unknown (e,g, Netcash to netcash@power-cl1cks2.com, MILF

10   Link to genrewards@power-cl1cks2.com, and Wild Lipz to genx1@power-

11   cl1cks2.com).  See sample emails and source code in Exhibit "A" attached hereto.  (Note

12   that all receiving email accounts have been redacted, while these email all represent inactive

13   email accounts they are still the property of **ASIS Internet Services** and are protected by

14   **ASIS**'s corporate privilege.)   A WHOIS check of the domain name registration for **power-**

15   **cl1cks2.com** indicates that the domain name was registered under a protection service.  The

16   true registrant for **power-cl1cks2.com** cannot be determined without a subpoena.  See Exhibit

17   "C" attached hereto.  Plaintiff has reviewed the Domain Name registration for all of the emails

18   received as **power-cl1cks2.com** and determined that it is registered under a service that

19   conceals the true identity of the domain name registrant through a proxy service.  See the

20   WHOIS report for **power-cl1cks2.com** in Exhibit "B."  **15 *U.S.C.* §7704(a)(1)(A)** states:

21       "(A) header information that is technically accurate but includes an
         originating electronic mail address, domain name, or Internet
22       Protocol address the access to which for purposes of initiating the
         message was obtained by means of false or fraudulent pretenses
23       or representations shall be considered materially misleading.

24   **15 *U.S.C.* §7704(a)(6)** states:

25       "the term "materially", when used with respect to false or
         misleading header information, includes the alteration or
26       concealment of header information in a manner that would impair
         the ability of an Internet access service processing the message on
27       behalf of a recipient, a person alleging a violation of this section, or
         a law enforcement agency to identify, locate, or respond to a
28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     6

person who initiated the electronic mail message or to investigate the alleged violation…"

Therefore, since false information was used to generate the domain names and/or domain names were concealed from investigation through a proxy services the electronic mail messages violated **15 *U.S.C.* §7704(a)(1)(A)**.

21.     Plaintiff further alleges that it received **981** separate items of electronic mail from the Defendants to email addresses that were inactive and did not solicit email correspondence.

22.     Plaintiff is informed and believes and therefore alleges that the Defendants sent or had sent **981** separate items of electronic mail to Plaintiff's computer that were acquired as the result of a directory harvest.  Said conduct was in violation of **15 *U.S.C.* §7704(b)(1)**.

23.     Plaintiff is informed and believes and therefore alleges that the defendants sent or had sent **981** separate items of electronic mail to the plaintiff, from addresses that were acquired by the use of automated tools or scripts.  Said conduct was in violation of **15 *U.S.C.* §7704(b)(2)**.

24.     As a proximate result of said unlawful conduct by said Defendants, Plaintiff is entitled to statutory damages in the amount of up to $100.00 per email in the case of violation of **15 *U.S.C.* §7704(a)(1)** in the form of statutory damages as set forth in **15 *U.S.C.* §7706(g)(1)(B)(ii) and (3)(A)(i)**.

25.     As a proximate result of said unlawful conduct by said defendants, Plaintiff is entitled to treble all statutory damages as a result of violation of any section of **15 *U.S.C.* §7704(b)** as set forth in **15 *U.S.C.* §7706(g)(1)(C)**.

26.     Plaintiff furthermore seeks a preliminary and permanent injunction against the defendants for their current and future violations of the ***CAN-SPAM Act of 2003*** as Plaintiff and members of the general public will continue to incur damages as a result of the unlawful conduct of said defendants.  The seeking of injunctive relief by the plaintiff is specifically authorized by **15 *U.S.C.* §7706(g)(1)(A)**.

27.     Plaintiff furthermore seeks its attorney fees and costs against the defendants pursuant to **15 *U.S.C.* §7706(g)(4)**.

**WHEREFORE**, plaintiff prays judgment against the defendants and each of them as

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF     7

follows:

1.    For statutory damages of up to $100.00 for each violation of **15 *U.S.C.* §7704(a)(1)** in the sum of **$98,100**;

2.    For aggravated damages under **15 *U.S.C.* §7706(g)(1)(C)** of up to three times the amount above for these violations committed by the defendants' violations of **15 *U.S.C.* §7704(b)** in the sum of **$294,300**;

3.    For a preliminary and permanent injunction preventing the defendants and all persons acting in concert with them from the violation of the ***Can-Spam Act of 2003***;

4.    For an award of reasonable attorneys' fees and costs according to proof;

5.    For costs of suit; and

6.    For such other and further relief as this Courts deems just and proper.

**SINGLETON LAW GROUP**

Dated:    November 7, 2007    ___/s/ Jason K. Singleton_____
                                                    Jason K. Singleton
                                                    Richard E. Grabowski,
                                                    Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

**<u>REQUEST FOR JURY TRIAL</u>**

Plaintiff hereby requests a jury for all claims for which a jury is permitted.

**SINGLETON LAW GROUP**

Dated:    November 7, 2007    __/s/ Jason K. Singleton_____
                                                    Jason K. Singleton
                                                    Richard E. Grabowski
                                                    Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF    8

Exhibit G

Jason K. Singleton, **State Bar #166170**
lawgroup@sbcglobal.net
Richard E. Grabowski, **State Bar #236207**
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

Attorneys for Plaintiff, ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER

**BZ**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET <br><br> Plaintiffs, <br><br> vs. <br><br> ACTIVE RESPONSE GROUP, INC., a Delaware corporation, dba BRANDARAMA (aka BRANDARAMA.COM), also dba FREE GIFT PARADE (aka FREEGIFTPARADE.COM), also dba HOUSEHOLD SAVINGS CLUB (aka HOUSEHOLDSAVINGSCLUB.COM), also dba POLL PRIZE USA (aka POLLPRIZEUSA.COM), also dba REWARDS PARADE (aka REWARDSPARADE.COM), also dba TOP CONSUMER REWARDS (aka TOPCONSUMERREWARDS.COM), also dba USA SURVEY GROUP (aka USASURVEYGROUP.COM), also dba VIEWPOINT REWARDS (aka VIEWPOINTREWARDS.COM), also dba WHOLESOME REWARDS (aka WHOLESOMEREWARDS.COM), also dba YOUR PRODUCT SAMPLES (aka YOURPRODUCTSAMPLES.COM), also dba YOUR TOP BRANDS (aka YOURTOPBRANDS.COM), and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – VIOLATION OF CAN-SPAM ACT OF 2003 [15 *U.S.C.* §7701, *et seq.*] AND CALIFORNIA BUSINESS & PROFESSIONS CODE §17529.5** <br><br> **DEMAND FOR JURY TRIAL** |

1        **Plaintiffs: ASIS INTERNET SERVICES, a California corporation,** an Internet Access

2    Provider; **and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,**

3    an Internet Access Provider, complain of Defendants **ACTIVE RESPONSE GROUP, INC., a**

4    **Delaware corporation (hereinafter "ARG"), dba BRANDARAMA (aka**

5    **BRANDARAMA.COM), also dba FREE GIFT PARADE (aka FREEGIFTPARADE.COM),**

6    **also dba HOUSEHOLD SAVINGS CLUB (aka HOUSEHOLDSAVINGSCLUB.COM), also**

7    **dba POLL PRIZE USA (aka POLLPRIZEUSA.COM), also dba REWARDS PARADE (aka**

8    **REWARDSPARADE.COM), also dba TOP CONSUMER REWARDS (aka TOPCONSUMER**

9    **REWARDS.COM), also dba USA SURVEY GROUP (aka USASURVEYGROUP.COM), also**

10   **dba VIEWPOINT REWARDS (aka VIEWPOINTREWARDS.COM), also dba WHOLESOME**

11   **REWARDS (aka WHOLESOMEREWARDS.COM), also dba YOUR PRODUCT SAMPLES**

12   **(aka YOURPRODUCTSAMPLES.COM), also dba YOUR TOP BRANDS (aka**

13   **YOURTOPBRANDS.COM), (hereinafter collectively referred to as "ARG"), and DOES**

14   **ONE through FIFTY, inclusive**, and alleges violations of *CAN-SPAM Act, 15 U.S.C. §*

15   *7704(a) and (b)* and *California Business and Professions Code* § 17529.5(a) and requests

16   injunctive relief, liquidated damages, statutory damages, aggravated damages, and attorney

17   fees authorized as remedies under **15 *U.S.C.* § 7706(g)** and *California Business and*

18   *Professions Code* § 17529.5(b)(1)(B).

19                                         **JURISDICTION AND VENUE**

20       1.   This Court has original jurisdiction of this action pursuant to **28 *U.S.C.* § 1331** for

21   violations of the *CAN-SPAM Act of 2003* **(15 *U.S.C.* §§ 7701 et seq.)**. This Court also has

22   original jurisdiction under **15 *U.S.C.* § 7706(g)(1)** for cases involving a civil action by an

23   **internet access provider** adversely affected by a violation of section **15 *U.S.C.* § 7704(a)(1),**

24   **15 *U.S.C.* § 7704(b), or 15 *U.S.C.* § 7704(d)**, or a pattern or practice that violates paragraphs

25   **(2), (3), (4), or (5) of section 15 *U.S.C.* § 7704(a).** Pursuant to pendent jurisdiction, attendant

26   and related causes of action, arising from the same facts, are also brought under California

27   law, including, but not limited to, violations of *California Business & Professions Code §*

28   **17529.5**.

2. Defendants have purposely availed themselves of the privileges of conducting activities in the forum, the emails are the subject of the action, and exercise of jurisdiction is reasonable since Defendants should have known that they would be subject to the jurisdiction and laws of the forum when **ARG** had commercial emails sent to email accounts at Northern California Internet Access Providers. *Aitken v. Communications Workers of America*, 496 F.Supp.2d 653 at 659 (E.D.Va.,2007); *Verizon Online Services, Inc. v. Ralsky*, 203 F.Supp.2d 601 at 611 - 620 (E.D.Va.,2002); and *Internet Doorway, Inc. v. Parks*, 138 F.Supp.2d 773 at 779 - 780 (S.D.Miss.,2001).

3. Defendants have purposely availed themselves of the privileges of conducting activities in the forum by establishing sales and business relationships with citizens of the state of California. See the article announcing funding of 10 million dollars for **Active Response Group, Inc.**, by Hercules Technology Growth Capital, Inc., a Palo Alto, California investment company. See **Exhibit "A"** attached hereto, an advertisement announcing the relationship between **ARG** and Hercules Technology Growth Capital, Inc.

4. Defendants have purposely availed themselves of the privileges of conducting activities in the forum by registering their web sites with registration companies located in the forum and/or placing its web sites on computers located in the forum. See **Exhibit "B"** attached hereto for domain name registration information and Internet Protocol address (hereafter "IP") location information. These web sites and the computers they reside on are directly related to this matter since they are the web landing pages where the intended recipients of the emails were directed.

5. Paragraphs 3, 4, and 5 establish the existence of deliberate and continuing obligations with residents of the forum state, California. Therefore, Defendants: "has availed itself of the privilege of conducting business there, and because its activities are shielded by 'the benefits and protections' of the forum's laws it is presumptively not unreasonable to require it to submit to the burdens of litigation in that forum as well." *Burger King Corp. v. Rudzewicz,* 471 U.S. 462 at 476 (1985)*.*

6. Venue is proper in this Court pursuant to **28 *U.S.C.* § 1391(b)** and is founded on

1  the fact that a substantial part of the unlawful actions of the defendants occurred in this judicial
2  district, that is the emails were sent to Email and Internet Access Providers in Garberville,
3  California, and Eureka, California.

## FACTUAL ALLEGATIONS

5        7.     Plaintiffs are informed and believe and therefore allege that Defendant **ARG** is a
6  Delaware Corporation.  (see **Exhibit "C"**).  Defendant **ARG** is believed to be a corporation or
7  the agent of a corporation or partnership providing internet marketing services to retailers
8  selling to residents of the United States and California over the internet.

9        8.     Plaintiffs are informed and believe and therefore allege that Defendants **dba**
10  **BRANDARAMA (aka BRANDARAMA.COM), also dba FREE GIFT PARADE (aka**
11  **FREEGIFTPARADE.COM), also dba HOUSEHOLD SAVINGS CLUB (aka**
12  **HOUSEHOLDSAVINGSCLUB.COM), also dba POLL PRIZE USA (aka**
13  **POLLPRIZEUSA.COM), also dba REWARDS PARADE (aka REWARDSPARADE.COM),**
14  **also dba TOP CONSUMER REWARDS (aka TOPCONSUMERREWARDS.COM), also dba**
15  **USA SURVEY GROUP (aka USASURVEYGROUP.COM), also dba VIEWPOINT REWARDS**
16  **(aka VIEWPOINTREWARDS.COM), also dba WHOLESOME REWARDS (aka**
17  **WHOLESOMEREWARDS.COM), also dba YOUR PRODUCT SAMPLES (aka**
18  **YOURPRODUCTSAMPLES.COM), also dba YOUR TOP BRANDS (aka**
19  **YOURTOPBRANDS.COM)** are aliases or agents for Defendants **ARG, INC.**   (See **Exhibit**
20  **"D"** – privacy notices form various web sites stating the relationship between the parties).

21        9.     Plaintiffs **ASIS INTERNET SERVICES (hereafter   "ASIS") and JOEL**
22  **HOUSEHOLTER (hereafter "FOGGY")** do not know the true names and capacities of
23  defendants **ARG, and DOES ONE to FIFTY, inclusive**, their business capacities, their
24  ownership connection to the business(s), nor their relative responsibilities in causing the *CAN-*
25  *SPAM Act of 2003* and other violations herein complained of, and alleges, on information and
26  belief, a joint venture and common enterprise by all such defendants.  Plaintiffs are informed
27  and believe that each of the defendants herein, including DOES ONE to FIFTY, inclusive, is
28  the agent, ostensible agent, master, servant, employer, employee, representative, franchiser,

1  franchisee, joint venturer, partner, and associate, or such similar capacity, of each of the other

2  defendants, and was at all times acting and performing, or failing to act or perform, with the

3  authorization, consent, permission or ratification of each of the other defendants, and is

4  responsible in some manner for the acts and omissions of the other defendants in legally

5  causing the violations and damages complained of herein, and have approved or ratified each

6  of the acts or omissions of each other defendant, as herein described. Plaintiffs will seek leave

7  to amend this Complaint when the true names, capacities, connections and responsibilities of

8  defendants **ARG and DOES ONE to FIFTY, inclusive**, are ascertained.

9       10.    Plaintiffs are informed and believe and therefore allege that all named

10  defendants, including **DOES ONE to FIFTY, inclusive**, conspired to commit the acts

11  described herein, or alternatively, aided and abetted one another in the performance of the

12  wrongful acts hereinafter alleged.

13       11.    Plaintiff **ASIS** is a California corporation registered to do business in California

14  and is located in Garberville, California.  **ASIS** provides Internet access service within the

15  meaning of **15 *U.S.C.* § 7702(11)** and email service within the meaning of ***California***

16  ***Business & Professions Code § 17529.5***.

17       12.    Plaintiff **FOGGY** is a sole proprietorship and is located in Eureka, California.

18  **FOGGY** provides internet access service within the meaning of  **15 *U.S.C.* § 7702(11)** and

19  email service within the meaning of ***California Business & Professions Code § 17529.5***.

20       13.    Plaintiffs allege that Defendants sent or caused to have sent **6269** commercial

21  electronic mail messages from **October 31, 2005, through September 4, 2007**, to Plaintiff

22  **ASIS'** servers, protected computers, containing, and/or accompanied by, header information

23  that was materially false or materially misleading.

24       14.    Plaintiffs allege that Defendants sent or caused to have sent **2852** commercial

25  electronic mail messages from **May 25, 2007, through September 22, 2007**, to Plaintiff

26  **FOGGY'S** servers, protected computers, containing, and/or accompanied by, header

27  information that was materially false or materially misleading.

28       15.    Plaintiffs allege that Defendants transmitted **585** e-mail advertisements to Plaintiff

1  **ASIS'** servers with a subject line that a person would know would be likely to mislead a
2  recipient, acting reasonably under the circumstances, about a material fact regarding the
3  contents and subject matter of the message.

4      16.    Plaintiffs allege that Defendants transmitted **191** e-mail advertisements to Plaintiff
5  **FOGGY'S** servers with a subject line that a person would know would be likely to mislead a
6  recipient, acting reasonably under the circumstances, about a material fact regarding the
7  contents and subject matter of the message.

8      17.    Plaintiffs state that the email accounts that the **6269** commercial emails sent to
9  **ASIS** accounts did not solicit the emails.  Plaintiffs state that some of the email accounts that
10 the **2852** commercial emails sent to **FOGGY** accounts did not solicit the emails.  These emails
11 were unsolicited because they were sent to unassigned or inactive email accounts owned by
12 **ASIS and FOGGY**.  **ASIS** did not solicit any product, service, or information from any entity
13 using these email accounts.  **FOGGY** did not solicit any product, service, or information from
14 any entity using these email accounts.

15     18.    Plaintiff **ASIS** alleges that Defendants sent or caused to have sent **6269**
16 unsolicited e-mail advertisements containing and/or accompanied by falsified, misrepresented,
17 or forged header information.

18     19.    Plaintiff **FOGGY** alleges that Defendants sent or caused to have sent **2852**
19 unsolicited e-mail advertisements containing and/or accompanied by falsified, misrepresented,
20 or forged header information.

21     20.    Plaintiffs allege that Defendants used a harvest and directory attack to acquire
22 Plaintiffs' and Plaintiffs' customers email accounts to send **9121** commercial electronic mail
23 messages to a Plaintiffs' protected computers.  Many of the email accounts receiving the
24 emails have not been active for several years.

25     21.    Plaintiffs allege that Defendants used an automated creation of multiple email
26 accounts to send **9121** commercial electronic mail messages to a Plaintiffs' protected
27 computers.

28 ///

## FIRST CAUSE OF ACTION
### (Violation of CAN-SPAM Act of 2003 – 15 *U.S.C.* §7704(a)(1) and (2), and 15 *U.S.C.* §7704(b)(1) and (2))

22.    Plaintiffs refer to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full.

23.    On **October 31, 2005, through September 4, 2007**, Plaintiff **ASIS** received **6269** commercial electronic mail messages from defendants to its mail server located in California that violated the *CAN-SPAM Act of 2003*.

24.    On **May 25, 2007, through September 22, 2007**, Plaintiff **FOGGY** received **2852** commercial electronic mail messages from defendants to its mail server located in California that violated the *CAN-SPAM Act of 2003*.

25.    Plaintiffs allege that all of the relevant electronic mails sent by or on behalf of the Defendants on **October 31, 2005, through September 22, 2007**, contained or were accompanied by header information that was materially false or materially misleading.  Each of these **9121 (6269** to **ASIS** and **2852** to **FOGGY)** messages indicated that they were from email accounts such as "Confirmation # 057-3852," "MAYBELLINE Mascara Samples," "Your Top Brands," "New Cookies," "YourTopBrands," "Sheer Lip Gloss," or various other unknown identities.  These false email names resolved into emails sent by various person or persons unknown (e,g, "Confirmation # 057-3852" to return@hatsbutter.com,  "MAYBELLINE Mascara Samples" to return@landscapeoval.com,   "Your Top Brands" to happy@mx22.greenthe.com, "New Cookies" to newcookies@mx1.wantitworld.com, "YourTopBrands" to YourTopBrands@northatlantamedicalgroup.com,  and "Sheer Lip Gloss" to lipgloss@mx3.rowusa.net).    See sample emails and source code in **Exhibit "E"** attached hereto.  (Note that all receiving email accounts have been redacted, while these email all represent inactive email accounts they are still the property of **ASIS** and **FOGGY** and are protected by Plaintiffs' corporate privileges.)  A WHOIS check of the domain name registration for the sender of all of the emails indicates that the domain names were registered using a privacy or proxy service. See also in **Exhibit "F."** The true registrant for the sender of all of the emails cannot be determined without a subpoena.    Plaintiffs have reviewed the Domain Name registration for all of the sending

1   Domain Names and determined that all of the emails were sent using email accounts

2   registered to domain names that are registered under services that conceal the true identity of

3   the domain name registrant through a proxy service or privacy service.  See a complete list of

4   the domain name proxy/privacy services used to register the domain names in the subject

5   emails in **Exhibit "G."**    Also see the domain name privacy/proxy service registration

6   agreements in **Exhibit "H." 15 *U.S.C.* §7704(a)(1)(A)** states:

7           "(A) header information that is technically accurate but includes an
            originating electronic mail address, domain name, or Internet
8           Protocol address the access to which for purposes of initiating the
            message was obtained by means of false or fraudulent pretenses
9           or representations shall be considered materially misleading.

10  **15 *U.S.C.* §7704(a)(6)** states:

11          "the term "materially", when used with respect to false or
            misleading header information, includes the alteration or
12          concealment of header information in a manner that would impair
            the ability of an Internet access service processing the message on
13          behalf of a recipient, a person alleging a violation of this section, or
            a law enforcement agency to identify, locate, or respond to a
14          person who initiated the electronic mail message or to investigate
15          the alleged violation..."

16  The registration agreements for the proxy/privacy services prohibit the use of domain names

17  registered in this manner to send bulk commercial emails.  Therefore, since false information

18  was used to generate the domain names and/or domain names were concealed from

19  investigation through proxy/privacy services the electronic mail messages violated **15 *U.S.C.***

20  **§7704(a)(1)(A)**.

21          26.    Plaintiffs further allege that the Defendants sent or had sent **776 (585** to **ASIS**

22  and **191** to **FOGGY)** separate items of electronic mail to Plaintiffs' computers that include

23  advertisements with a subject line that a person would know would be likely to mislead a

24  recipient, acting reasonably under the circumstances, about a material fact regarding the

25  contents and subject matter of the message. **15 *U.S.C.* § 7704(a)(2)(1)** defines two methods

26  for determining if a subject line is misleading: "1) if such person has actual knowledge," or 2)

27  "knowledge fairly implied on the basis of objective circumstances."  Plaintiffs allege that the

28  "circumstances" required are plainly visible in the actual subject lines of the emails.  **776** of the

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF        8

1    emails received by Plaintiffs contain the word "free" in the subject line.  The email subject lines
2    received by Plaintiffs were clearly intended to get someone to open the email by enticing them
3    with free gifts such as: "Claim your Free Apple iPhone," "Your Top Brands is giving you $1000
4    FREE to shop Circuit City!," "Get a Harry Potter Movie Pack - for FREE!," "Claim your new
5    John Deere Lawn Tractor - Free!," "[QUAR] Don't Miss out on a FREE High School Musical
6    Gift Pack inluding Ice Tour Tickts, DVDs, CDs and More!," and "QUAR] Can't Get Enough of
7    High School Musical 2? You Can Go See the Ice Tour FREE!"  See **Exhibit "I."**  (Note that all
8    receiving email accounts have been redacted, while these email all represent inactive email
9    accounts they are still the property of **ASIS** and/or **FOGGY** and are protected by corporate
10   privilege.)  These subject lines are provided as examples.  15 **U.S.C.** 7704(a)(2) states that a
11   violation is proper if consistent with 15 **U.S.C.** 45.  15 **U.S.C.** 45 is titled "Unfair methods of
12   competition unlawful; prevention by Commission," and enables the Federal Trade Commission
13   to issue orders regarding unfair trade practices.  15 **U.S.C.** 45(d) provides that the orders of
14   the Commission are exclusive unless overturned by the United States Court of Appeals.   The
15   FTC has issued 16 **CFR** part 251, "Guide concerning use of the word 'free' and similar
16   representations."   16 **CFR** Part 251 states that the terms of the offer should be set out clearly
17   and conspicuously at the outset of the offer so that no misunderstanding can occur.  In many
18   of the **776** subject emails the terms of the "free" offer, when present, are located at least a full
19   page when printed, or two full screens when viewed in an email browser, away from the free
20   offer.  16 **CFR** Part 251 also states that use of an asterisk or footnote referring to terms and
21   conditions on another page or as a footnote does not constitute good notice.  Many of the
22   emails indicate by use of an asterisk there are terms and conditions.  16 **CFR** Part 251 also
23   requires that a notification of required purchases be included.  No notification of purchases is
24   present although Plaintiffs' investigation indicates that fulfillment of the offers at Defendants'
25   web sites requires the submission of a valid credit card.  Also see 16 **CFR** Part 238 Guides
26   Against Bait Advertising. The web sites that the email recipient is directed to contain extensive
27   terms and conditions that require the recipient to provide personal information and their
28   agreement to take several "sponsor offers."   See **Exhibit "J"** attached hereto for sample

Terms and Conditions for the web landing pages.

27.    Plaintiffs further allege that the Defendants sent **9121** (**6269** to **ASIS** and **2852** to **FOGGY**) separate items of electronic mail to plaintiffs' computer that include statements in the body of the emails stating that they are email messages from **BRANDARAMA (aka BRANDARAMA.COM), also dba FREE GIFT PARADE (aka FREEGIFTPARADE.COM), also dba HOUSEHOLD SAVINGS CLUB (aka HOUSEHOLDSAVINGSCLUB.COM), also dba POLL PRIZE USA (aka POLLPRIZEUSA.COM), also dba REWARDS PARADE (aka REWARDSPARADE.COM), also dba TOP CONSUMER REWARDS (aka TOPCONSUMER REWARDS.COM), also dba USA SURVEY GROUP (aka USASURVEYGROUP.COM), also dba VIEWPOINT REWARDS (aka VIEWPOINTREWARDS.COM), also dba WHOLESOME REWARDS (aka WHOLESOMEREWARDS.COM), also dba YOUR PRODUCT SAMPLES (aka YOURPRODUCTSAMPLES.COM), also dba YOUR TOP BRANDS (aka YOURTOPBRANDS.COM)**.    Uniform Resource Locators (hereafter URLs) contained in the emails directed the recipient to websites of **BRANDARAMA (aka BRANDARAMA.COM), also dba FREE GIFT PARADE (aka FREEGIFTPARADE.COM), also dba HOUSEHOLD SAVINGS CLUB (aka HOUSEHOLDSAVINGSCLUB.COM), also dba POLL PRIZE USA (aka POLLPRIZEUSA.COM), also dba REWARDS PARADE (aka REWARDSPARADE.COM), also dba TOP CONSUMER REWARDS (aka TOPCONSUMER REWARDS.COM), also dba USA SURVEY GROUP (aka USASURVEYGROUP.COM), also dba VIEWPOINT REWARDS (aka VIEWPOINTREWARDS.COM), also dba WHOLESOME REWARDS (aka WHOLESOMEREWARDS.COM), also dba YOUR PRODUCT SAMPLES (aka YOURPRODUCTSAMPLES.COM), also dba YOUR TOP BRANDS (aka YOURTOPBRANDS.COM)**.    Plaintiffs allege that these entities, trademarks, and websites are owned by **ARG**.

28.    Plaintiffs further allege that they received thousands of separate items of electronic mail from the Defendants to email addresses that had not existed for the prior year and had not requested or agreed to accept any solicitations.

29.    Plaintiffs further allege that the Defendants sent or had sent **9121** (**6269** to **ASIS**

1  and **2852** to **FOGGY**) separate items of electronic mail to Plaintiffs' computers that were
2  acquired as the result of a directory harvest. Said conduct was in violation of **15 U.S.C.**
3  **§7704(b)(1)**.

4      30.    Plaintiffs further allege that the defendants sent or had sent **9121** (**6269** to **ASIS**
5  and **2852** to **FOGGY**) separate items of electronic mail to the plaintiffs, from addresses that
6  were acquired by the use of automated tools or scripts. Said conduct was in violation of **15**
7  **U.S.C. §7704(b)(2)**.

8      31.    As a proximate result of said unlawful conduct by said Defendants, Plaintiffs are
9  entitled to statutory damages in the amount of up to $100.00 per email in the case of violation
10 of **15 U.S.C. §7704(a)(1)** and up to $25.00 per email in the case of each violation of
11 subsections **15 U.S.C. §7704(a)(2)** in the form of statutory damages as set forth in **15 U.S.C.**
12 **§7706(g)(1)(B)(ii) and (3)(A)(i)** and **(ii)**.

13     32.    As a proximate result of said unlawful conduct by said defendants, Plaintiffs are
14 entitled to treble all statutory damages as a result of violation of any section of **15 U.S.C.**
15 **§7704(b)** as set forth in **15 U.S.C. §7706(g)(1)(C)**.

16     33.    Plaintiffs furthermore seek a preliminary and permanent injunction against the
17 defendants for their current and future violations of the **CAN-SPAM Act of 2003** as Plaintiffs
18 and members of the general public will continue to incur damages as a result of the unlawful
19 conduct of said defendants. The seeking of injunctive relief by plaintiffs is specifically
20 authorized by **15 U.S.C. §7706(g)(1)(A)**.

21     34.    Plaintiffs furthermore seek their attorney fees and costs against the defendants
22 pursuant to **15 U.S.C. §7706(g)(4)**.

23 <div align="center">

**SECOND CAUSE OF ACTION**
24 **(Violation of California Business and Professions Code §17529.5**
**Unlawful activities relating to commercial email advertisements.)**
</div>

25     35.    Plaintiffs hereby incorporate by reference paragraphs 1 through 34, inclusive, as
26 if the same were fully set forth herein.

27     36.    Plaintiffs allege that all of the relevant electronic mails sent by or on behalf of the
28 Defendants on **October 31, 2005, through September 22, 2007**, contained or were

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF    11

accompanied by header information that was materially false or materially misleading. Each of these **9121 (6269** to **ASIS** and **2852** to **FOGGY)** messages indicated that they were from email accounts such as "Confirmation # 057-3852," "MAYBELLINE Mascara Samples," "Your Top Brands," "New Cookies," "YourTopBrands," "Sheer Lip Gloss," or various other unknown identities. These false email names resolved into emails sent by various person or persons unknown (e,g, "Confirmation # 057-3852" to return@hatsbutter.com, "MAYBELLINE Mascara Samples" to return@landscapeoval.com, "Your Top Brands" to happy@mx22.greenthe.com, "New Cookies" to newcookies@mx1.wantitworld.com, "YourTopBrands" to YourTopBrands@ northatlantamedicalgroup.com, and "Sheer Lip Gloss" lipgloss@mx3.rowusa.net). See sample emails and source code in **Exhibit "E"** attached hereto. (Note that all receiving email accounts have been redacted, while these email all represent inactive email accounts they are still the property of **ASIS** and **FOGGY** and are protected by Plaintiffs' corporate privileges.) A WHOIS check of the domain name registration for the sender of all of the emails indicates that the domain names were registered using a privacy or proxy service. See also in **Exhibit "F."** The true registrant for the sender of all of the emails cannot be determined without a subpoena. Plaintiffs have reviewed the Domain Name registration for all of the sending Domain Names and determined that all of the emails were sent using email accounts registered to domain names that are registered under services that conceal the true identity of the domain name registrant through a proxy service or privacy service. See a complete list of the domain name proxy/privacy services used to register the domain names in the subject emails in **Exhibit "G."** Also see the domain name privacy/proxy service registration agreements in **Exhibit "H."** Therefore, the electronic mail violated *California Business and Professions Code* § 17529.5(a)(2).

37. Plaintiffs further allege that the Defendants sent **776 (585** to **ASIS** and **191** to **FOGGY)** separate unsolicited electronic mail advertisements to plaintiffs' computers that include various subject lines that were false and misleading and would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message in violation of *California Business and*

1  **Professions Code** § 17529.5(a)(3). Plaintiffs allege that the "circumstances" required are

2  plainly visible in the actual subject lines of the emails. The email subject lines received by

3  Plaintiffs were clearly intended to get someone to open the email by enticing them with free

4  gifts such as: "Claim your Free Apple iPhone," "Your Top Brands is giving you $1000 FREE to

5  shop Circuit City!," "Get a Harry Potter Movie Pack - for FREE!," "Claim your new John Deere

6  Lawn Tractor - Free!," " [QUAR] Don't Miss out on a FREE High School Musical Gift Pack

7  inluding Ice Tour Tickts, DVDs, CDs and More!," and "QUAR] Can't Get Enough of High

8  School Musical 2? You Can Go See the Ice Tour FREE!" See **Exhibit "I."** These subject

9  lines are provided as examples, various other similar subject lines promising free gifts were

10  included in the emails.

11      38.    As a proximate result of said unlawful conduct by said Defendants, Plaintiffs are

12  entitled to liquidated damages in the amount of $1,000.00 for each unsolicited commercial

13  email transmitted in violation of **California Business and Professions Code** § 17529.5(a) as

14  set forth in **California Business and Professions Code** § 17529.5(b)(1)(B)(ii).

15      39.    Plaintiffs furthermore seek their attorney fees and costs against the defendants

16  pursuant to **California Business and Professions Code** §17529.5(b)(1)(C).

17      **WHEREFORE**, plaintiffs pray judgment against the defendants and each of them as

18  follows:

19      1.    For statutory damages of up to $100.00 for each violation of **15 _U.S.C._**

20  **§7704(a)(1)** and up to $25.00 in the case of violations of **§ 7704(a)(2)** in the sum of

21  **$1,140,125**;

22      2.    For aggravated damages under **15 _U.S.C._ §7706(g)(1)(C)** of up to three times

23  the amount above for these violations committed by the defendants' violations of **15 _U.S.C._**

24  **§7704(b)** in the sum of **$3,420,375**;

25      3.    For a preliminary and permanent injunction preventing the defendants and all

26  persons acting in concert with them from the violation of the **_Can-Spam Act of 2003_**;

27      4.    For liquidated damages of $1000.00 for each violation of **_California Business_**

28  **_and Professions Code_** § 17529.5(a) in the sum of **$9,121,000**;

5. For an award of reasonable attorneys' fees and costs according to proof;

6. For costs of suit; and

7. For such other and further relief as this Courts deems just and proper.

**SINGLETON LAW GROUP**

Dated: December 4, 2007

Jason K. Singleton
Richard E. Grabowski,
Attorneys for Plaintiffs, **ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER, dba FOGGY.NET**

## REQUEST FOR JURY TRIAL

Plaintiff hereby requests a jury for all claims for which a jury is permitted.

**SINGLETON LAW GROUP**

Dated: December 4, 2007

Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs, **ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER, dba FOGGY.NET**

Exhibit H

1  **Jason K. Singleton,** State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski,** State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
4  **Eureka, CA 95501**

5  **(707) 441-1177**
   **FAX  441-1533**

6  **Attorneys for Plaintiff, ASIS INTERNET SERVICES**

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10  **ASIS INTERNET SERVICES, a California**          ) **Case No. C-08-01566 SC**
    **corporation**                                    )
11                                                     )
                                                       )
12          **Plaintiff,**                              ) **COMPLAINT FOR DAMAGES AND**
                                                       ) **INJUNCTIVE RELIEF – VIOLATION OF**
    **vs.**                                            ) **CAN-SPAM ACT OF 2003 [15** *U.S.C.*
13                                                     ) **§7701,** *et seq.***] AND CALIFORNIA**
                                                       ) **BUSINESS & PROFESSIONS CODE**
14  **PURE ADS, LLC, a Florida Limited Liability**    ) **§17529.5**
    **Company, dba BEST ONLINE GIFT CENTER**          )
15  **(aka BESTONLINEGIFTCENTER.COM),**               ) **DEMAND FOR JURY TRIAL**
    **also dba BRAND NAME AMERICA (aka**              )
16  **BRANDNAMEAMERICA.COM),**                         )
    **also dba BRAND NAME GOODIES (aka**              )
17  **BRANDNAMEGOODIES.COM),**                         )
    **also dba BRAND NAME REWARDS (aka**              )
18  **BRAND NAME REWARDS.COM), also dba**             )
    **BRAND NAME TEST PANEL (aka**                    )
19  **BRANDNAMETESTPANEL.COM),**                       )
    **also dba BRAND SURVEY CENTER (aka**             )
20  **BRANDSURVEYCENTER.COM), also dba**              )
    **BRAND SURVEY PORTAL (aka**                      )
21  **BRANDSURVEYPORTAL.COM), also dba**              )
    **CUSTOMER DIRECT SAVINGS (aka**                  )
22  **CUSTOMERDIRECTSAVINGS.COM), also dba**          )
    **CUSTOMER ONLINE SAVINGS (aka**                  )
23  **CUSTOMERONLINESAVINGS.COM), also dba**          )
    **CUSTOMER SURVEY REWARDS (aka**                  )
24  **CUSTOMERSURVEYREWARDS.COM), also**              )
    **dba NAME BRAND SURVEYS (aka**                   )
25  **NAMEBRANDSURVEYS.COM), also dba**               )
    **PRIZE REWARD CENTER (aka**                      )
26  **PRIZEREWARDCENTER.COM), also dba**              )
    **PRIZE REWARD PORTAL (aka**                      )
27
28

---

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF      1

1  PRIZEREWARDPORTAL.COM), also dba
   PURE GIFT CENTER (aka
2  PUREGIFTCENTER.COM), also dba
   SURVEY REWARDS CENTER (aka
3  SURVEYREWARDSCENTER.COM), also dba
   THE PERFECT GIFT CENTER (aka
4  THEPERFECTGIFTCENTER.COM), also dba
   TOTAL REWARD ZONE (aka
5  TOTALREWARDZONE.COM), also dba
   YOUR BIG PRIZE (aka YOURBIGPRIZE.COM),
6  and DOES ONE through FIFTY, inclusive,

7
           Defendants.
8  _____

9

10         **Plaintiff ASIS INTERNET SERVICES, a California corporation,** and a provider of

11  Internet Access, complains of Defendants **PURE ADS, LLC, a Florida Limited Liability**

12  **Company, dba BEST ONLINE GIFT CENTER (aka BESTONLINEGIFTCENTER.COM), also**

13  **dba BRAND NAME AMERICA (aka BRANDNAMEAMERICA.COM), also dba BRAND**

14  **NAME GOODIES (aka BRANDNAMEGOODIES.COM), also dba BRAND NAME REWARDS**

15  **(aka BRANDNAMEREWARDS.COM), also dba BRAND NAME TEST PANEL (aka**

16  **BRANDNAMETESTPANEL.COM), also dba BRAND SURVEY CENTER (aka**

17  **BRANDSURVEYCENTER.COM), also dba BRAND SURVEY PORTAL (aka**

18  **BRANDSURVEYPORTAL.COM), also dba CUSTOMER DIRECT SAVINGS (aka**

19  **CUSTOMERDIRECTSAVINGS.COM), also dba CUSTOMER ONLINE SAVINGS (aka**

20  **CUSTOMERONLINESAVINGS.COM), also dba CUSTOMER SURVEY REWARDS (aka**

21  **CUSTOMERSURVEYREWARDS.COM), also dba NAME BRAND SURVEYS (aka**

22  **NAMEBRANDSURVEYS.COM), also dba PRIZE REWARD CENTER (aka**

23  **PRIZEREWARDCENTER.COM), also dba PRIZE REWARD PORTAL (aka**

24  **PRIZEREWARDPORTAL.COM), also dba PURE GIFT CENTER (aka**

25  **PUREGIFTCENTER.COM), also dba SURVEY REWARDS CENTER (aka**

26  **SURVEYREWARDSCENTER.COM), also dba THE PERFECT GIFT CENTER (aka**

27  **THEPERFECTGIFTCENTER.COM), also dba TOTAL REWARD ZONE (aka**

28  **TOTALREWARDZONE.COM), also dba YOUR BIG PRIZE (aka YOURBIGPRIZE.COM),**

   **and DOES ONE through FIFTY, inclusive,,** and alleges violations of ***CAN-SPAM Act,* 15**

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF       2

1   **U.S.C. §7704(a) and (b)** and **California Business and Professions Code §17529.5(a)** and

2   requests injunctive relief, liquidated damages, statutory damages, aggravated damages, and

3   attorney fees authorized as remedies under **15 U.S.C. §7706(g)** and **California Business and**

4   **Professions Code § 17529.5(b)(1)(B)**.

5   <u>**JURISDICTION AND VENUE**</u>

6   1.      This Court has original jurisdiction of this action pursuant to **28 U.S.C. §1331** for

7   violations of the **CAN-SPAM Act of 2003 (15 U.S.C. §§7701 et seq.)**.   This Court also has

8   original jurisdiction under **15 U.S.C. §7706(g)(1)** for cases involving a civil action by an

9   **internet access provider** adversely affected by a violation of section **15 U.S.C. §7704(a)(1),**

10  **15 U.S.C. §7704(b), or 15 U.S.C. §7704(d)**, or a pattern or practice that violates paragraphs

11  **(2), (3), (4), or (5) of 15 U.S.C. §7704(a)**.   Pursuant to pendent jurisdiction, attendant and

12  related causes of action, arising from the same facts, are also brought under California law,

13  including, but not limited to, violations of **California Business & Professions Code §17529.5**.

14  2.      This Court has personal jurisdiction over Defendant **PURE ADS, LLC**,

15  (hereinafter **"PURE ADS"**) which maintains offices at 1730 Federal Highway, Suite #345,

16  Delray Beach, Florida 33483, according to representations made to the Secretary of State of

17  Florida (See **Exhibit "A,"** Florida Secretary of State Business Portal Report).  Plaintiff alleges

18  on good cause and belief that the other **dba's** named in this suit are copyrighted brand names

19  owned by **PURE ADS.**   Therefore, the court has personal jurisdiction pursuant to physical

20  presence of the Defendant within the court's territorial jurisdiction.  **Burnham v. Sup.Ct.**, 495

21  US at 610–611, (1990).

22  3.      Plaintiff received **5360** emails containing advertisements for **PURE ADS** and their

23  marketing brands as named in this suit.  **4668** of these emails contain the address of **PURE**

24  **ADS** at 1730 FEDERAL HIGHWAY, SUITE #345, DELRAY BEACH FL 33483, in the body of

25  the emails.  (See **Exhibit "B,"** for samples of the emails containing the **PURE ADS** address.)

26  Each emails refers to the Delray Beach address and that of one of the brand names identified

27  as belonging to **PURE ADS**.  URL links within the emails direct the recipient to sites named as

28  the brands for **PURE ADS**.  (See **Exhibit "B"** for sample emails and **Exhibit "C"** for printed

1    versions of the brand name web sites.)

2         4.    The WHOIS information for each of the brand names indicates that the sites are

3    registered using a privacy protection service, and the identity of the true owners is available

4    only by issuing a subpoena.  However, a check of the IP addresses for these sites indicates

5    that **PURE ADS** is the customer for IP addresses for these brand web sites.  (See **Exhibit "D"**

6    for the WHOIS reports for the brand web sites and the associated IP addresses.)

7         5.    Plaintiff alleges on good cause and belief that Defendant has contracted with

8    California companies to send the emails complained of herein.  The emails contain the names

9    and addresses of four California businesses that Defendant has apparently contracted with to

10   send part of the subject emails:

11              Fan Bll Inc / Media Time
12              ECM #46527
                PO Box 515381
13              Los Angeles, CA 90051-6681

14              Adtrack Marketing
                100 E. San Marcos Blvd. Suite 370
15              San Marcos, CA 92069

16              Griffith Park Media
                4209 Santa Monica Blvd. Suite 100
17              Los Angeles, CA 90029

18              Software Innovations Inc.
                160 W. Foothill Pkwy, Suite 105-20
19              Corona, CA  92882

20   (See **Exhibit "E"** for sample emails supposedly from these California Companies).

21        6.    Therefore, Defendant has created continuous and ongoing business

22   relationships with businesses in California, the forum state, through these contracts.   In

23   addition, the emails themselves contemplate the creation of an additional ongoing business

24   relationship with the residents of California to whom the emails were sent in the form of a

25   contract.  This relationship is established by the recipient going to **PURE ADS** brand web sites,

26   providing information, agreeing to the terms and conditions at the web sites, and agreeing to

27   sign up for sponsor offers in order to receive prizes or gifts.  This represents a contractual

28   relationship between the advertiser (offeror, **PURE ADS***), the email recipient (acceptor), and

1    compensation (recipient information and acceptance of sponsor offers for awards). Therefore,

2    Defendant has established continuous and systematic relations in the forum state that are the

3    subject of the law suit (the emails) creating certain minimal contacts with the forum such that

4    "the maintenance of the suit does not offend traditional notions of fair play and substantial

5    justice." *International Shoe Co. v. Washington,* 326 U.S. 310 at 320 (1945).

6           7.     Defendants have purposely availed themselves of the privileges of conducting

7    activities in the forum, the emails are the subject of the action, and exercise of jurisdiction is

8    reasonable since Defendants should have known that they would be subject to the jurisdiction

9    and laws of the forum when commercial emails and advertisements were sent to email

10   accounts at a Northern California Internet Access Provider. *Aitken v. Communications*

11   *Workers of America*, 496 F.Supp.2d 653 at 659 (E.D.Va.,2007); *Verizon Online Services,*

12   *Inc. v. Ralsky*, 203 F.Supp.2d 601 at 611 - 620 (E.D.Va.,2002); and *Internet Doorway, Inc. v.*

13   *Parks*, 138 F.Supp.2d 773 at 779 - 780 (S.D.Miss.,2001).

14          8.     Therefore, Plaintiff has factual support and good reason to believe the emails

15   and advertisements were sent by or for Defendant **PURE ADS** in order to create ongoing

16   business relations in the forum, and the court therefore has specific personal jurisdiction over

17   the Defendants.

18          9.     Venue is proper in this Court pursuant to **28 *U.S.C.* §1391(b)** and is founded on

19   the fact that a substantial part of the unlawful actions of the defendants occurred in this judicial

20   district, that is the emails were sent to an Email and Internet Access Provider in Garberville,

21   California.

22                              **FACTUAL ALLEGATIONS**

23         10.    Plaintiff is informed and believes and therefore alleges that Defendant **PURE**

24   **ADS** is a Florida Limited Liability Company. (see **Exhibit "A"**) Defendant **PURE ADS** is

25   believed to be a limited liability company or the agent of a limited liability company or

26   partnership providing internet marketing services to retailers selling to residents of the United

27   States and California over the internet.

28         11.    Plaintiff is informed and believes and therefore alleges that Defendants **BEST**

ONLINE GIFT CENTER (aka BESTONLINEGIFTCENTER.COM), also dba **BRAND NAME AMERICA** (aka BRANDNAMEAMERICA.COM), also dba **BRAND NAME GOODIES** (aka BRANDNAMEGOODIES.COM), also dba **BRAND NAME REWARDS** (aka BRANDNAMEREWARDS.COM), also dba **BRAND NAME TEST PANEL** (aka BRANDNAMETESTPANEL.COM), also dba **BRAND SURVEY CENTER** (aka BRANDSURVEYCENTER.COM), also dba **BRAND SURVEY PORTAL** (aka BRANDSURVEYPORTAL.COM), also dba **CUSTOMER DIRECT SAVINGS** (aka CUSTOMERDIRECTSAVINGS.COM), also dba **CUSTOMER ONLINE SAVINGS** (aka CUSTOMERONLINESAVINGS.COM), also dba **CUSTOMER SURVEY REWARDS** (aka CUSTOMERSURVEYREWARDS.COM), also dba **NAME BRAND SURVEYS** (aka NAMEBRANDSURVEYS.COM), also dba **PRIZE REWARD CENTER** (aka PRIZEREWARDCENTER.COM), also dba **PRIZE REWARD PORTAL** (aka PRIZEREWARDPORTAL.COM), also dba **PURE GIFT CENTER** (aka PUREGIFTCENTER.COM), also dba **SURVEY REWARDS CENTER** (aka SURVEYREWARDSCENTER.COM), also dba **THE PERFECT GIFT CENTER** (aka THEPERFECTGIFTCENTER.COM), also dba **TOTAL REWARD ZONE** (aka TOTALREWARDZONE.COM), also dba **YOUR BIG PRIZE (aka YOURBIGPRIZE.COM)** (hereafter "**BRANDS**")**,** are aliases or agents for Defendants **PURE ADS.** (See **Exhibit "D"** for the WHOIS reports for the brand web sites and the associated IP addresses; also see **Exhibit "B,"** for samples of the emails containing the **PURE ADS** address.)

12. Plaintiff **ASIS INTERNET SERVICES (hereafter "ASIS")** does not know the true names and capacities of Defendants **PURE ADS, BRANDS, and DOES ONE to FIFTY, inclusive**, their business capacities, their ownership connection to the business(s), nor their relative responsibilities in causing the ***CAN-SPAM Act of 2003*** and other violations herein complained of, and alleges, on information and belief, a joint venture and common enterprise by all such defendants. Plaintiff is informed and believes that each of the defendants herein, including DOES ONE to FIFTY, inclusive, is the agent, ostensible agent, master, servant, employer, employee, representative, franchiser, franchisee, joint venturer, partner, and

associate, or such similar capacity, of each of the other defendants, and was at all times acting and performing, or failing to act or perform, with the authorization, consent, permission or ratification of each of the other defendants, and is responsible in some manner for the acts and omissions of the other defendants in legally causing the violations and damages complained of herein, and have approved or ratified each of the acts or omissions of each other defendant, as herein described. Plaintiff will seek leave to amend this Complaint when the true names, capacities, connections and responsibilities of defendants **PURE ADS, BRANDS, and DOES ONE to FIFTY, inclusive**, are ascertained.

13. Plaintiff is informed and believes and therefore alleges that all named defendants, including **DOES ONE to FIFTY, inclusive**, conspired to commit the acts described herein, or alternatively, aided and abetted one another in the performance of the wrongful acts hereinafter alleged.

14. Plaintiff **ASIS** is a California corporation registered to do business in California and is located in Garberville, California. **ASIS** provides Internet access service within the meaning of **15 *U.S.C.* §7702(11)** and email service within the meaning of ***California Business & Professions Code §*17529.5**.

15. Plaintiff alleges that Defendants sent or caused to have sent **5360** commercial electronic mail messages from **July 8, 2007, through February 21, 2008**, to Plaintiff **ASIS'** servers, protected computers, containing, and/or accompanied by, header information that was materially false or materially misleading.

16. Plaintiff received Defendant's emails and Plaintiff has suffered adverse affect from the sending and receipt of Defendant's emails. Plaintiff's web site has a clear notice that misuse of its resources is prohibited:

> "ASIS provides the use of its equipment and services for the exclusive use of its subscribing customers. ASIS prohibits the use of its equipment and services by anyone other than its subscribing customers for any purpose unless specifically authorized by ASIS in writing. ASIS specifically prohibits the use of its equipment and services, including but not limited to mail servers, for delivery, transmission, or re-transmission of unsolicited commercial emails (UCE) or unsolicited bulk emails (UBE)."

See **ASIS' Acceptable Use Policy** at www.asis.com.

17.     Plaintiff alleges that Defendants sent or caused to have sent **5360** commercial electronic mail messages from **July 8, 2007, through February 21, 2008**, to Plaintiff **ASIS'** servers with a subject line that a person would know would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents and subject matter of the message.

18.     Plaintiff states that the email accounts that the **5360** commercial emails sent to **ASIS** accounts did not solicit the emails.  These emails were unsolicited because they were sent to unassigned or inactive email accounts owned by **ASIS**.  **ASIS** did not solicit any product, service, or information from any entity using these email accounts.

19.     Plaintiff **ASIS** alleges that Defendants sent or caused to have sent **5360** unsolicited e-mail advertisements containing and/or accompanied by falsified, misrepresented, or forged header information.

20.     Plaintiff **ASIS** alleges that Defendants sent or caused to have sent **5360** unsolicited e-mail advertisements containing and/or accompanied by misleading subject lines.

21.     Plaintiff alleges that Defendants used a harvest and directory attack to acquire Plaintiff's and Plaintiff's customers email accounts to send **5360** commercial electronic mail messages to Plaintiff's protected computers.  Many of the email accounts receiving the emails have not been active for several years.

22.     Plaintiff alleges that Defendants used an automated creation of multiple email accounts to send **5360** commercial electronic mail messages to Plaintiff's protected computers.

## FIRST CAUSE OF ACTION
(**Violation of CAN-SPAM Act of 2003 – 15 _U.S.C._ §7704(a)(1) and (2),
and 15 _U.S.C._ §7704(b)(1) and (2))**

23.     Plaintiff refers to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full.

24.     On **July 8, 2007, through February 21, 2008**, Plaintiff **ASIS** received **5360** commercial electronic mail messages from defendants to its mail server located in California

that violated the **CAN-SPAM Act of 2003**.

25.     Plaintiff alleges that all of the relevant electronic mails sent by or on behalf of the Defendants on **July 8, 2007, through February 21, 2008**, contained or were accompanied by header information that was materially false or materially misleading.   Each of these **5360** messages indicated that they were from email accounts from domain names such as 2008Site.com, BESTAVAILABLEGIFTS.COM, and candycuddy.com.  (See **Exhibit "F"** for a complete list of the sending domain names at issue in this action.)   See sample emails and source code in **Exhibit "B"** attached hereto.  (Note that all receiving email accounts have been redacted, while these email all represent inactive email accounts they are still the property of **ASIS** and are protected by Plaintiff's corporate privileges.)  A WHOIS check of the domain name registration for the sender of all of the emails indicates that the domain names were registered using a privacy or proxy service. (See **Exhibit "G"** for WHOIS reports for the sending email account domain names.)  The true registrant for the sender of all of the emails cannot be determined without a subpoena.   Plaintiff has reviewed the Domain Name registration for all of the sending Domain Names and determined that all of the emails were sent using email accounts registered to domain names that are registered under services that conceal the true identity of the domain name registrant through a proxy service or privacy service.  Also see the domain name privacy/proxy service registration agreements in **Exhibit "H".**

**15 *U.S.C.* §7704(a)(1)(A)** states:

> "(A) header information that is technically accurate but includes an originating electronic mail address, domain name, or Internet Protocol address the access to which for purposes of initiating the message was obtained by means of false or fraudulent pretenses or representations shall be considered materially misleading."

**15 *U.S.C.* §7704(a)(6)** states:

> "the term "materially" when used with respect to false or misleading header information, includes the alteration or concealment of header information in a manner that would impair the ability of an Internet access service processing the message on behalf of a recipient, a person alleging a violation of this section, or a law enforcement agency to identify, locate, or respond to a person who initiated the electronic mail message or to investigate the alleged

violation…"

The registration agreements for the proxy/privacy services prohibit the use of domain names registered in this manner to send bulk commercial emails.   Therefore, since false information was used to generate the domain names and/or domain names were concealed from investigation through proxy/privacy services the electronic mail messages violated **15 *U.S.C.* §7704(a)(1)(A)**.

26.    Plaintiff further alleges that the Defendants sent or had sent **5360** separate items of electronic mail to Plaintiff's computers that include a subject line that a person would know would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents and subject matter of the message. **15 *U.S.C.* §7704(a)(2)(1)** defines two methods for determining if a subject line is misleading: "1) if such person has actual knowledge," or 2) "knowledge fairly implied on the basis of objective circumstances."   Plaintiff alleges that the "circumstances" required are plainly visible in the actual subject lines of the emails. Defendants advertise and market their offers through email and Web-based ads. **5360** of the emails received by Plaintiff contain statements such as "Free Nokia N95 Today!", "Your 1000 Walmart (R) Card - confirm for shipment", "Free Dell Laptop", and "Get a FREE MacBook Air!" in the subject lines.   See **Exhibit "I"** for a complete list of the email subject lines.   In the email body the advertisement further enticed the recipient by purporting to provide shipping instructions for the prizes.    The email subject lines received by Plaintiff were clearly intended to get someone to open the email by enticing them with free gifts.   (See **Exhibit "B"** for samples of the emails.)   (Note that all receiving email accounts have been redacted, while these email all represent inactive email accounts they are still the property of **ASIS** and are protected by corporate privilege.)

27.    **15 *U.S.C.* 7704(a)(2)** states that a violation is proper if consistent with **15 *U.S.C.* 45**.   **15 *U.S.C.* 45** is titled "Unfair methods of competition unlawful; prevention by Commission," and enables the Federal Trade Commission to issue orders regarding unfair trade practices. **15 *U.S.C.* 45(d)** provides that the orders of the Commission are exclusive unless overturned by the United States Court of Appeals.    The FTC has issued 16 **CFR** part 251, "Guide

concerning use of the word 'free' and similar representations."   16 **CFR** Part 251 states that the terms of the offer should be set out clearly and conspicuously at the outset of the offer so that no misunderstanding can occur. Most of the emails subject lines represent that the recipient has received a free gift.  For example the email with the subject line "Free Nokia N95 Today!" further states in the body of the email "CLAIM YOUR NOKIA N95" in a large blinking box.   The web sites that the email recipient is directed to contain extensive terms and conditions that require the recipient to provide personal information and their agreement to take several "sponsor offers."   See **Exhibit "J"** for samples of the Terms and Conditions of the "**BRANDS."**  See **Exhibit "K"** for printouts of the Defendant's website for the "Free Nokia N95 Today!"  Only by going to Defendant's web sites can the recipient find out what the terms and conditions are for the supposedly free gifts.  16 **CFR** Part 251 requires that this information be on the same page displayed in a conspicuous manner.  The terms and conditions are not mentioned in the subject line and are not contained anywhere in the email body.   This evidence indicates and Plaintiff alleges that the subject lines and advertisements contained in the emails are in violation of 16 **CFR** Part 251 and therefore also in violation of **15 *U.S.C.* §7704(a)(2).**

28.    Plaintiff further alleges that most of the emails sent to plaintiff's computer include statements in the body of the emails stating that they are email advertisements from **BRANDS**. Uniform Resource Locators (hereafter URLs) contained in all of the emails directed the recipient to websites of **BRANDS**.   Plaintiff alleges that these entities, trademarks, and websites are owned by **PURE ADS**.

29.    Plaintiff further alleges that they received **5360** of separate items of electronic mail from the Defendants to email addresses that had not existed for the prior year and had not requested or agreed to accept any solicitations.

30.    Plaintiff further alleges that the Defendants sent or had sent **5360** separate items of electronic mail to Plaintiff's computers that were acquired as the result of a directory harvest. Said conduct was in violation of **15 *U.S.C.* §7704(b)(1)**.

31.    Plaintiff further alleges that the defendants sent or had sent **5360** separate items

1   of electronic mail to plaintiff from addresses that were acquired by the use of automated tools

2   or scripts.  Said conduct was in violation of **15 *U.S.C.* §7704(b)(2)**.

3       32.     As a proximate result of said unlawful conduct by said Defendants, Plaintiff is

4   entitled to statutory damages in the amount of up to $100.00 per email in the case of violation

5   of **15 *U.S.C.* §7704(a)(1)** and up to $25.00 per email in the case of each violation of

6   subsections **15 *U.S.C.* §7704(a)(2)** in the form of statutory damages as set forth in **15 *U.S.C.***

7   **§7706(g)(1)(B)(ii) and (3)(A)(i)** and **(ii)**.

8       33.     As a proximate result of said unlawful conduct by said defendants, Plaintiff is

9   entitled to treble all statutory damages as a result of violation of any section of **15 *U.S.C.***

10  **§7704(b)** as set forth in **15 *U.S.C.* §7706(g)(1)(C)**.

11      34.     Plaintiff furthermore seeks a preliminary and permanent injunction against the

12  defendants for its current and future violations of the ***CAN-SPAM Act of 2003*** as Plaintiff and

13  members of the general public will continue to incur damages as a result of the unlawful

14  conduct of said defendants.   The seeking of injunctive relief by plaintiff is specifically

15  authorized by **15 *U.S.C.* §7706(g)(1)(A)**.

16      35.     Plaintiff furthermore seeks its attorney fees and costs against the defendants

17  pursuant to **15 *U.S.C.* §7706(g)(4)**.

**SECOND CAUSE OF ACTION**

18
19
**(Violation of *California Business and Professions Code* §17529.5**
**Unlawful activities relating to commercial email advertisements.)**

20      36.     Plaintiff hereby incorporates by reference the preceding paragraphs, inclusive, as

21  if the same were fully set forth herein.

22      37.     Plaintiff alleges that all of the relevant electronic mails sent by or on behalf of the

23  Defendants on **July 8, 2007, through February 21, 2008**, contained or were accompanied by

24  header information that was materially false or materially misleading.  Each of these **5360**

25  messages indicated that they were from email accounts from domain names such as

26  2008Site.com, BESTAVAILABLEGIFTS.COM, and candycuddy.com.  See **Exhibit "F"** for a

27  complete list of the domain names at issue in this action.  See sample emails and source code

28  in **Exhibit "B"** attached hereto.  (Note that all receiving email accounts have been redacted,

1    while these email all represent inactive email accounts they are still the property of **ASIS** and

2    are protected by Plaintiff's corporate privileges.)  A WHOIS check of the domain name

3    registration for the sender of all of the emails indicates that the domain names were registered

4    using a privacy or proxy service. See **Exhibit "G"**  The true registrant for the sender of all of

5    the emails cannot be determined without a subpoena.  Plaintiff has reviewed the Domain

6    Name registration for all of the sending Domain Names and determined that all of the emails

7    were sent using email accounts registered to domain names that are registered under services

8    that conceal the true identity of the domain name registrant through a proxy service or privacy

9    service.

10          38.    Therefore, the electronic mail violated ***California Business and Professions***

11   ***Code*** § 17529.5(a)(2).

12          39.    Plaintiff further alleges that the Defendants sent **5360** separate unsolicited

13   electronic mail advertisements to plaintiff's computers that include various subject lines that

14   were false and misleading and would be likely to mislead a recipient, acting reasonably under

15   the circumstances, about a material fact regarding the contents or subject matter of the

16   message in violation of ***California Business and Professions Code*** § **17529.5(a)(3)**.  Plaintiff

17   alleges that the "circumstances" required are plainly visible in the actual subject lines of the

18   emails.  The email subject lines received by Plaintiff were clearly intended to get someone to

19   open the email by enticing them with free gifts such as: ""Free Nokia N95 Today!", "Your 1000

20   Walmart (R) Card - confirm for shipment", "Free Dell Laptop", and "Get a FREE MacBook Air!"

21   in the subject lines.  See **Exhibit "I"** for a complete list of the email subject lines.  The email

22   subject lines received by Plaintiff were clearly intended to get someone to open the email by

23   enticing them with free gifts.  See **Exhibit "B"**  for sample emails.  (Note that all receiving

24   email accounts have been redacted, while these email all represent inactive email accounts

25   they are still the property of **ASIS** and are protected by corporate privilege.)

26          40.    As a proximate result of said unlawful conduct by said Defendants, Plaintiff is

27   entitled to liquidated damages in the amount of $1,000.00 for each unsolicited commercial

28   email transmitted in violation of ***California Business and Professions Code*** § **17529.5(a)** as

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF      13

set forth in *California Business and Professions Code § 17529.5(b)(1)(B)(ii)*.

41.    Plaintiff furthermore seeks its attorney fees and costs against the defendants pursuant to *California Business and Professions Code §17529.5(b)(1)(C)*.

**WHEREFORE**, plaintiff prays judgment against the defendants and each of them as follows:

1.    For statutory damages of up to $100.00 for each violation of **15 *U.S.C.* §7704(a)(1)** and up to $25.00 in the case of violations of **§7704(a)(2)** in the sum of **$670,000**;

2.    For aggravated damages under **15 *U.S.C.* §7706(g)(1)(C)** of up to three times the amount above for these violations committed by the defendants' violations of **15 *U.S.C.* §7704(b)** in the sum of **$2,010,000**;

3.    For a preliminary and permanent injunction preventing the defendants and all persons acting in concert with them from the violation of the *Can-Spam Act of 2003*;

4.    For liquidated damages of $1000.00 for each violation of *California Business and Professions Code § 17529.5(a)* in the sum of **$5,360,000**;

5.    For an award of reasonable attorneys' fees and costs according to proof;

6.    For costs of suit; and

7.    For such other and further relief as this Courts deems just and proper.

**SINGLETON LAW GROUP**

Dated:    March 19, 2008       /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

## REQUEST FOR JURY TRIAL

Plaintiff hereby requests a jury for all claims for which a jury is permitted.

**SINGLETON LAW GROUP**

Dated:    March 19, 2008       /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**