# Exhibit I

1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3  OAKLAND, CALIFORNIA  DEPARTMENT TWO, FOURTH FLOOR
 4  ASIS INTERNET,            ) CASE NO. C-05-5124 CW
 5        PLAINTIFF,          )
 6  V.                        )
 7  OPTIN GLOBAL, INC.        )
 8        DEFENDANT.          )
 9  _____)
10          REPORTER'S TRANSCRIPT OF PROCEEDINGS
11                FRIDAY, APRIL 21, 2006
12  APPEARANCES:
13  FOR THE PLAINTIFF:
14  RICHARD GRABOWSKI,
    ATTORNEY AT LAW
15  SINGLETON LAW GROUP
    611 "L" STREET, SUITE
16  EUREKA, CALIFORNIA  9550
17  FOR THE DEFENDANT:
18  BONNIE MACFARLANE,
    ATTORNEY AT LAW
19  720 HOWE AVENUE, SUITE 113
    SACRAMENTO, CALIFORNIA  95825
20  TEL (800) 230-5528
    FAX (800) 230-5866
21
22
23
24  (MORE APPEARANCES ON NEXT PAGE)
25  REPORTED BY:  STARR A. WILSON, CSR 2462
```

ORIGINAL FILED
MAY - 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

```
 1   UNDER RULE 11, IF YOU CAN'T SAY THAT ABOUT THEM, THEN YOU
 2   BETTER NOT.  BUT THAT'S WHAT YOU WOULD NEED TO SAY.  UM,
 3   SO -- BUT YOU DON'T HAVE YOUR CMC UNTIL THE EIGHTH OF
 4   SEPTEMBER SO I'LL PUT AN ORDER OUT AND I'LL GIVE YOU 20 DAYS
 5   FROM THE DATE THE ORDER COMES OUT TO FILE AN AMENDED
 6   COMPLAINT.  YOU CAN THEN ANSWER IT OR MOVE TO DISMISS IT
 7   AGAIN AS YOU SEE FIT.  HOWEVER, IF YOU MOVE TO DISMISS IT
 8   AGAIN, I -- WE WON'T HAVE ANOTHER HEARING.  I'LL JUST DECIDE
 9   IT ON THE PAPERS.
10            MR. LEVENTHAL:  THANK YOU, YOUR HONOR.
11            MR. GRABOWSKI:  THANK YOU, YOUR HONOR.
12            THE COURT:  THANK YOU.  (11:55 A.M.)
13            MR. SNELL:  YOUR HONOR, IF I COULD BE HEARD
14   BRIEFLY.  JIM SNELL FROM BINGHAM MCCUTCHEN.  I DON'T WANT TO
15   HURT THE COURT BUT I DO WANT TO CLARIFY ONE THING WITH
16   RESPECT TO THE SECURITY MOTION.
17            THE COURT:  UH-HUH.
18            MR. SNELL:  UM, WE'RE NOT ASKING FOR AN AWARD OF
19   FEES.  WE'RE JUST ASKING THAT THE PLAINTIFF --
20            THE COURT:  OH, I KNOW.
21            MR. SNELL:  -- SHOW THAT IT HAS SECURITY TO PAY
22   IT.  WE HAVE TOLD THE PLAINTIFF, AND WE PUT FORWARD IN OUR
23   PAPERS, WE HAVE NO BUSINESS RELATIONSHIP WITH ANY OTHER
24   DEFENDANT.  SO WHY WE'RE IN THIS SUIT, WE DON'T UNDERSTAND.
25   THERE WILL COME A DAY WITH SUMMARY JUDGMENT MOTIONS, WE
```

1  ASSUME, WE CAN FULLY FLESH THAT OUT, BUT MY CLIENT SPENDS A
2  LOT OF MONEY TO MAKE SURE THAT IT IS A LEADING MORTGAGE
3  LENDER, THAT IT COMPLIES WITH THE CAN SPAM ACT.  THIS ACTION
4  IS HURTING ITS REPUTATION.  IT DOESN'T KNOW WHY IT'S IN THIS
5  ACTION AND IT THINKS THAT THE PLAINTIFF SHOULD BE REQUIRED
6  TO PUT ITS MONEY WHERE ITS MOUTH IS WHEN ITS PLEADING SO
7  CREATIVELY AS TO HOW MY CLIENT CAN BE HELD LIABLE WITH THE
8  FACTS THAT IT KNOWS.
9          **THE COURT:**  I'M NOT INCLINED TO DO SO.  HOWEVER,
10  YOU ARE AWARE, OF COURSE, THAT THERE WOULD BE ATTORNEYS'
11  FEES AND COSTS ASSESSED AGAINST YOUR CLIENTS.  YOU BETTER
12  EXPLAIN THAT TO THEM.  AND IF YOUR -- I DON'T KNOW WHO
13  YOU ARE.
14          **MR. SINGLETON:**  I'M SORRY, YOUR HONOR.  JASON --
15  JASON SINGLETON ALSO APPEARING FOR PLAINTIFF BUT I HAD
16  DRAFTED THIS PORTION.
17          **THE COURT:**  IF YOU HAD INCLUDED THEM IN YOUR
18  AMENDED COMPLAINT, YOU BETTER GIVE THAT SOME THOUGHT AND
19  DISCUSS IT WITH YOUR CLIENTS BECAUSE I WILL NOT HESITATE TO
20  AWARD ATTORNEYS' FEES FOR QUICKEN IF IT TURNS OUT THAT THEY
21  WEREN'T PROPERLY INCLUDED.
22          **MR. SINGLETON:**  I UNDERSTAND, YOUR HONOR.
23          **MR. LEVENTHAL:**  AND, YOUR HONOR, THE POINT OF
24  CLARIFICATION -- MAYBE YOU JUST DID THIS -- BUT I WANT TO
25  MAKE SURE THE DENIAL IS WITHOUT PREJUDICE TO MOVE AGAIN FOR

```
 1              COURT REPORTER'S CERTIFICATE

 2        I, STARR A. WILSON, CSR NO. 2462, UNITED STATES

 3   DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, DO HEREBY

 4   CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

 5   RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

 6        I CERTIFY THAT THE TRANSCRIPT FEES AND FORMAT

 7   COMPLY WITH THOSE PRESCRIBED BY THE COURT AND JUDICIAL

 8   CONFERENCE OF THE UNITED STATES.

 9

10                    _____

11                    STARR A. WILSON, CSR NO. 2462
```