# Exhibit M

Asis Internet Services v. Optin Global et al.
Case No. C-05-05124 JCS

**THIRD PARTY SUBPOENAS SERVED BY ASIS IN *ASIS INTERNET SERVICES V. OPTIN GLOBAL***

|     | **Party** | **Date** | **Date Served (Azoogle)** |
| --- | --- | --- | --- |
| 1.  | Dotster, Inc. | 2/7/07 | 2/12/07 |
| 2.  | IronPort Systems, Inc. d/ba SPAMCOP | 2/7/07 | 2/12/07 |
| 3.  | Seamless Media Solutions, Inc. | 3/30/07 | 4/4/07 |
| 4.  | Advertrax, LLC | 3/6/07 | 4/4/07 |
| 5.  | IronPort Systems, Inc. d/ba SPAMCOP | 4/23/07 | 4/25/07 |
| 6.  | GoDaddy.com, Inc | 4/27/07 | 5/3/07 |
| 7.  | MCI Communications, Inc., Verizon Business | 4/27/07 | 5/3/07 |
| 8.  | Bell Candada | 4/27/07 | 5/3/07 |
| 9.  | Triden, LLC | 5/1/07 | 5/3/07 |
| 10. | Fortress ITX | 5/1/07 | 5/3/07 |
| 11. | Interland, Inc. (Web.com) | 5/1/07 | 5/3/07 |
| 12. | OLM, LLC | 5/1/07 | 5/3/07 |
| 13. | Internap Network Services | 5/1/07 | 5/3/07 |
| 14. | Netblue (d/b/a Connexus) | No Date | 5/3/07 |
| 15. | SAVVIS Communications Corporation | 5/1/07 | 5/3/07 |
| 16. | Vendar Group, Inc. | 5/4/07 | 5/11/07 |
| 17. | Alex Baydin | 5/3/07 | 5/9/07 |
| 18. | Seamless Media Solutions, Inc. | 5/15/07 | 5/16/07 |
| 19. | Dotster, Inc | 5/15/07 | 5/16/07 |
| 20. | Alex Baydin | 5/31/07 | 6/1/07 |
| 21. | Commision Junction, Inc. | 6/15/07 | 6/15/07 |
| 22. | BizSecure, Inc. | 6/22/07 | 6/22/07 |
| 23. | Entertainment Publications, Inc. | 6/22/07 | 6/22/07 |
| 24. | Proffiliates, Inc. | 6/22/07 | 6/22/07 |
| 25. | Proffiliates, LLC | 6/22/07 | 6/22/07 |

<u>Asis Internet Services v. Optin Global et al.</u>
Case No. C-05-05124 JCS

| | | | |
|---|---|---|---|
| 26. | VistaPrint USA, Inc. | 6/22/07 | 6/22/07 |
| 27. | VistaPrint Corporation | 6/22/07 | 6/22/07 |
| 28. | Edebit Pay | 6/27/07 | 6/28/07 |
| 29. | CBAS Management | 6/27/07 | 6/28/07 |
| 30. | Get Lower, Inc. | 6/27/07 | 6/28/07 |
| 31. | Applied Cognetics, LLC | 6/27/07 | 6/28/07 |
| 32. | Consorte Media, Inc. | 6/27/07 | 6/28/07 |
| 33. | Beyond Corp. | 6/27/07 | 6/28/07 |
| 34. | Beyond.com, Inc. | 6/27/07 | 6/28/07 |
| 35. | Cyber Ventures, Inc. | 6/27/07 | 6/28/07 |
| 36. | Cyber Ventures, LLC | 6/27/07 | 6/28/07 |
| 37. | Name Media, Inc. | 6/27/07 | 6/28/07 |
| 38. | Lead Point, Inc. | 6/27/07 | 6/28/07 |
| 39. | Method Marketing | 6/27/07 | 6/28/07 |
| 40. | Janta Ki Seva, Inc. | 6/27/07 | 6/28/07 |
| 41. | LendGo, Inc. | 6/27/07 | 6/28/07 |
| 42. | Lead Generations, Inc. | 6/27/07 | 6/28/07 |
| 43. | Lending Gateway, LLC | 6/27/07 | 6/28/07 |
| 44. | Lead Source, Inc. | 6/27/07 | 6/28/07 |
| 45. | LoanWeb | 6/27/07 | 6/28/07 |
| 46. | Trancos, Inc. | 6/27/07 | 6/28/07 |
| 47. | RLI Corp. | 6/27/07 | 6/28/07 |
| 48. | Swish Marketing, Inc. (DE) | 6/27/07 | 6/28/07 |
| 49. | Quick Apply, Inc. | 6/27/07 | 6/28/07 |
| 50. | SL Works | 6/27/07 | 6/28/07 |
| 51. | Swish Marketing (CA) | 6/27/07 | 6/28/07 |
| 52. | ReallyGreatRate, Inc. | 6/27/07 | 6/28/07 |
| 53. | Smart Lending Network, Inc. | 6/27/07 | 6/28/07 |
| 54. | Syndero, Inc. | 6/27/07 | 6/28/07 |
| 55. | Mortgage Saver 101 | 6/29/07 | 6/29/07 |
| 56. | Aprex Marketing | 6/29/07 | 6/29/07 |
| 57. | (Datanet Process, LLC) d/b/a Lead Flash, LLC | 6/29/08 | 7/2/07 |
| 58. | Good Karma, Inc. | 6/29/08 | 7/2/07 |
| 59. | Lendance, Inc. | 6/29/08 | 7/2/07 |
| 60. | Norvax, Inc. | 6/29/08 | 7/2/07 |
| 61. | Leadhorse, LLC | 7/2/07 | 7/2/07 |
| 62. | Innovative Marketing, Inc. | 7/2/07 | 7/2/07 |
| 63. | EmarketSource, Inc. | 7/2/07 | 7/2/07 |
| 64. | Matt Schaub, ReallyGreatRate, Inc. | 7/5/07 | 7/5/07 |
| 65. | A and A Companies, Inc. | 7/5/07 | 7/5/07 |
| 66. | Hybrid Enterprises, Inc. | 7/5/07 | 7/5/07 |
| 67. | Mailbox International, Inc. | 7/5/07 | 7/5/07 |
| 68. | PriceGrabber.com, Inc. | 7/5/07 | 7/5/07 |
| 69. | Spark Networks PLC | 7/5/07 | 7/5/07 |
| 70. | Bug Software, LLC | 7/5/07 | 7/5/07 |
| 71. | LNH, Inc. | 7/5/07 | 7/5/07 |
| 72. | Method2Media, LLC | 7/5/07 | 7/5/07 |

Case 3:07-cv-04630-JCS     Document 27-11     Filed 05/09/2008     Page 4 of 8

Asis Internet Services v. Optin Global et al.
Case No. C-05-05124 JCS

| | | | |
|---|---|---|---|
| 73. | MG, LLC | 7/5/07 | 7/5/07 |
| 74. | RN Acquisition Sub, Inc. | 7/5/07 | 7/5/07 |
| 75. | Unsurpassed Ads, Inc. | 7/5/07 | 7/5/07 |
| 76. | HotShopping Network, Inc. | 7/5/07 | 7/5/07 |
| 77. | NamesDirect.com, Inc. | 7/5/07 | 7/5/07 |
| 78. | Epicenter Technologies, LLC | 7/5/07 | 7/5/07 |
| 79. | JB Media, LLC | 7/5/07 | 7/5/07 |
| 80. | DMI Partners, Inc. | 7/6/07 | 7/9/07 |
| 81. | Creoscope Media, Inc. | 7/6/07 | 7/9/07 |
| 82. | LeadSource Corp. | 7/6/07 | 7/9/07 |
| 83. | Lending Plex, Inc. | 7/6/07 | 7/9/07 |
| 84. | A-Leadz, LLC | 7/6/07 | 7/9/07 |
| 85. | Mango Media, Inc. | 7/6/07 | 7/9/07 |
| 86. | Cyber Ventures | 7/6/07 | 7/9/07 |
| 87. | Peer 1 Dedicated Hosting, Inc. | 7/6/07 | 7/9/07 |
| 88. | Level 3 Communications, LLC | 7/6/07 | 7/9/07 |
| 89. | XO Communications, Inc. | 7/6/07 | 7/9/07 |
| 90. | Randy Forman and/or Barbara Forman | 7/6/07 | 7/9/07 |
| 91. | AngelFire Enterprises, Inc. | 7/6/07 | 7/9/07 |
| 92. | MCI Communi-cations Services, Inc. | 7/9/07 | 7/10/07 |
| 93. | Founder .EveryDNS .net | 7/9/07 | 7/10/07 |
| 94. | Ride Marketing Group, LLC | 7/9/07 | 7/10/07 |
| 95. | SRC Technologies, Inc. | 7/9/07 | 7/10/07 |
| 96. | MLeads Enterprises, Inc. | 7/9/07 | 7/10/07 |
| 97. | Vision One Design, LLC | 7/9/07 | 7/10/07 |
| 98. | Hosted Solutions, LLC | 7/9/07 | 7/10/07 |
| 99. | Blue Star Synergy, LLC | 7/9/07 | 7/10/07 |
| 100. | News Bulletin Services, LLC | 7/9/07 | 7/10/07 |
| 101. | Ilinear Group,Inc. | 7/9/07 | 7/10/07 |
| 102. | Transit Direct, Inc. | 7/9/07 | 7/10/07 |
| 103. | Max Media, Inc. | 7/11/07 | 7/11/07 |
| 104. | Federal Trade Commission | 7/11/07 | 7/11/07 |
| 105. | Method Marketing | 7/17/07 | 7/17/07 |
| 106. | OfferFusion, Inc. | 7/17/07 | 7/19/07 |
| 107. | FireWater Media, Inc. | 7/17/07 | 7/19/07 |
| 108. | LeadClick Media, Inc. | 7/18/07 | 7/19/07 |
| 109. | Reply! Inc. | 7/17/07 | 7/19/07 |
| 110. | Ad Authority d/b/a NR Leads | 7/17/07 | 7/19/07 |
| 111. | UWORKUDRIVE.COM, Inc. | 7/19/07 | 7/19/07 |
| 112. | Ingo Rucker | 7/19/07 | 7/19/07 |
| 113. | Money Nest Holdings, Inc. | 7/18/07 | 7/20/07 |
| 114. | A-Leadz, LLC | 7/19/07 | 7/20/07 |
| 115. | Seamless Media Solutions, LLC | 7/23/07 | 7/25/07 |
| 116. | Hybrid Enterprises, Inc. | 7/25/07 | 7/25/07 |
| 117. | Alternative Identity, Inc. | 07/27/07 | 07/27/07 |
| 118. | I33 Communications, LLC | 07/25/07 | 07/27/07 |

Case 3:07-cv-04630-JCS    Document 27-11    Filed 05/09/2008    Page 5 of 8

Asis Internet Services v. Optin Global et al.
Case No. C-05-05124 JCS

| | | | |
|---|---|---|---|
| 119. | MCI Communications Services, Inc. dba Verizon | 07/27/07 | 07/30/07 |
| 120. | MID10 Marketing, Inc. | 07/30/07 | 07/30/07 |
| 121. | International Senior Executives Alliance, Inc. | 07/27/07 | 07/30/07 |

# Exhibit N

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIN GLOBAL, INC., ET AL.,<br><br>        Defendants.<br>_____/ | No. C-05-05124 JCS<br><br>**ORDER RE AUGUST 7, 2007 JOINT LETTER [Docket No. 248]** |

       The Court has received a Joint Letter from the parties dated August 7, 2007 (the "August 7 Joint Letter"). As discussed at the previous case management conference, it is apparent that Plaintiff has abused the privilege of serving discovery on non-parties. Plaintiff has served approximately 121 subpoenas on non-parties in this matter. Those subpoenas, as demonstrated in the case management conference statement, are not limited to the subject matter of this action, let alone to the claims raised in this action. To the contrary, those subpoenas are overbroad and oppressive, and seek information regarding Azoogle that has nothing to do with this lawsuit.

       Accordingly, the Court rules as follows: all discovery subpoenas served by Plaintiff on non-parties that have not yet been responded to are hereby quashed. The non-parties need not respond to any of those discovery subpoenas that have not already been responded to. The sole exception is that Plaintiff has been granted permission to take two (2) additional depositions. Plaintiff may serve subpoenas on the deponents in connection with those two depositions.

       Plaintiff also raises the issue of trial subpoenas in the August 7 Joint Letter. The Court does not quash any trial subpoenas at this time.

IT IS SO ORDERED.

Dated: August 9, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge