1  **KRONENBERGER BURGOYNE, LLP**
   Henry M. Burgoyne (CA Bar No. 203748)
2  Karl S. Kronenberger (CA Bar No. 226112)
   Jeffrey M. Rosenfeld (CA Bar No. 222187)
3  Margarita Calpotura (CA Bar No. 244711)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone:  (415) 955-1155
5  Facsimile:   (415) 955-1158
   hank@kronenbergerlaw.com
6  karl@kronenbergerlaw.com
   jeff@kronenbergerlaw.com
7  margarita@kronenbergerlaw.com

8  Attorneys for Defendant, AZOOGLEADS.COM, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>**AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. C-07-4630 MHP<br><br>**[PROPOSED] ORDER**<br><br>DATE:   JUNE 23, 2008<br>TIME:    2:00 PM<br>CTRM:   15, 18TH FLOOR |

## **ORDER**

Defendant AzoogleAds.com, Inc. ("Azoogle")'s Motion for Security for Costs Including Attorneys' Fees was presented to this Court on June 23, 2008. The Court, having considered the relevant documents, arguments, and legal authorities, hereby concludes that, good cause appearing:

1. IT IS HEREBY ORDERED THAT Plaintiff, ASIS Internet Services is required to post security to the Court in the amount of $200,000 to cover the costs and attorneys' reasonably expected to be incurred by Azoogle.

IT IS SO ORDERED:


Dated:_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Marilyn H. Patel

　　　　　　　　　　　　　　　　　　　Judge of the United States District Court for the Northern District of California

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com