**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,** | **Case No.  C-07-4630 MHP** |
| **Plaintiff,** | **STIPULATION TO MOVE MOTION HEARING DATE** |
| **vs.** | **DATE:   April 23, 2008** |
| **AZOOGLE.COM, INC., a Delaware Corporation,** | **TIME:    2:00 P.M.** |
| | **CTRM:   15, 18th Floor** |
| **Defendants.** | **NEW DATE:** |
| | **DATE:  June 16, 2008** |

Pursuant to United States District Court, Northern District Local Rule 6-2, Plaintiff ASIS INTERNET SERVICES ("Plaintiff") and Defendant AZOOGLEADS.COM ("Defendant") submit the following stipulation moving the hearing date on Defendant's Motion for Security.

Plaintiff's counsel has a previously scheduled Case Management Conference in the United States District Court, Central District of California, in Case No. CV-08-1874 PSG at 2:00 p.m. on June 23, 2008.  The hearing on Defendant's Motion shall be moved to June 16, 2008. at 2:00 p.m. in Courtroom 15, 18TH Floor, before the Honorable Marilyn Hall Patel.

IT IS SO STIPULATED.

SINGLETON LAW GROUP

Dated:        May 12, 2008             /s/ Jason K. Singleton
JASON K. SINGLETON,
RICHARD E. GRABOWSKI, Attorneys for
Plaintiff, ASIS INTERNET SERVICES

STIPULATION TO MOVE MOTION DATE/ORDER          1          C-07-4630 MHP

KRONENBERGER BURGOYNE LLP

Dated:     May 12, 2008           /s/ Jeffrey M. Rosenfeld
                                  JEFFREY M. ROSENFELD,
                                  HENRY M. BURGOYNE, Attorneys for
                                  AZOOGLEADS.COM, INC.


ORDER

Based on the foregoing Stipulation, the Defendant's Motion for Security (24) shall be heard on June 16, 2008, at 2:00 p.m., in Courtroom 15, 18th Floor.

IT IS SO ORDERED.

Dated: _____        _____

                                        MARILYN HALL PATEL
                                        UNITED STATES DISTRICT JUDGE