UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, | No. C 07-4630   MHP |
| Plaintiff(s), | **ORDER OF REASSIGNMENT** |
| v. | |
| AZOOGLE.COM INC, | |
| Defendant(s). | |

Pursuant to all counsel having consented to proceed before a Magistrate Judge for all further proceedings, this matter is hereby reassigned to Magistrate Judge Joseph C. Spero for all further proceedings, including all pretrial and trial proceedings, and the entry of final judgment. Appeals from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. The current scheduled dates shall be maintained except as modified or rescheduled in accordance with instructions by the reassigned Magistrate Judge.

Dated: May 20, 2008

MARILYN HALL PATEL
United States District Judge