**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>AZOOGLE.COM, INC., et al.,<br><br>Defendants. | Case No.  CV-07-4630 JCS<br><br>**DECLARATION OF JASON K. SINGLETON IN SUPPORT OF OPPOSITION TO MOTION FOR SECURITY BOND**<br><br>DATE:  To Be Determined<br>TIME:    1:30 pm.<br>CTRM: A, 15th Floor |

I, JASON K. SINGLETON , declare as follows:

1. I am an attorney duly licensed to practice in the United States District Court, Northern District of California, and I am one of the attorneys of record for Plaintiff. I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2. The conversations that Mr. Burgoyne refers to in his declaration, as pertinent to Plaintiff's financial condition, were during the course of settlement discussions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**SINGLETON LAW GROUP**

Dated:     May 27, 2008            /s/ Jason K. Singleton
                                                    Jason K. Singleton

DECLARATION OF JASON K. SINGLETON            1            CV-07-4630 JCS