1
2
3
4
5
6
7

**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

8

Attorneys for Defendant, AZOOGLEADS.COM, INC.

9
10
11

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

12
13
14
15
16
17
18
19
20

**ASIS INTERNET SERVICES**, a California
corporation,

         Plaintiff,

    vs.

**AZOOGLE.COM, INC.**, a Delaware
Corporation dba AZOOGLEADS US,
INC., a Delaware Corporation, and DOES
ONE through FIFTY, inclusive,

        Defendants.

Case No. C-07-4630 JCS

**DECLARATION OF HENRY M.
BURGOYNE, III IN SUPPORT OF
AZOOGLEADS.COM, INC.'S REPLY
IN SUPPORT OF MOTION FOR
SECURITY FOR COSTS INCLUDING
ATTORNEYS' FEES**

DATE:    To Be Determined
TIME:    9:30 AM
CTRM:   A, 15TH FLOOR

21
22
23

I, Henry M. Burgoyne, III, declare as follows:

24

    1.  I am an attorney admitted to practice in the State of California and the

25

United States District Court for the Northern District of California.  I am a partner at the

26

law firm of Kronenberger Burgoyne, LLP, counsel of record for Defendant

27

AzoogleAds.com, Inc. ("Azoogle").  Unless otherwise stated, I have personal knowledge

28

of the facts stated herein.

1

**DECLARATION OF H. BURGOYNE ISO
REPLY ISO MTN. FOR SECURITY**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

2.  I served as lead counsel for Defendant, AzoogleAds.com, Inc. ("Azoogle") in the case *ASIS Internet Services, Inc. v. Optin Global, Inc. et al.*, Case No. 05-5124 JCS (the "Prior Case").

3.  Attached hereto as Exhibit A is a true and correct copy of an excerpt from the certified deposition transcript of Nella White, the Chief Executive Officer of ASIS Internet Services, taken in the Prior Case.

4.  Attached hereto as Exhibit B is a true and correct copy of defendant's Bill of Costs filed in the Prior Case.

5.  Attached hereto as Exhibit C is a true and correct copy of AzoogleAds.com, Inc's Memorandum of Points and Authorities in Support of Motion for Sanctions filed in the Prior Case, and supporting declarations.

6.  Attached hereto as Exhibit D is a true and correct copy of Defendant AzoogleAds.com, Inc.'s Motion for 1) Protective Order and 2) Leave to Amend Discovery Responses filed in the Prior Case.  During a March 20, 2007 *in-camera* meet-and-confer regarding this motion, the court commented that ASIS's first round of written discovery requests would have to be "narrowed dramatically."

7.  Attached hereto as Exhibit E is a true and correct copy of the attachment to the 120-plus third party subpoenas issued by ASIS in the Prior Case.

8.  Attached hereto as Exhibit F is a true and correct excerpt from the hearing before the Honorable Joseph C. Spero on June 1, 2007 in the Prior Case.

9.  Attached hereto as Exhibit G is a true and correct copy of the Order Denying Motion for Issuance of Letters Rogatory issued in the Prior Case.

///
///
///
///
///

DECLARATION OF H. BURGOYNE ISO
REPLY ISO MTN. FOR SECURITY

10. Attached hereto as Exhibit H is a true and correct copy of the Order Denying Plaintiff's Motion for Evidentiary Sanctions for Failure to Produce Witness at Deposition issued in the Prior Case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on June 3, 2008, at San Francisco, California.

/s/
Henry M. Burgoyne, III

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com