**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>AZOOGLE.COM, INC., a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.  C-07-4630 JCS<br><br>REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>DATE:  JUNE 27, 2008<br>TIME:   1:30 P.M. |

Pursuant to Northern District of California Local Rule 16-10, Plaintiff requests that It be permitted to participate by telephone in the Case Management Conference currently set for 1:30 P.M. on June 27, 2008.

Plaintiff and its counsel of record are located in Humboldt County, California.  Plaintiff seeks by this request to avoid the unnecessary burden and expense of sending its counsel to San Francisco, California, to participate in the proceeding in person.  Plaintiff does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party.  Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at (707) 441-1177 for the Court to call on June 27, 2008, at 1:30 p.m. or such other time as designated by the Court.

**SINGLETON LAW GROUP**

Dated:      June 25, 2008          /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**ORDER**

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton, appearance by telephone on June 27, 2008, at the Case Management Conference is granted. Mr. Singleton will be available at (707) 441-1177 to receive a call from the Court at 1:30 p.m. until such time as the hearings are conducted.

Dated:    _____          _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE