# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-4630 JCS**

**CASE NAME: ASIS INTERNET SERVICES v. AZOOGLE.COM, INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: June 27, 2008   **TIME:** 6mins | **COURT REPORTER**: FTR 1:31-1:37 |
| **COUNSEL FOR PLAINTIFF:**<br>Jason Singleton (T)* | **COUNSEL FOR DEFENDANT:**<br>Hank Burgoyne |

| **OTHER PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

If there is no stipulation for dismissal with prejudice filed by 7/14/8, the parties shall file a joint case management conference statement with proposed discovery.

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**     07/18/08 at 1:30 PM, for a telephonic further case management conference.

**cc:**     Chambers, Karen

(T) = telephonic appearance