**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-4630 JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

CASE NO. C-07-4630 JCS

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff ASIS Internet Services ("ASIS") and Defendant AzoogleAds.com, Inc. ("Azoogle) (collectively, the "Parties") have agreed to dismiss the above-captioned lawsuit (the "Action") with prejudice.

WHEREAS the Parties intend for this dismissal to serve as a final adjudication of all claims that were or could have been litigated in this Action, as to ASIS, Azoogle, and any and all of their parents, subsidiaries, alter egos, or other privies.

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

The Parties, by and through their counsel of record, hereby stipulate to the dismissal of this Action, with prejudice, both Parties to bear their own costs and attorneys' fees.

Dated: July 15, 2008

KRONENBERGER BURGOYNE, LLP

By:_____/s/_____
            Jason K. Singleton

Attorneys for Plaintiff ASIS Internet Services, Inc.

Dated: July 15, 2008

KRONENBERGER BURGOYNE, LLP

By:_____/s/_____
            Henry M. Burgoyne, III

Attorneys for Defendant AzoogleAds.com, Inc.

**IT IS SO ORDERED:**

Dated:_____

_____
HONORABLE JOSEPH C. SPERO

Magistrate Judge, United States District Court for the Northern District of California

CASE NO. C-07-4630 JCS

2

STIPULATION OF DISMISSAL WITH PREJUDICE

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Henry M. Burgoyne, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Plaintiff who has provided the conformed signature above.

KRONENBERGER BURGOYNE, LLP

By: _____/s/_____
Henry M. Burgoyne, III

Attorneys for Defendant AzoogleAds.com, Inc.