1

**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)

2

Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)

3

Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520

4

San Francisco, CA 94108
Telephone:  (415) 955-1155

5

Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com

6

karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com

7

margarita@kronenbergerlaw.com

8

Attorneys for Defendant, AZOOGLEADS.COM, INC.

9

10

11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

12

13

**ASIS INTERNET SERVICES**, a California
corporation,

Case No. C-07-4630 JCS

14

**JUDGMENT**

Plaintiff,

15

vs.

16

17

**AZOOGLE.COM, INC.**, a Delaware
Corporation dba AZOOGLEADS US,
INC., a Delaware Corporation, and DOES

18

ONE through FIFTY, inclusive,

19

Defendants.

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

This action was dismissed with prejudice by stipulation and order of the Court, on July 16, 2008.

IT IS ORDERED AND ADJUDGED that the action is dismissed on the merits.

**IT IS SO ORDERED:**

Dated:_____

_____

HONORABLE JOSEPH C. SPERO

Magistrate Judge, United States District Court for the Northern District of California

CASE NO. C-07-4630 JCS                    1                    **JUDGMENT**