**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>**AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. C-07-4630 JCS<br><br>**JUDGMENT** |

CASE NO. C-07-4630 JCS                                **JUDGMENT**

This action was dismissed with prejudice by stipulation and order of the Court, on July 16, 2008.

IT IS ORDERED AND ADJUDGED that the action is dismissed on the merits.

**IT IS SO ORDERED:**

Dated: 7/21/08

_____
HONORABLE JOSEPH C. SPERO
Magistrate Judge, United States District Court for the Northern District of California

CASE NO. C-07-4630 JCS    1    **JUDGMENT**