**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>**AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive,<br><br>              Defendants. | Case No. C-07-4630 JCS<br><br>**NOTICE OF ERRATA** |

CASE NO. C-07-4630 JCS                                                                                        **NOTICE OF ERRATA**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: Defendant, AzoogleAds.com, Inc. ("Azoogle") hereby provides notice of the following errors and omissions:

On July 17, 2008, Azoogle mistakenly filed with the Court the document titled: Judgment, docket entry number 45.

Azoogle requests that the Court and the Parties disregard this filing.

**IT IS SO ORDERED:**

Dated: July 22, 2008                                By:_____/s/_____
                                                              Jeffrey M. Rosenfeld

                                                    Attorneys for Defendant AzoogleAds.com, Inc.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

CASE NO. C-07-4630 JCS                    1                    **NOTICE OF ERRATA**