

KRONENBERGER | BURGOYNE

150 Post Street
Suite 520
San Francisco, CA 94108

Phone 415.955.1155
Fax    415.955.1158
www.kronenbergerlaw.com

July 22, 2008

The Hon. Joseph C. Spero
Magistrate Judge
U.S. District Court for Northern California
450 Golden Gate Ave., Courtroom A, 15th Floor
San Francisco, CA 94102

**AS FILED**

**RE:   *ASIS INTERNET SERVICES V. AZOOGLEADS.COM, INC.*,
          USDC, NORTHERN DISTRICT OF CALIFORNIA, CV-07-4630—
          JUDGMENT AND NOTICE OF ERRATA**

Dear Judge Spero:

This letter is in response to the Order of Judgment, filed on July 22, 2008, docket entry number 46 ("Judgment").

AzoogleAds.com, Inc. ("Azoogle") filed a proposed Judgment on July 17, 2008, docket entry number 45. This document was mistakenly filed, and is arguably inconsistent with the Stipulation for Dismissal with Prejudice, granted on July 16, 2008.  To correct its error, Azoogle filed a Notice of Errata on July 22, 2008, docket entry number 47.  Unfortunately, the Judgment was filed moments prior to the Notice of Errata.  To avoid the formal motion and briefing process to remove the Judgment, Azoogle requests that the Court disregard the Judgment as requested in the Notice of Errata.

Furthermore, Azoogle has attached a revised proposed Judgment to this letter for the consideration of the Court.

Sincerely,

KRONENBERGER BURGOYNE, LLP

Henry M. Burgoyne, III

INTERNET  LAW,  E-COMMERCE  &  MEDIA  ATTORNEYS

**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation, | Case No. C-07-4630 JCS |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

CASE NO. C-07-4630 JCS                                    **JUDGMENT**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**(X) Stipulated Dismissal.** This action was dismissed with prejudice by stipulation of the parties.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal with Prejudice, filed on July 15, 2008, and the Order Granting Stipulation of Dismissal with Prejudice, filed on July 16, 2008, judgment is entered in favor of Defendant AzoogleAds.com, Inc.

**IT IS SO ORDERED:**

Dated:_____

_____

HONORABLE JOSEPH C. SPERO

Magistrate Judge, United States District Court for the Northern District of California

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

CASE NO. C-07-4630 JCS                    **JUDGMENT**

1