**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **AZOOGLE.COM, INC.**, a Delaware Corporation dba AZOOGLEADS US, INC., a Delaware Corporation, and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No. C-07-4630 JCS <br> AMENDED <br> **JUDGMENT** |

CASE NO. C-07-4630 JCS                                **JUDGMENT**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**(X) Stipulated Dismissal.** This action was dismissed with prejudice by stipulation of the parties.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal with Prejudice, filed on July 15, 2008, and the Order Granting Stipulation of Dismissal with Prejudice, filed on July 16, 2008, judgment is entered in favor of Defendant AzoogleAds.com, Inc.

**IT IS SO ORDERED:**

Dated:_____July 23, 2008_____

_____

HONORABLE JOSEPH C. SPERO

Magistrate Judge, United States District
Court for the Northern District of California

CASE NO. C-07-4630 JCS     **JUDGMENT**

1